# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **WHITE BUFFALO CONSTRUCTION, INC.**, | * | |
| | * | |
| *Plaintiff,* | * | No. 99-961C |
| | * | (consolidated with 00-415C) |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: August 30, 2006 |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**<u>ORDER</u>**

The Court SCHEDULES a telephone status conference on September 27, 2006 at 1:00 p.m. EDT. The Court STAYS the case until September 27, 2006.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE