# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **WHITE BUFFALO CONSTRUCTION, INC.**, | * | |
| *Plaintiff,* | * | No. 99-961C (consolidated with 00-415C) |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: September 27, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held September 27, 2006, the Court SCHEDULES a telephone status conference on October 27, 2006 at 3:00 p.m. EDT. The Court STAYS the case until October 27, 2006.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE