IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., Plaintiff, | No. 99-961 |
| v. | Consolidated with No. 00-415 |
| THE UNITED STATES, Defendant. | (Senior Judge Smith) |

DEFENDANT'S NOTICE OF CHANGE OF TELEPHONE NUMBER

To the Clerk:

Please take notice that the telephone number for counsel for the United States has changed. Effective immediately, the new telephone number is: (202) 616-0342.

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

October 24, 2006

<u>Certificate of Filing</u>

I hereby certify that on October 24, 2006, a copy of the foregoing Defendant's Notice Of Change Of Telephone Number was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail