# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **WHITE BUFFALO CONSTRUCTION, INC.**, | * | |
| *Plaintiff,* | * | No. 99-961C<br>(consolidated with 00-415C) |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: November 17, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held September 27, 2006, the Court SCHEDULES a telephone status conference on January 12, 2007 at 11:30 a.m. EST. The Court STAYS the case until January 12, 2007.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE