# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**WHITE BUFFALO CONSTRUCTION, INC.**, *
*
*Plaintiff,* * No. 99-961C
* (consolidated with 00-415C)
v. *
* Senior Judge Loren A. Smith
**THE UNITED STATES**, *
* Filed: January 12, 2007
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held January 12, 2007, the Court SCHEDULES a telephone status conference on February 27, 2007 at 11:30 a.m. EST. The Court STAYS the case until February 27, 2007.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE