# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITE BUFFALO CONSTRUCTION, INC.**,

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C
(consolidated with 00-415C)

Senior Judge Loren A. Smith

Filed: February 1, 2007

## ORDER

The Court RESCHEDULES the telephone status conference originally to be held on February 27, 2007 at 11:30 a.m. EST, to now be held on March1, 2007 at 2:00 p.m. EST. The Court STAYS the case until March 1, 2007.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE