# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITE BUFFALO CONSTRUCTION, INC.**, *Plaintiff*,

v.

**THE UNITED STATES**, *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C
(consolidated with 00-415C)

Senior Judge Loren A. Smith

Filed: March 6, 2007

**ORDER**

Pursuant to the telephone status conference held March 6, 2007, Plaintiff shall file and serve a supplemental response on or before March 30, 2007. Defendant shall file and serve a reply to Plaintiff's supplemental response on or before April 13, 2007.

The Court SCHEDULES oral argument regarding Defendant's Motion to Dismiss for Mootness and Plaintiff's Motion for Entry of Judgment and all supplemental briefings to be held by telephone on April 24, 2007 at 2:30 p.m. EDT.

The Court hereby LIFTS the stay on this case.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE