APPENDIX TO DEFENDANT'S REPLY TO
SUPPLEMENTAL MEMORANDUM OF WHITE BUFFALO IN RESPONSE
TO THE GOVERNMENT'S RENEWED JANUARY 2004 MOTION TO DISMISS

# INDEX TO APPENDIX

PAGE(S)

Letter of William L. Parsons, Contracting Officer, Federal Highway Administration, to Luther L. Clevenger, President, White Buffalo Construction Inc., Dec. 1, 1998 . . . . . . . . . 1

Letter of Luther L. Clevenger, White Buffalo Construction Inc., to William L. Parsons, Contracting Officer, Federal Highway Administration, Dec. 21, 1999 . . . . . . . . . . . . . . . . . 4

Letter of William L. Parsons, Contracting Officer, Federal Highway Administration, to Luther L. Clevenger, President, White Buffalo Construction Inc., Apr. 20, 2000 . . . . . . . . 7

Memorandum For The File, White Buffalo Construction Inc. v. United States, Jan. 6, 2004 . . . . . . . . . . . . . . . . . 9

Electronic Mail message of Joseph Trautwein, Department of Justice, to Timothy J. Binder, Federal Highway Administration, Jan. 15, 2004 . . . . . . . . . . . . . . . . . . . . . . 10

Letter of William L. Parsons, Contracting Officer, Federal Highway Administration, to Luther L. Clevenger, White Buffalo Construction Inc., Jan. 15, 2004 . . . . . . . . . . . . . . 11

Letter of Nancie K. Pruitt, Legal Program Assistant, Federal Highway Administration, to Tim McIlmail, Department of Justice, Mar. 26, 2004 . . . . . . . . . . . . . . . . . . . . 13

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WASHINGTON 98661-3893

U.S. Department
of Transportation

Federal Highway
Administration

| CONCURRENCES |
| --- |
| SIGNATURE |
| DATE 12/1/98 |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |

December 1, 1998
In Reply Refer to:
HPA-17.13
tford_wb.182

Attn: Luther L. Clevenger, President
White Buffalo Construction
PO Box 1310
Aumsville, Oregon 97325

Dear Mr. Clevenger:

Notice of Termination for Default
OR FS ERFO 97-18(2)
Siskiyou N.F., FDR 33 (MP 44.5 - MP 47.3)
FDR 3347, FDR 3347020
Contract Number DTFH70-98-C-00027

You are hereby notified that Contract Number DTFH70-98-C-00027 (hereafter referred to as "the contract") dated August 20, 1998 is terminated completely for default under the contract clause entitled 52.249-10, DEFAULT (FIXED-PRICE CONSTRUCTION)(APRIL 1984).

The termination is effective immediately upon receipt of this "Notice."

In accordance with subdivision (a) of the Default clause, White Buffalo is in default due to:

(1) Failure to complete the work on FDR 33 to subgrade between MP 46.2 to 46.7 and MP 47.07 to 47.25 by November 30, 1998, as required by the contract, SCR 108.01(b),

(2) Failure to prosecute the work with the diligence that will ensure the completion of all repairs up to subgrade and placement of at least 100 mm aggregate base by January 23, 1999, as required by the contract, SCR 108.01(b),

(3) Failure to prosecute the work with the diligence that will ensure opening FDR 33 to public traffic by January 24, 1999, as required by the contract, SCR 108.01(b),

(4) Failure to comply with the following contract requirements -
(a) FAR 52.222-6, Davis-Bacon Act,


OFFICIAL FILE COPY

(b) FAR 52.222-8, Payrolls and Basic Records,

(c) FAR 52.236-5, Material and Workmanship,

(d) FAR 52.236-6, Superintendence by the Contractor,

(e) FAR 52.236-9, Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements,

(f) FAR 52.236-15, Schedules for Construction Contracts,

(g) FAR 52.246-12, Inspection of Construction,

(h) FP-96, §107.01, Laws to be Observed, as amended by SCR §107.01,

(i) FP-96, §107.02, Protection and Restoration of Property and Landscape,

(j) FP-96, §153, Contractor Quality Control, as amended by SCR §153,

(k) FP-96, §154, Contractor Sampling and Testing, as amended by SCR §154,

(l) FP-96, §155, Schedules for Construction Contracts, as amended by SCR §155,

(m) SCR §156.06, (l) Limitations on Construction Operations,

(n) SCR §204.06, Roadway Excavation, (d) Rock Cut at FDR 33, MP 46.7,

(0) FP-96, §205, Rock Blasting, as amended by SCR §205.

Your right to proceed further under the contract is terminated. Take the following steps regarding cessation of work and notification to immediate subcontractors:

(1) Stop all work and place no farther orders relating to the contract.

(2) Keep adequate records of your compliance with the above subparagraph (1) showing -

(i) Date you received the Notice of Termination; and

(ii) Extent of completion of performance on the effective date.

(3) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice -

(i) Specify your Government contract number;

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further

orders, and terminate all subcontracts under the contract.

The construction work terminated may be reprocurred against White Buffalo's account and White Buffalo will be held liable for any excess costs.

This notice of termination constitutes my determination and decision that the failure to perform is not excusable, however, White Buffalo has the right to appeal this decision under the Disputes clause, FAR 52.233-1 DISPUTES (OCT 1995) ALTERNATE 1 (DECEMBER 1995).

The Government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs.

This notice constitutes a decision that White Buffalo is in default as specified and that the contractor has the right to appeal under the Disputes clause.

If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to -

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insuranceif necessary:

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(vi) If practical, urge subcontractors to take similar actions to those described in subparagraphs (i) through (v) above.

Please acknowledge receipt of this notice as provided below.

William L. Parsons

William L. Parsons
Contracting Officer

Western Federal Lands Highway Division
Federal Highway Administration

ACKNOWLEDGMENT OF NOTICE

The undersigned acknowledges receipt of a signed copy of this notice of Termination for Default of Contract No. DTFH70-98-C-00027 on ______________, 19____. Two signed copies of this notice are returned.

______________________________
(Name of contractor)

By ______________________________
(Name)

______________________________
(Title)

(End of notice)

cc: Insurance Company of the West (Surety)
8050 SW Warm Springs Street, #140
Tualatin, OR 97062-0369

SBA, Seattle Regional Office

H. Crockett, w/notice
P. Rettinger, w/notice
S. Aftab, w/notice
T. Breneman, (e-mail)
E. Hammontree (e-mail)
B. Chon (e-mail)
M. Hildreth (e-mail)
T. Craig (e-mail)
~~S. Craven (e-mail)~~
~~H. Peifer (e-mail)~~
C. Story (e-mail)
G. Thomas, USFS, Region 6
R. O'Leary, USFS, Siskiyou National Forest
C. Linderman, USFS, Siskiyou National Forest
C. Jacoby (e-mail)
T. Hildreth (e-mail)
J. Zotter (e-mail)
J. Trafalli's (e-mail)

App. 4

# White Buffalo Construction Inc.
## P.O. Box 1310
## Aumsville, Oregon 97325
(503)749-1861
FAX (503) 749-1684

December 21, 1999

Mr. William L. Parsons
Contracting Officer
Federal Highway Administration
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, WA 98661-3893

*Transmitted via fax 1-360-696-7932 and*
*Certified mail # Z 112 223 049 return receipt*

ref: OR FS ERFO 97-18(2), FDR 33 (MP44.5-47.3), FDR 3347, FDR 3347020, SOL # DTFH70-98-B-00024. Request for final decision by Contracting Officer.

The following is our request for a final decision by the Contracting Officer in the matter of the liquidated damages which were assessed by FHA against White Buffalo Construction Inc. We request that this final decision be issued within 60 days.

It is our position that it was both unreasonable and unjust for FHA to withhold $100,000.00 in liquidated damages for the above referenced contract. The withholding of the liquidated damages was unwarranted for the following reasons:

1. The notice to proceed, while issued timely, was negated by the FHA directive which did not allow White Buffalo Construction to start work for another 15 days. We were entitled to additional time with an offset into the following construction season.

2. FHA refused to negotiate with White Buffalo Construction and allow us to perform extra work outside the scope of the contract which was required in order for us to perform our work and reopen FDR 33.

3. FHA constructively interfered with the performance of the work and no allowance has been made which would excuse any delay.

4.FHA directed the contractor to do additional work and no allowance has been made which would excuse any delay.

4. Under the completion contract substantial additional work was negotiated and performed delaying the reopening of FDR 33. Liquidated damages continued to be unjustly assessed during this period.

We are requesting that you release the $100,000.00 that you are currently holding for liquidated damages and that you pay this sum to White Buffalo Construction Inc.

Please notify us of your final decision in this matter.

Sincerely,

*Faxed without signature to avoid delay.*

Luther L. Clevenger

*pc-Richard Alexander, Ernie Ulibarri*