FILE — TERMINATION FOR DEFAULT FOLDER

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WASHINGTON 98661-3893

**U.S. Department of Transportation**

**Federal Highway Administration**

April 20, 2000

In Reply Refer to:
HPA-17.13
COD_LD.wpd

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Mr. Luther L. Clevenger, President
White Buffalo Construction, Inc.
P.O. Box 1310
Aumsville, OR 97325

Dear Mr. Clevenger:

Project No. OR FS ERFO 97-18(2)
Siskiyou N.F., FDR 33, FDR 3347, FDR 3347020
Contract No. DTFH70-98-C-00027

This is in response to your letter of December 21, 1999 requesting a final decision by the Contracting Officer on the liquidated damages for the referenced contract.

On November 5, 1999, by a letter to the surety, the Government assessed liquidated damages for the interim completion date of $101,200 based on 253 days at $400 per day. We have reviewed the matter and the issues raised in your letter. It is our final determination that the liquidated damages for the interim completion date are $101,200 based on 253 days at $400 per day.

This is a final decision of the Contracting Officer. You may appeal this decision to the Department of Transportation Board of Contract Appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the Board of Contract Appeals addressed as follows:

The Honorable Thaddeus V. Ware
Chairman, Board of Contract Appeals
Office of the Secretary
Department of Transportation
400 Seventh Street, S.W.
Washington, DC 20590

In addition, you must provide a copy of your notice of appeal to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, reference this

decision, and identify the contract by number. Instead of appealing to the Board of Contract Appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

/s/ WILLIAM L. PARSONS

William L. Parsons
Contracting Officer

CC: Insurance Company of the West (Surety)

MEMORANDUM FOR THE FILE

Re: White Buffalo Construction, Inc. v. United States, Consolidated Cases Nos. 99-861 and 00-415C (Fed. Cl.), Judge Smith

I authorize the Federal Highway Administration, Western Federal Lands Division, Vancouver, Washington to convert its December 2, 1999, termination for default of its contract with White Buffalo Construction, Inc. ("White Buffalo"), Contract No. DTFH70-98-C-00027, to a termination for convenience and to make payment to White Buffalo the amount of $101,200 withheld as liquidated damages, plus interest pursuant to the CDA from April 20, 2000.

David M. Cohen
Director
Commercial Litigation Branch

Date: 1/6/04

**Binder, Timothy J.**

**From:** Joseph.Trautwein@usdoj.gov
**Sent:** Thursday, January 15, 2004 12:26 PM
**To:** Binder, Timothy J.
**Subject:** RE: White Buffalo

Tim, Mr. Cohen has approved you request for authorization to convert the T/D to a T/C and to return the LD's. As discussed, please issue the COD. Thanks

-----Original Message-----
From: Timothy.Binder@fhwa.dot.gov [mailto:Timothy.Binder@fhwa.dot.gov]
Sent: Monday, January 12, 2004 7:11 PM
To: William.Parsons@fhwa.dot.gov
Cc: Trautwein, Joseph
Subject: White Buffalo

Bill,

Attached is a draft COD for the conversion. DO NOT ISSUE IT YET. Dick Alexander is reviewing the matter and will get back to Joe tomorrow. Once Joe gets the word from Dick that he is okay with the matter, then we will proceed. Upon issuing it, please FAX a copy back to Joe so he can include it in a Motion to Dismiss. His FAX number is 202-307-0494. The holdup has to do with the six month period and the interest calculation period. You may need to change those provisions if Joe says so.

Joe, Bill's phone number is 360-619-7753.

tim

<<White Buffalo-COD converting TD into TC02 04-01-08.doc>>

U.S. Department of Transportation
Federal Highway Administration

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3801
(360) 619-7700 FAX: (360) 619-7846

January 15, 2004

**Certified Mail - Return Receipt Requested**

Mr. Luther Clevenger
White Buffalo Construction, Inc.
6653 Shaw Highway SE
Aumsville, OR 97325

Re: OR FS ERFO 97-18(2)
Contract No. DTFH70-98-C-00027

Dear Mr. Clevenger

This is a Final Contracting Officer's Decision converting the termination for default into a termination for the convenience of the Government and accordingly releasing the one hundred thousand dollars ($100,000.00) in withheld liquidated damages and terminating the claim for an additional twelve hundred dollars ($1,200.00) previously made.[1]

Because the default termination is to be treated as a convenience termination, the effective date of this conversion is December 3, 1998, the date the prior termination for default became effective. The termination constitutes a complete termination of the contract.

White Buffalo should submit its settlement proposal in accordance with FAR Clause 52.249-2 and FAR Subpart 49.2. White Buffalo shall submit such proposal to me within six (6) months of the date of this letter.

## DECISION

The Government hereby converts the December 1, 1998 Termination for Default into a Termination for the Convenience of the Government. The effective date of the Termination remains December 3, 1998. Liquidated damages, assessed against White Buffalo are hereby rescinded. The one hundred thousand dollars of liquidated damages ($100,000.00) withheld from White Buffalo will be paid to the contractor, together with interest from December 22,

[1] The Government withheld $100,000 in liquidated damages. The Government later adjusted the amount of liquidated damages to $101,200 based on 253 days at $400 per day. Because the Government, at the time of the adjustment, no longer had funds due the contractor, the Government requested the surety to pay the additional sum of $1,200.00. The surety declined to pay this amount. This decision releases any continuing claim for the additional $1,200.00 and releases the $100,000.00 previously withheld. White Buffalo's December 21, 1999 request to the contracting officer was for the return of the $100,000.00 and did not address the additional $1,200.00 previously requested by the Government. As such the request was not required to be accompanied by a certification and in fact was not so accompanied.



BUCKLE UP AMERICA

1999. White Buffalo shall submit a settlement proposal to me within six (6) months of the date of this letter.

This is the final decision of the Contracting Officer. This decision may be appealed to the Department of Transportation Board of Contract Appeals, 400 Seventh Street SW, Washington, D.C. 20590. If you decide to make such an appeal, you must mail or otherwise furnish written notice to the Board of Contract Appeals within 90 days from the date you receive this decision. A copy of the notice shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, should reference this decision, and identify the contract by number. With regard to appeals to the Department of Transportation Board of Contract Appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims $100,000 or less. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

William L Parsons

William L. Parsons
Contracting Officer

cc: Richard E. Alexander, Stoel Rives LLP, 900 SW Fifth Avenue, Suite 2600, Portland, OR 97204
Insurance Company of the West, 8050 SW Warm Springs Street, #140, Tualatin, OR 97062-0369
Art Hamilton, FLH Headquarters
Ronald Carmichael, WFL
Elizabeth Firestone, WFL
Robert Lale, WFL
Ricardo Suarez, WFL
Tim Binder, WFL
File



BUCKLE UP AMERICA

**U.S. Department of Transportation**
Federal Highway Administration
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, WA 98661-3801
(360) 619-7700 FAX: (360) 619-7846

March 26, 2004

Refer to: HFL-17
File: 4
#25559L_NKP

Mr. Tim Mc Ilmail
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

**SUBJECT: White Buffalo Construction, Inc. v. The United States**
**No. 99-961C**
**DTFH70-98-C-00027**
**OR FS ERFO 97-18(2)**

Dear Mr. Mc Ilmail:

Enclosed is a copy of Federal Highway Administration's invoice overview, which shows that payment was made to White Buffalo Construction. Tim Binder, Division Counsel, requested that I forward this document to you in hard copy because he did not think a faxed copy would be clear enough.

If you need anything further please let me know.

Sincerely yours,

Nancie K. Pruitt

Nancie K. Pruitt
Legal Program Assistant

Enclosure:
Invoice overview

cc: Tim Binder, Division Counsel, WFLHD

BUCKLE UP AMERICA

Invoice Overview (FEDERAL HIGHWAY ADMINISTRATION)

| | | | | | |
|---|---|---|---|---|---|
| Supplier | WHITE BUFFALO CONSTRUCT INC | | | Site | AUMSVILLE |
| Supplier Num | 930727378 | | | Taxpayer ID | 930727378 |
| Invoice Num | SETTLEMENT AGREEN | Type | Standard | Date | 22-JAN-2004 |
| Batch Name | WF04027003 | Currency | USD | Amount | 122,766.10 |
| Voucher | | | | Unpaid Amount | 0.00 |
| PO Number | 2504C7027FY980000 | Release | | Unapplied Amount | |
| Receipt Num | | | | Settlement Date | |
| | | | | Description | |

**Invoice Status**

| | |
|---|---|
| Paid | Yes |
| Accounted | Yes |
| Status | Validated |
| Approval | Not Required |

| Active Hold | Reason |
|---|---|
| | |

**Scheduled Payments**

| Curr | Amount | Remaining | Due Date | Held |
|---|---|---|---|---|
| USD | 122,766.10 | 0.00 | 02-FEB-2004 | ☐ |

**Actual Payments**

| Paid By | Paid On |
|---|---|
| 338754 - Electro | 29-JAN-2004 |

Payment Overview | View Receipt | View PO | Supplier | Invoices