# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **WHITE BUFFALO CONSTRUCTION, INC.**, *Plaintiff*, | | No. 99-961C (consolidated with 00-415C) |
| v. | | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, *Defendant*. | | Filed: September 7, 2007 |

## ORDER

The Court SCHEDULES a telephone status conference for Monday, October 22, 2007 at 3:00 p.m. EDT. The cases shall remained STAYED until that time.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE