# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**WHITE BUFFALO CONSTRUCTION, INC.**, *
*
*Plaintiff*, * No. 99-961C
* (consolidated with 00-415C)
v. *
* Senior Judge Loren A. Smith
**THE UNITED STATES**, *
* Filed: October 17, 2007
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court RESCHEDULES the telephone status conference previously set for Monday, October 22, 2007 at 3:00 p.m. EDT to be held on Friday, November 2, 2007 at 3:30 p.m. EDT. The cases shall remained STAYED until that time.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE