# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**WHITE BUFFALO CONSTRUCTION, INC.**,

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C
(consolidated with 00-415C and 07-738C)

Senior Judge Loren A. Smith

Filed: December 7, 2007

**ORDER**

Pursuant to the telephone status conference held on December 7, 2007, the Court hereby **CONSOLIDATES** Case No. 07-738 with Case Nos. 99-961C and 00-415. Case No. 99-961C shall remain the lead case in the consolidated matters.

The Court further **SCHEDULES** the telephone status conference for Thursday, January 3, 2008 at 3:00 p.m. in order to determine a litigation schedule. The parties shall be prepared to provide a discovery schedule, briefing schedule for possible motions, and a trial date, if necessary.

The **STAY** is hereby **LIFTED** in the previously consolidated cases.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE