# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **WHITE BUFFALO CONSTRUCTION, INC.**, | * | |
| *Plaintiff,* | * | No. 99-961C (consolidated with 00-415C & 07-738C) |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: January 3, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Pursuant to the scheduling conference held on January 3, 2008, the Court hereby **SCHEDULES** the following:

1. Initial disclosures for the ‘07 complaint due on January 17, 2008.
2. Discovery closes April 30, 2008.
3. Any motions due by May 16, 2008.
4. Any response due by June 13, 2008.
5. Replies due by June 27, 2008.

The Court hereby **SCHEDULES** a telephone status conference for Wednesday, April 8, 2008 at 3:00 p.m.

The Court further **SCHEDULES** the pretrial conference for Monday, July 28, 2008 at 3:00 p.m. to be held by telephone.

The Court further **RESERVES** the week of August 4, 2008 for trial to be held in Portland, Oregon.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE