IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., Plaintiff, | ) | |
| v. | ) | No. 99-961C (Consolidated with Nos. 00-415C and 07-738C) (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16(a)(1) and Appendix A ¶ 4 of the United States Court of Federal Claims ("RCFC"), Appendix A, the parties submit this Joint Preliminary Status Report with respect to Case No. 07-738C (Fed. Cl.).

A. Does the Court have jurisdiction over the action?

Plaintiff White Buffalo Construction, Inc. ("White Buffalo") believes that the Court has jurisdiction to hear and decide the action.

Pursuant to RCFC 12(h)(3), defendant, the United States, suggests that the Court does not possess subject matter jurisdiction to entertain the breach claims that plaintiff sets forth in its Second Claim For Relief in the Complaint in Case No. 07-738C (Fed. Cl.). Those claims accrued more than six years before their submission to the contracting officer, and are barred by the statute of limitations set forth at 41 U.S.C. § 605(a).

Pursuant to RCFC 12(h)(3), defendant suggests that the Court does not possess subject matter jurisdiction to entertain the

claim that plaintiff sets forth in its Third Claim For Relief in the Complaint in Case No. 07-738C (Fed. Cl.) that the "conversion of the termination from default to convenience was the culmination of a pattern of had-faith government conduct"; plaintiff has not presented that claim to a contracting officer. Plaintiff disagrees that it has not presented that claim to a contracting officer.

Defendant does not have any basis upon which to question the Court's jurisdiction to entertain the First Claim For Relief in the Complaint in Case No. 07-738C (Fed. Cl.) at this time.

B. Should the case be consolidated with any other case and the reasons therefor?

Case Nos. 99-961-C, 00-415C, and 07-738C have been consolidated. These cases should not be consolidated with any other case.

C. Should the trial of liability and damages be bifurcated and the reasons therefor?

The trial of liability and damages should not be bifurcated.

D. Should further proceedings in this case be deferred pending consideration of another case before this Court or any other tribunal and the reasons therefor?

Further proceedings in this case should not be deferred pending consideration of any other case before this Court or any other tribunal.

E. Will a remand or suspension be sought and the reasons therefor and the proposed duration?

A remand or suspension will not be sought.

F. Will additional parties be joined?

Additional plaintiffs will not be joined.

G. Does either party intend to file a motion pursuant to RCFC 12(b), 12(c), or 56 and, if so, what is a proposed schedule for the intended filing?

Defendant intends to file motions pursuant to RCFC 12(b)(1) to dismiss for lack of subject matter jurisdiction the Second and Third Claims For Relief in the Complaint in Case No. 07-738C (Fed. Cl.). Plaintiff may file a cross-motion. At this time, no such motions are pending. The Court has set the following briefing schedule for motions: (1) any motions due by May 16, 2008; (2) any response due by June 13, 2008; and (3) any replies due by June 27, 2008.

H. What are the relevant factual and legal issues?

Plaintiff's statement:

1. Whether the Government improperly denied portions of White Buffalo's termination settlement proposal, in particular its claim for lost profit on completed work.

2. Whether the Government's actions in connection with its termination of White Buffalo for default and purported conversion

of that termination to termination for convenience were in bad faith.

3. Whether White Buffalo's claims are barred by the statute of limitations.

Defendant's statement:

1. Whether plaintiff is entitled to the $503,512.53 sought in the First Claim For Relief in the Complaint in Case No. 07-738C (Fed. Cl.).

2. Whether the Court possesses subject matter jurisdiction to entertain the Second and Third Claims For Relief in the Complaint in Case No. 07-738C (Fed. Cl.).

3. Whether, if the Court possesses subject matter jurisdiction to entertain the Second and Third Claims For Relief in the Complaint in Case No. 07-738C (Fed. Cl.), plaintiff is entitled to the $558,064.25 sought in those claims for relief.

I. What is the likelihood of settlement? Is alternative dispute resolution contemplated?

After discovery is completed the parties and upon the filing of motions, the parties will be in a better position to further evaluate the likelihood of settlement, including through alternative dispute resolution.

J. Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling? What is the requested place of trial?

The parties anticipate proceeding to trial. The Court has reserved the week of August 4, 2008 for trial to be held in Portland, Oregon.

K. Are there special issues regarding electronic case management needs?

There are no special issues regarding electronic case management needs.

L. Is there other information of which the Court should be aware at this time?

There is no other information of which the Court should be aware at this time.

Discovery Plan:

The Court has ordered that discovery close on April 30, 2008. Discovery is expected to include document production, written discovery, and depositions in accordance with the rules of the Court.

Respectfully submitted,

/s/ Scott J. Kaplan
RICHARD E. ALEXANDER
SCOTT J. KAPLAN
Attorneys of Record for
White Buffalo Construction,
Inc.
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204 1268
Telephone: (503) 224 3380
Facsimile: (503) 294 9167

February 11, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

February 11, 2008

Certificate of Filing

I hereby certify that on February 11, 2008, a copy of the foregoing Joint Preliminary Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott J. Kaplan

Scott J. Kaplan
Of Attorneys for White Buffalo Construction