**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | **PLAINTIFF'S MOTION TO COMPEL**<br><br>**No. 99-961C (Consolidated with Case Nos. 07-738C and 00-415C)**<br><br>**Senior Judge Loren A. Smith**<br><br>**Electronically Filed March 21, 2008** |

**RCFC 37(a)(2)(A) CERTIFICATION**

The undersigned counsel certifies pursuant to RCFC 37(a)(2)(A) that movant has in good faith conferred with counsel for defendant in an effort to secure disclosure without court action.

**MOTION**

Pursuant to RCFC 37, plaintiff White Buffalo Construction, Inc. ("White Buffalo") moves to the government to produce all discoverable documents requested related to White Buffalo's bad-faith claim and on the statute of limitations issue pursuant to White Buffalo's Requests for Production as set forth in the accompanying papers. This motion is based on the accompanying memorandum, the Declaration of Scott J. Kaplan and the pleadings and papers on file herein.

DATED: March 21, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan

Richard E. Alexander, OSB No. 69002
Scott J. Kaplan, OSB No. 913550
Attorneys of Record for
White Buffalo Construction, Inc.
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 294-9167