**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | **DECLARATION OF SCOTT J. KAPLAN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**<br><br>**No. 99-961C (Consolidated with Case Nos. 07-738C and 00-415C)**<br><br>**Senior Judge Loren A. Smith**<br><br>**Electronically Filed on March 21, 2008** |

I, Scott J. Kaplan, declare as follows:

1. I am a member of Stoel Rives LLP and one of the attorneys representing plaintiff White Buffalo Construction, Inc. ("White Buffalo") in this action.

2. On January 15, 2008, White Buffalo propounded requests for production.

3. On February 19, 2008, the government responded, refusing to produce documents responsive to the requests at issue. (Defendant's Response to Plaintiff's First Request for Production dated February 19, 2008, Ex. 1.)

4. White Buffalo offered to clarify any confusion the government had about what documents were sought. (February 22, 2008 letter to Timothy McIlmail, Ex. 2.)

5. Counsel for White Buffalo and the government held a conference call on February 27, 2008. The government declined White Buffalo's offer to clarify the requests, if necessary, and has refused to produce responsive documents. (February 25, 2008 and March 3, 2008 letters from Timothy McIlmail, Exs. 3 and 4.)

6. White Buffalo has offered to enter into a Stipulated Protect Order to protect any relevant privacy right of government employees. (Ex. 1 at 3.)

7. White Buffalo's response to the government's Request for Admission No. 3 specified where in the certified claim it had alleged the conversion was in bad faith. (Plaintiff's

Response to Defendant's Requests for Admission dated February 19, 2008, Ex. 5 at 2-3.) The government has still refused to produce responsive documents.

8. Attached as Exhibit 6 are excerpts from the August 30, 2007 Final Decision.

I hereby declare, under penalty of perjury under the laws of the United States, Oregon and Maryland that the foregoing is true and correct.

DATED: March 21, 2008. STOEL RIVES LLP

/s/ Scott J. Kaplan

Scott J. Kaplan
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 294-9167