**U.S. Department of Justice**

Civil Division

TMH:TPMcIlmail
DJ# 154-99-961

Telephone: (202) 616-0342
Facsimile: (202) 514-7965

*Washington, D.C. 20530*

February 25, 2008

Richard E. Alexander
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268

Re: White Buffalo Constr., Inc. v. United States, No. 99-961C (Fed. Cl.)

Dear Mr. Alexander :

We have received Scott Kaplan's February 22, 2008 letter. First, we understand that Mr. Clevenger and the agency are working out concerns regarding electronic production. Please let me know if further concerns arise.

Second, we do not intend to waive our objections to requests for production that do not identify documents with reasonable particularity. We cannot be expected to determine on our own what documents White Buffalo has in mind, and, therefore, cannot be expected to determine matters such as the potential burden of production and whether any privileges apply. We will respond to any new requests that White Buffalo serves upon us that identify documents with reasonable particularity. Please note that we have identified documents with reasonable particularity in the requests for documents that we have served upon White Buffalo.

Third, we hope that White Buffalo will agree to limit its discovery efforts in this case to those matters that the Court possesses jurisdiction to entertain. We understand that the Court has indicated its preference that dispositive matters be addressed upon the close of discovery. However, if White Buffalo insists upon seeking discovery regarding matters outside the Court's jurisdiction, we will seek protection, including by suggesting pursuant to Rule 12(h)(3) that the Court does not possess jurisdiction to entertain those matters and should require White Buffalo to establish the Court's jurisdiction before entertaining any motion that White Buffalo files.

FILE

**EXHIBIT** 3
**Page** 1 **of** 2

This case has been pending for many years now, and we look forward to its expeditious resolution. We hope White Buffalo will pursue reasonable discovery that does not impose unnecessary burdens upon the parties. We look forward to hearing from you or Mr. Kaplan by telephone on February 27, 2008.

Very truly yours,

Timothy P. McIlmail

Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch