U.S. Department of Justice

Civil Division

TMH:TPMcIlmail
DJ# 154-99-961

Telephone: (202) 616-0342
Facsimile: (202) 514-7965

*Washington, D.C. 20530*

March 3, 2008

Richard E. Alexander
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268

Re: White Buffalo Constr., Inc. v. United States, No. 99-961C (Fed. Cl.)

Dear Mr. Alexander :

Thank you for the telephone call with Scott Kaplan on February 27, 2008. First, we are pleased that White Buffalo does not intend to seek an order compelling any further response to its Request for Production No. 13.

Second, we are disappointed that White Buffalo has chosen not to withdraw its objectionable requests and serve us with document production requests that identify documents with reasonable particularity.

Third, we are aware of no non-privileged documents responsive to Request for Documents No. 1 available to us in electronic form that we have not already produced.

Fourth, we expect to be able to provide by March 7, 2008, a privilege log of documents withheld from our production in response to Request for Production No. 1. Because we have not produced any documents in response to any other requests, there are no other "withheld" documents for us to identify.

Fifth, today we received the email that Mr. Kaplan said he would send us addressing concerns regarding production of documents in electronic form. We will address that email in a letter later this week.

FILE

Finally, the documents that we have produced in response to Request for Production No. 1 relating to the categories of documents that we identified in our initial disclosures, including design documents, contract documents, claim documents, contracting officer's final decisions, and finance documents for Contract No. DTFH70-98-C-00027, including Defense Contract Auditing Agency Report No. 4261-2005P17100001. We hope that the breadth of that production and the documents otherwise already in White Buffalo's possession related to these



154-99-961.03

cases will persuade White Buffalo that it is not in its best interests to file a motion to compel. If not, we are prepared to defend our objections to White Buffalo's requests, and to bring to the Court's attention promptly the jurisdictional issues that those requests present.

Thank you for your attention to this matter.

Very truly yours,

Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch

EXHIBIT 4
Page 2 of 2