APPENDIX TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

# INDEX TO APPENDIX

PAGE(S)

Termination for Convenience, Form 1436 Settlement Proposal, Submitted by White Buffalo Construction to Mr. William Parsons, Terminating Contracting Officer, Jan. 13, 2005. . . . . . . . . 15

PS Form 3811, Jan. 17, 2004.. . . . . . . . . . . . . . . . . . 60

RECEIVED
FHWA-VANCOUVER
05 JAN 13 PM 3: 17
MAIL ROOM

ORG
SF1436

**CONTRACT # DTFH70-98-C-00027**

**TERMINATION FOR CONVENIENCE**

**FORM 1436 SETTLEMENT PROPOSAL (TOTAL COST METHOD)**

**REQUEST FOR COSTS TO COMPLETE SETTLEMENT PROPOSAL**

**REQUEST FOR PROFIT**
**AND**
**JUSTIFICATION FOR PROFIT**

***Submitted By:***

**White Buffalo Construction Inc**
**P. O. Box 1310**
**Aumsville, OR 97325**
**503.749.1861**

1-13-05

**WHITE BUFFALO CONSTRUCTION INC.**
**P.O. BOX 1310**
**6653 SHAW HWY S.E.**
**AUMSVILLE, OR 97325**
**ph# 503-749-1861**
**fax# 503-749-1684**

January 13, 2005

Mr. William Parsons
Terminating Contracting Officer
Western Federal Lands Highway Division
Federal Highway Administration, USDOT
610 East Fifth Street
Vancouver, WA 98661-3801

re: DTFH70-98-C-00027. Termination for Convenience. Settlement Proposal.

Enclosed please find the following:

1. Contractor's request for profit in the amount of $925,834.91 .(Appendix B)
2. Contractor's justification for profit. (Appendix B)
3. Contractor's Form 1436 (Total Cost Basis) including an attached Subcontractor Statement and a Form 1436 (Total Cost Basis) for Subcontractor McBride Construction Inc.
4. Contractor's request for reimbursement of costs associated with the preparation of its Settlement Proposal in the amount of $41,793.21. (Appendix A)
5. An additional copy of our submission dated November 2, 2004 volumes 1 & 2 for direct job costs in the amount of $365,788.41 which was previously delivered to you and which is included in this Settlement Proposal.
6. An additional copy of our submission dated March 19, 2004 for surety costs in the amount of $276,768.29 which was previously transmitted to you and which is included in this Settlement Proposal.

Our request for reimbursement of costs associated with the preparation of our Settlement Proposal (see #4 above) does not include costs that we will incur in negotiating this settlement. It also does not include costs which have been incurred but may not yet have been invoiced.

If you have any questions please contact me and I will be happy to assist you.

Sincerely,

Luther L. Clevenger
President

*enclosures: appendices A and B, form 1436 (WBC) including Subcontractor Statement, form 1436 (McBride), Nov 2, 2004 submission and March 19, 2004.*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Luther Clevenger
WhiteBuffalo Construction, Inc
6653 Shaw Hwy SE
Aumsville OR 97325
Proj: OR FS ERFO 97-1B(2)
[Jan 15, 2004 Ltr from W. Parsons]

2. Article Number
(*Transfer from service label*)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)
Luther Clevenger

C. Date of Delivery
1-17-04

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No
PO Box 1310
Aumsville OR
97325

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes