APPENDIX TO DEFENDANT'S MOTION TO STAY CERTAIN
DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS

# INDEX TO APPENDIX

PAGE(S)

Letter of William L. Parsons, Contracting Officer, Federal Highway Administration, to Luther L. Clevenger, President, White Buffalo Construction Inc., Dec. 1, 1998. . . . . . . . . . 1

Certification of Timothy P. McIlmail, Apr. 4, 2008. . . . . . . . 5

Letter of Timothy P. McIlmail, Dep't Of Justice, to Richard E. Alexander, Stoel Rives LLP, Apr. 2, 2008. . . . . . . 6

Letter of Scott Kaplan, Stoel Rives LLP, to Timothy P. McIlmail, Dep't Of Justice, Apr. 3, 2008. . . . . . . 7

Termination for Convenience, Form 1436 Settlement Proposal, Submitted by White Buffalo Construction to Mr. William Parsons, Terminating Contracting Officer, Jan. 13, 2005. . . . . . . . . 15

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WASHINGTON 98661-3893

U.S. Department
of Transportation

Federal Highway
Administration

| CONCURRENCES |
|---|
| SIGNATURE |
| DATE 12/1/98 |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |
| SIGNATURE |
| DATE |

December 1, 1998
In Reply Refer to:
HPA-17.13
tford_wb.182

Attn: Luther L. Clevenger, President
White Buffalo Construction
PO Box 1310
Aumsville, Oregon 97325

Dear Mr. Clevenger:

Notice of Termination for Default
OR FS ERFO 97-18(2)
Siskiyou N.F., FDR 33 (MP 44.5 - MP 47.3)
FDR 3347, FDR 3347020
Contract Number DTFH70-98-C-00027

You are hereby notified that Contract Number DTFH70-98-C-00027 (hereafter referred to as "the contract") dated August 20, 1998 is terminated completely for default under the contract clause entitled 52.249-10, DEFAULT (FIXED-PRICE CONSTRUCTION)(APRIL 1984).

The termination is effective immediately upon receipt of this "Notice."

In accordance with subdivision (a) of the Default clause, White Buffalo is in default due to:

(1) Failure to complete the work on FDR 33 to subgrade between MP 46.2 to 46.7 and MP 47.07 to 47.25 by November 30, 1998, as required by the contract, SCR 108.01(b),

(2) Failure to prosecute the work with the diligence that will ensure the completion of all repairs up to subgrade and placement of at least 100 mm aggregate base by January 23, 1999, as required by the contract, SCR 108.01(b),

(3) Failure to prosecute the work with the diligence that will ensure opening FDR 33 to public traffic by January 24, 1999, as required by the contract, SCR 108.01(b),

(4) Failure to comply with the following contract requirements -
(a) FAR 52.222-6, Davis-Bacon Act,


OFFICIAL FILE COPY

(b) FAR 52.222-8, Payrolls and Basic Records,

(c) FAR 52.236-5, Material and Workmanship,

(d) FAR 52.236-6, Superintendence by the Contractor,

(e) FAR 52.236-9, Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements,

(f) FAR 52.236-15, Schedules for Construction Contracts,

(g) FAR 52.246-12, Inspection of Construction,

(h) FP-96, §107.01, Laws to be Observed, as amended by SCR §107.01,

(i) FP-96, §107.02, Protection and Restoration of Property and Landscape,

(j) FP-96, §153, Contractor Quality Control, as amended by SCR §153,

(k) FP-96, §154, Contractor Sampling and Testing, as amended by SCR §154,

(l) FP-96, §155, Schedules for Construction Contracts, as amended by SCR §155,

(m) SCR §156.06, (l) Limitations on Construction Operations,

(n) SCR §204.06, Roadway Excavation, (d) Rock Cut at FDR 33, MP 46.7,

(0) FP-96, §205, Rock Blasting, as amended by SCR §205.

Your right to proceed further under the contract is terminated. Take the following steps regarding cessation of work and notification to immediate subcontractors:

(1) Stop all work and place no farther orders relating to the contract.

(2) Keep adequate records of your compliance with the above subparagraph (1) showing -

(i) Date you received the Notice of Termination; and

(ii) Extent of completion of performance on the effective date.

(3) Furnish notice of termination to each immediate subcontractor and supplier that will be affected by this termination. In the notice -

(i) Specify your Government contract number;

(ii) State whether the contract has been terminated completely or partially;

(iii) Provide instructions to stop all work, make no further shipments, place no further

orders, and terminate all subcontracts under the contract.

The construction work terminated may be reprocurred against White Buffalo's account and White Buffalo will be held liable for any excess costs.

This notice of termination constitutes my determination and decision that the failure to perform is not excusable, however, White Buffalo has the right to appeal this decision under the Disputes clause, FAR 52.233-1 DISPUTES (OCT 1995) ALTERNATE 1 (DECEMBER 1995).

The Government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs.

This notice constitutes a decision that White Buffalo is in default as specified and that the contractor has the right to appeal under the Disputes clause.

If this termination, together with other outstanding terminations, will necessitate a significant reduction in your work force, you are urged to -

(i) Promptly inform the local State Employment Service of your reduction-in-force schedule in numbers and occupations, so that the Service can take timely action in assisting displaced workers;

(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insuranceif necessary:

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(vi) If practical, urge subcontractors to take similar actions to those described in subparagraphs (i) through (v) above.

Please acknowledge receipt of this notice as provided below.

William L. Parsons

William L. Parsons
Contracting Officer

Western Federal Lands Highway Division
Federal Highway Administration

ACKNOWLEDGMENT OF NOTICE

The undersigned acknowledges receipt of a signed copy of this notice of Termination for Default of Contract No. DTFH70-98-C-00027 on ______________, 19____. Two signed copies of this notice are returned.

______________________________
(Name of contractor)

By ______________________________
(Name)

______________________________
(Title)

(End of notice)

cc: Insurance Company of the West (Surety)
8050 SW Warm Springs Street, #140
Tualatin, OR 97062-0369

SBA, Seattle Regional Office

H. Crockett, w/notice
P. Rettinger, w/notice
S. Aftab, w/notice
T. Breneman, (e-mail)
E. Hammontree (e-mail)
B. Chon (e-mail)
M. Hildreth (e-mail)
T. Craig (e-mail)
~~S. Craven (e-mail)~~
~~H. Peifer (e-mail)~~
C. Story (e-mail)
G. Thomas, USFS, Region 6
R. O'Leary, USFS, Siskiyou National Forest
C. Linderman, USFS, Siskiyou National Forest
C. Jacoby (e-mail)
T. Hildreth (e-mail)
J. Zotter (e-mail)
J. Trafalli's (e-mail)

App. 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 99-961C (Consolidated with Nos. 00-415C and 07-738C) (Senior Judge Smith) |

CERTIFICATION

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, I certify that I have in good faith conferred with counsel for White Buffalo Construction, Inc. in an effort to obtain a stay, pending resolution of Defendant's Motion To Dismiss Certain Claims For Lack Of Subject Matter Jurisdiction And For Judgment Upon The Pleadings Upon Certain Claims, of further discovery upon the claims set forth in Case Nos. 99-961C (Fed. Cl.), Case No. 00-415C (Fed. Cl.), and the Second and Third Claims For Relief in the complaint in Case No. 07-738C (Fed. Cl.).

TIMOTHY P. MCILMAIL
Attorney for Defendant

April 4, 2008

**U.S. Department of Justice**

Civil Division

TMH:TPMcIlmail
DJ# 154-99-961

Telephone: (202) 616-0342
Facsimile: (202) 514-7965

*Washington, D.C. 20530*

April 2, 2008

Richard E. Alexander
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268

Re: White Buffalo Constr., Inc. v. United States, No. 99-961C (Fed. Cl.)

Dear Mr. Alexander:

We propose that discovery upon the claims set forth in the complaints in Case Nos. 99-961C and 00415C, as well as the claims set forth in the Second and Third Claims For Relief in the complaint in Case No. 07-738C, be stayed pending resolution of Defendant's Motion To Dismiss Certain Claims For Lack Of Subject Matter Jurisdiction And For Judgment Upon The Pleadings Upon Certain Claims. The stay would include a stay of further proceedings upon plaintiff's March 21, 2008 Motion To Compel.

Please inform us by April 4, 2008, whether plaintiff agrees to the stay that we propose. In addition, please consider this an effort to obtain that stay without requesting court action pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims.

Thank you for your prompt attention to this matter.

Very truly yours,

Timothy P. McIlmail

Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch

STOEL RIVES LLP
ATTORNEYS AT LAW

900 S.W. [illegible] Avenue, Suite 2600
Portland, Oregon 97204
main 503.[illegible].3380
fax 503.[illegible]380

SCOTT J. KAPLAN
*Direct (503) 294-9186*
sjkaplan@stoel.com

April 3, 2008

**VIA FACSIMILE AND EMAIL**

Mr. Timothy P. McIlmail
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530

**Re: *White Buffalo Construction, Inc. v. U.S.*, Consolidated Under Court of Federal Claims Case No. 99-961C**

Dear Tim:

This is in response to the materials (two letters and three deposition notices) we received from you on April 2, 2008.

First, with regard to your unilateral deposition notice of White Buffalo and its principals, standards of professional courtesy as well as the rules of many courts require some effort to work out a schedule between counsel before noticing the depositions. (*See, e.g.*, District of Maryland Discovery Guidelines, Guide 4; District of Oregon L.R. 30.2.) In any event, the depositions of White Buffalo witnesses (who are generally available) will need to be coordinated with the depositions of government witnesses. Depositions of White Buffalo personnel will be at the offices of Stoel Rives in Portland, Oregon.

With regard to the depositions of government witnesses, I did not see in any of the materials you forwarded on April 2 any indication when they might be available. Please provide this information as soon as possible so we can develop a comprehensive deposition schedule.

With regard to Mr. Binder's deposition, the evidence is that in addition to acting as counsel, he acted in a business capacity by assuming some of the duties of the contracting officer, for example, in making the termination decisions and the decisions on White Buffalo's claims. The government cannot cloak its contracting decisions with privilege by delegating this work to attorneys. We expect that Mr. Binder will be produced for deposition.

In response to the government's suggestion (on the same day it noticed three depositions) that White Buffalo agree to a stay of discovery pending the response to the government's motion for

judgment on the pleadings, White Buffalo does not believe this is appropriate. Instead, as set forth in White Buffalo's motion to compel, dispositive motions should be heard after full discovery.

We look forward to obtaining the information needed to set the deposition schedule.

Very truly yours,

Scott J. Kaplan

SJK:dmv

RECEIVED
FHWA-VANCOUVER
05 JAN 13 PM 3: 17
MAIL ROOM

ORG
SF1436

**CONTRACT # DTFH70-98-C-00027**

**TERMINATION FOR CONVENIENCE**

**FORM 1436 SETTLEMENT PROPOSAL (TOTAL COST METHOD)**

**REQUEST FOR COSTS TO COMPLETE SETTLEMENT PROPOSAL**

**REQUEST FOR PROFIT**
**AND**
**JUSTIFICATION FOR PROFIT**

***Submitted By:***

**White Buffalo Construction Inc**
**P. O. Box 1310**
**Aumsville, OR 97325**
**503.749.1861**

1-13-05

**WHITE BUFFALO CONSTRUCTION INC.**
**P.O. BOX 1310**
**6653 SHAW HWY S.E.**
**AUMSVILLE, OR 97325**
**ph# 503-749-1861**
**fax# 503-749-1684**

January 13, 2005

Mr. William Parsons
Terminating Contracting Officer
Western Federal Lands Highway Division
Federal Highway Administration, USDOT
610 East Fifth Street
Vancouver, WA 98661-3801

re: DTFH70-98-C-00027. Termination for Convenience. Settlement Proposal.

Enclosed please find the following:

1. Contractor's request for profit in the amount of $925,834.91 .(Appendix B)
2. Contractor's justification for profit. (Appendix B)
3. Contractor's Form 1436 (Total Cost Basis) including an attached Subcontractor Statement and a Form 1436 (Total Cost Basis) for Subcontractor McBride Construction Inc.
4. Contractor's request for reimbursement of costs associated with the preparation of its Settlement Proposal in the amount of $41,793.21. (Appendix A)
5. An additional copy of our submission dated November 2, 2004 volumes 1 & 2 for direct job costs in the amount of $365,788.41 which was previously delivered to you and which is included in this Settlement Proposal.
6. An additional copy of our submission dated March 19, 2004 for surety costs in the amount of $276,768.29 which was previously transmitted to you and which is included in this Settlement Proposal.

Our request for reimbursement of costs associated with the preparation of our Settlement Proposal (see #4 above) does not include costs that we will incur in negotiating this settlement. It also does not include costs which have been incurred but may not yet have been invoiced.

If you have any questions please contact me and I will be happy to assist you.

Sincerely,

Luther L. Clevenger
President

*enclosures: appendices A and B, form 1436 (WBC) including Subcontractor Statement, form 1436 (McBride), Nov 2, 2004 submission and March 19, 2004.*