# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **WHITE BUFFALO CONSTRUCTION, INC.**, | * | |
| *Plaintiff*, | * | No. 99-961C (consolidated with 00-415C and 07-738C) |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: April 9, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on April 8, 2008, the Court hereby **GRANTS** Plaintiff's Motion to Compel.

Defendant has also informed the Court that it will be filing Motions for Protective Orders. Upon receipt of Defendant's motion for a protective order regarding the performance evaluations, the Court will grant Defendant's motion. With regard to its motion for a protective order concerning Agency Counsel, the Court defers such ruling until the matter is fully briefed. After briefing, oral argument shall be scheduled.

The Court further **SCHEDULES** oral argument on all other outstanding motions for Thursday, June 5, 2008 at 10:30 a.m., in Portland, Oregon.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE