IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DISCOVERY CUTOFF FOR LIMITED PURPOSE OF TAKING DEPOSITION OF STERLING MUNRO**<br>No. 99-961-C (Consolidated with Case Nos. 00-415C and 07-738C)<br>Senior Judge Loren A. Smith<br>**Electronically Filed April 21, 2008** |

Plaintiff White Buffalo Construction, Inc. ("White Buffalo") respectfully requests an extension of the deadline for completing discovery for the limited purpose of taking the deposition of DCAA auditor Sterling Munro. Because of conflicts in schedules, Mr. Munro's deposition could not be scheduled until May 5, 2008 or May 6, 2008. White Buffalo therefore requests that the discovery deadline be extended from April 30, 2008 to May 6, 2008 for the limited purpose of taking Mr. Muno's deposition. The undersigned counsel represents that he has consulted counsel for defendant who does not oppose the requested extension.

DATED: April 21, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan

Richard E. Alexander, OSB No. 690022
Scott J. Kaplan, OSB No. 913350
Attorneys of Record for Plaintiff
White Buffalo Construction, Inc.

Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DISCOVERY CUTOFF FOR LIMITED PURPOSE OF TAKING DEPOSITION OF STERLING MUNRO** on the following named person(s) on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ Email
- ☒ notice of electronic filing using the CM/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Timothy P. McIlmail
U.S. Department of Justice
Civil Division – Commercial Litigation Branch
1100 L Street NW, 8th Floor
Washington, DC 20530
Facsimile: (202) 514-7965
Email: timothy.mcilmail@usdoj.gov
*Attorney for Defendant*

DATED: April 21, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan
Richard E. Alexander
Scott J. Kaplan
Attorneys of Record for Plaintiff
White Buffalo Construction, Inc.
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 220-2480