**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | **DECLARATION OF SCOTT J. KAPLAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER TO BAR PLAINTIFF FROM TAKING THE DEPOSITION OF TIMOTHY BINDER; REQUEST FOR LIMITED CONTINUANCE OF DISCOVERY CUTOFF**<br><br>**No. 99-961C (Consolidated with Case Nos. 07-738C and 00-415C)**<br><br>**Senior Judge Loren A. Smith**<br><br>**Electronically Filed April 21, 2008** |

I, Scott J. Kaplan, declare as follows:

1. I am a member of Stoel Rives LLP and one of the attorneys representing plaintiff White Buffalo Construction, Inc. ("White Buffalo") in this action.

2. The government's privilege log confirms that Tim Binder had a number of communications with the DCAA auditor on the issue of the audit. Attached as Exhibit 1 are excerpts from Defendant's Privilege Log dated March 7, 2008.

I hereby declare, under penalty of perjury under the laws of the United States, Oregon and Maryland that the foregoing is true and correct.

DATED: April 21, 2008.

/s/ Scott J. Kaplan
Scott J. Kaplan

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **DECLARATION OF SCOTT J. KAPLAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER TO BAR PLAINTIFF FROM TAKING THE DEPOSITION OF TIMOTHY BINDER: REQUEST FOR LIMITED CONTINUANCE OF DISCOVERY CUTOFF** on the following named person(s) on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☐ Email

☒ notice of electronic filing using the CM/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Timothy P. McIlmail
U.S. Department of Justice
Civil Division – Commercial Litigation Branch
1100 L Street NW, 8th Floor
Washington, DC 20530
Facsimile: (202) 514-7965
Email: timothy.mcilmail@usdoj.gov
*Attorney for Defendant*

DATED: April 21, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan
Richard E. Alexander
Scott J. Kaplan
Attorneys of Record for Plaintiff
White Buffalo Construction, Inc.
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 220-2480