WHITE BUFFALO CONSTRUCTION, INC. V. UNITED STATES, NO. 99-961C (FED. CL.) (CONS.), DEFENDANT'S PRIVILEGE LOG 3-7-08

| No. | Date | Author | Recipient(s) | Privilege | Description |
|---|---|---|---|---|---|
| 1 | 9/17/03 | Elizabeth Firestone, Contract Administration Engineer | Joe Trautwein, Attorney, USDOJ | Attorney-Client/ Attorney Work Product | E-mail concerning evaluation of pay amounts |
| 2 | 11/12/04 | Elizabeth Firestone, Contract Administration Engineer, FHWA | Bill Parsons, Contracting Officer, FHWA | Attorney-Client/Attorney Work Product | E-mail chain re evaluation of costs |
| 3 | 11/15/04 | Tim Binder, Attorney, FHWA | Elizabeth Firestone, Contract Administration Engineer, FHWA | Attorney-Client/ Attorney Work Product | E-mail chain re evaluation of costs |
| 4 | 1/14/05 | Tim Binder, Attorney, FHWA | Tim McIlmail, Attorney, USDOJ | Attorney-Client/ Attorney Work Product | E-mail re information requested by DOJ |
| 5 | 1/18/05 | Tim Binder | Joe Trautwein, Attorney, USDOJ | Attorney-Client | E-mail re issues associated with case |
| 6 | 01/21/05 | Elizabeth Firestone, Contracting Officer, FHWA | Tim Binder, Attorney, FHWA; Brent Coe, Contract Administration Engineer, FHWA | Attorney-Client/ Attorney Work Product | E-mail chain discussing claim |
| 7 | 01/24/05 | Tim Binder, Attorney, FHWA | Elizabeth Firestone, Contracting Officer, FHWA | Attorney-Client/ Attorney Work Product | E-mail chain re legal issues associated with audit |

EXHIBIT 1
Page 1 of 5

| | | | | | |
|---|---|---|---|---|---|
| 8 | 01/25/05 | Elizabeth Firestone, Contracting Officer, FHWA | Mike Cruz, Auditor, DCAA | Attorney Work Product | E-mail chain re legal issues associated with audit |
| 9 | 01/26/05 | Elizabeth Firestone, Contracting Officer, FHWA | Tim Binder, Attorney, FHWA | Attorney-client/ Attorney Work Product | E-mail concerning audit issues |
| 10 | 02/01/05 | Tim McIlmail, Attorney, USDOJ | Tim Binder, Attorney, FHWA | Attorney-client/ Attorney Work Product | E-mail chain concerning requests from DOJ |
| 11 | 02/02/05 | Tim Binder, Attorney, FHWA | Mike Cruz, Auditor, DCAA | Attorney Work Product | E-mail discussing issue in audit |
| 12 | 2/2/05 | Tim Binder, Attorney, FHWA | Mike Cruz | Attorney Work Product | E-mail discussing issue in audit |
| 13 | 02/02/05 | Tim Binder, Attorney, FHWA | Tim McIlmail, Attorney, USDOJ | Attorney-client/ Attorney Work Product | E-mail chain concerning legal direction relating to audit |
| 14 | 5/26/05 | Brent Coe, Contract Administratio n Engineer, FHWA | Elizabeth Firestone, Contracting Officer, FHWA | Attorney-Client/Attor ney Work Product | E-mail prepared for attorney evaluating WBC and Tidewater contracts |

| | | | | | |
|---|---|---|---|---|---|
| 15 | 06/03/05 | Tim Binder | Elizabeth Firestone; cc'd Brent Coe | Attorney-client/ Attorney Work Product | E-mail re advice concerning audit |
| 16 | 6/4/05 | Tim McIlmail | Tim Binder | Attorney-Client/Work Product | E-mail re request for information from DOJ |
| 17 | 06/23/05 | Tim McIlmail, | Tim Binder | Attorney-client/ Attorney Work Product | E-mail chain re legal issues |
| 18 | 08/01/05 | Tim Binder | Tim McIlmail | Attorney-client/ Attorney Work Product | E-mail chain re request for information from DOJ |
| 19 | 10/27/05 | Tim McIlmail | Tim Binder | Attorney-client/ Attorney Work Product | E-mail chain re request for information from DOJ |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 1/11/06 | Elizabeth Firestone | Tim Binder | Attorney-client/ Attorney Work Product | E-mail re advice with respect to audit |
| 21 | 1/11/06 | Tim Binder | Tim McIlmail | Attorney-client/ Attorney Work Product | E-mail re issues associated with audit |
| 22 | 01/26/06 | Tim McIlmail | Tim Binder | Attorney-client/ Attorney Work Product | E-mail chain re request for information from DOJ |
| 23 | 2/21/06 | Tim Binder | Elizabeth Firestone | Attorney-client/ Attorney Work Product | E-mail chain discussing issues associated with audit |
| 24 | 04/10/06 | Tim McIlmail | Tim Binder | Attorney-Client/Attorney Work Product | E-mail chain re request for information from DOJ |

**EXHIBIT** 1
Page 4 of 5

| | | | | | |
|---|---|---|---|---|---|
| 25 | 04/13/06 | Tim McIlmail | Tim Binder | Attorney-Client/Work Product | E-mail re request for information from DOJ |
| 26 | 5/25/06 | Elizabeth Firestone | Tim Binder | Attorney-Client | E-mail seeking advice relating to Audit |
| 27 | 5/30/06 | Dave Hilgendorf, ERFO, FHWA | Donald Patrick; cc'd Michele Bowen | Attorney Work Product | E-mail regarding issues associated with settlement |
| 28 | 8/8/06 | Michele Bowen | Brent Coe, Dave Hilgendorf | Attorney Work Product | E-mail chain discussing preparation for settlement |
| 29 | 8/10/06 | Brent Coe | Tim Binder | Attorney-client/ Attorney Work Product | E-mail re analysis in preparation for settlement |

**EXHIBIT** 1
Page 5 of 5