# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **WHITE BUFFALO CONSTRUCTION, INC.**, | |
| *Plaintiff,* | No. 99-961C (cons. w/ 00-415C and 07-738C |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | Filed: April 22, 2008 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby **GRANTS** Plaintiff's Unopposed Motion to Extend the Discovery Cutoff for the Limited Purpose of taking the Deposition of Sterling Munro.

The Court further **SCHEDULES** oral argument on Defendant's Motion for a Protective Order to Bar Plaintiff from taking the Deposition of Timothy Binder and Request for Limited Continuance of Discovery Cutoff for Wednesday, May 7, 2008, at 3:30 p.m. EDT, by telephone.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE