**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant*.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS CERTAIN CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR JUDGMENT UPON THE PLEADINGS UPON CERTAIN CLAIMS**

**No. 99-961C (Consolidated with Case Nos. 07-738C and 00-415C)**

**Senior Judge Loren A. Smith**

**Electronically Filed April 25, 2008**

Plaintiff moves the Court for an extension of time for it to respond to Defendant's Motion to Dismiss Certain Claims for Lack of Subject Matter Jurisdiction and for Judgment upon the Pleadings upon Certain Claims to and including May 7, 2008. The grounds for the extension are that the deposition of the contracting officer and other witnesses were taken on April 24 and 25, 2008 and White Buffalo believes it would be helpful to the Court to include excerpts of the deposition transcripts in its opposition to the motion.

The undersigned counsel represents that he has consulted with counsel for defendant and that defendant has no objection.

DATED: April 25, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan

Richard E. Alexander, OSB No. 69002
Scott J. Kaplan, OSB No. 913550
Attorneys of Record for
White Buffalo Construction, Inc.
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 294-9167