# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITE BUFFALO CONSTRUCTION, INC.**,

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C (cons. w/ 00-415C and 07-738C

Senior Judge Loren A. Smith

Filed: April 29, 2008

## ORDER

The Court hereby **GRANTS** Plaintiff's Unopposed Motion to Extension of Time to File its Response to Defendant's Motion to Dismiss Certain Claims. Plaintiff's response shall be filed and served on or before May 7, 2008.

Oral argument remains scheduled for Thursday, June 5, 2008 at 10:30 am. Oral argument shall be held in Courtroom 15, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Avenue, Portland, OR 97204.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE