# EXHIBIT 5

4261-2005P17100001

White Buffalo Construction, Inc.
Aumsville, OR

White Buffalo Termination Settlement Certified Proposal
Contracting Officer Contact

Date/Time: 1/26/05 10am

Attendees: Tim Binder, Attorney; Elizabeth Firestone, Contracting Officer; Mike Cruz, DCAA Auditor

Highway Administration called the auditor back:

- Auditor should contact WBC attorney to schedule the audit.
- Highway Administration does not want to get involved in the audit process as they want an independent audit.
- Do not contact except for progress on the audit and access to records problems. Your contact is Elizabeth.
- In auditor's request to audit WBC sent to Stoel Rives LLP, take out any reference to knowing about Rim Rock, and for that matter, any link to DCAA court case and prior audit of WBC and RRC. Firmly state the audit should be at WBC in Aumsville; we don't want to audit WBC records at Stoel Rives, however, we will if denied access. If denied access, we will elevate the issue as a audit scope limitation to Department of Transportation and DCAA Managements.
- Don't discuss unallowable/unallocable claimed termination costs at this time. Wait until the audit begins.
- Don't be aggressive until this is the last alternative. Keep your objectivity, and document everything.
- [redacted]

Elizabeth will prepare a record of Highway Administration payments to all payees on this contract since contract inception.

Will contact you if access to records is a problem.

EXHIBIT: 17
WIT: Munro
Bridge City Legal

07-C (1/1)

| | |
|---|---|
| Auditor: | MGC |
| Date: | 1/26/2005 |

Exhibit 5
Page 1 of 1