# EXHIBIT 9

KRISTINE OLSON
United States Attorney
Oregon State Bar No. 73254
**JUDITH D. KOBBERVIG**
First Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1009
Facsimile: (503) 727-1117
neil.evans@usdoj.gov
Oregon State Bar No. 71177
Of Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | | |
|---|---|---|
| **LUTHER L. CLEVENGER,** Plaintiff, v. **U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION,** Defendants. | ) | Civil No. 99-1615-AS<br>**STIPULATION FOR SETTLEMENT** |

EXHIBIT 35

The parties agree that as the documents requested in this Freedom of Information Act case, 5 U.S.C. 552a *et seq*,. have been provided to the Plaintiff, this matter has been resolved.

IT IS HEREBY stipulated by and between the parties by and through their respective counsel as follows:

Exhibit 9
Page 1 of 2

RECEIVED
JONES & GREY
5/4/00
cc: client, Docket

1. Plaintiff agrees to accept the sum of $2,176 (Two Thousand, One Hundred, Seventy-six dollars) for attorney fees and costs in full and complete settlement and satisfaction of any and all claims plaintiff has or hereafter may have against defendant on account of this cause of action filed under the Freedom of Information Act (FOIA) 5 U.S.C. 552a *et seq.*

2. Defendant agrees to pay the sum of $2,176 (Two Thousand, One Hundred, Seventy-six dollars) for attorney fees and costs which sum shall be in full and complete satisfaction of any and all claims and demands which plaintiff, its successors, or assigns may have against the defendant and its agents and employees on account of the facts and circumstances giving rise to this action.

3. This agreement shall not constitute an admission of liability or fault on the part of the defendant or its agents or employees.

4. In exchange for the payment of the sum stated above, and contemporaneous with the delivery of the check therefore, plaintiff will file with the Clerk of the Court a dismissal of the above action with prejudice.

Stephen Hall
STEPHEN C. HALL, ESQ.
Attorney for Plaintiff

5-1-00
Date

Judith D. Kobbervig
JUDITH D. KOBBERVIG
First Assistant United States Attorney
Attorney for Defendants

5-3-00
Date