IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WHITE BUFFALO CONSTRUCTION, INC., )
Plaintiff, )
v. ) No. 99-961C (Consolidated with Nos. 00-415C and 07-738C) (Senior Judge Smith)
THE UNITED STATES, )
Defendant. )

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT UPON THE PLEADINGS

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of two days, to and including Friday, May 23, 2008, within which to reply to plaintiff's response to our motion for judgment upon the pleadings. Our reply is currently due by May 21, 2008, 10 days (excluding weekends) after May 7, 2008, the date on which plaintiff filed its response. See Rules 6(a), 6(e), and 7.2(b) of the Rules of the United States Court of Federal Claims. (The Court's PACER system erroneously identifies our reply date as May 19, 2008.)

This is defendant's first request for an enlargement of time for this purpose. We request the enlargement because lead counsel for defendant was out of the office from May 8 through May 13, 2008.

Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request. For the foregoing reasons, the United States respectfully requests that

the Court grant this consent motion for an enlargement of time of two days, to and including Friday, May 23, 2008, within which to reply to plaintiff's response to our motion for judgment upon the pleadings.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

May 16, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a copy of the foregoing Defendant's Consent Motion For An Enlargement Of Time To Reply To Plaintiff's Response To Defendant's Motion For Judgment Upon The Pleadings was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail