# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **WHITE BUFFALO CONSTRUCTION, INC.**, *Plaintiff*, v. **THE UNITED STATES**, *Defendant*. | | No. 99-961C (consolidated with 00-415C & 07-738C) Senior Judge Loren A. Smith Filed: May 16, 2008 |

## ORDER

The Court hereby **GRANTS** Defendant's Consent Motion for an Enlargement of Time to Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment upon the Pleadings. Defendant's Reply shall be filed and served on or before May 23, 2008.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE