IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-961C |
| | ) | (Consolidated with |
| | ) | Nos. 00-415C and 07-738C) |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH THE PARTIES MAY CONDUCT APPENDIX A, PARAGRAPH 13(a)-(c) PRETRIAL ACTIVITIES, AND REQUEST FOR EXPEDITED CONSIDERATION

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of nine days, to and including Thursday, June 5, 2008, within which the parties may conduct the pretrial activities (including the meeting of counsel and the exchange of witness and exhibit lists) set forth in Appendix A, Paragraph 13(a)-(c) to the Rules of the United States Court of Federal Claims. The parties are currently due to conduct those activities by today, May 27, 2008.

This is defendant's first request for an enlargement of time for this purpose. We request the enlargement because the parties, today, have agreed that they wish to conduct those activities face-to-face in Portland, Oregon, on June 5, 2008, after the oral argument that the Court has scheduled to take place there on that date.

Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request. For the

foregoing reasons, the United States respectfully requests that the Court grant this consent motion for an enlargement of time of nine days, to and including Thursday, June 5, 2008, within which the parties may conduct Appendix A, Paragraph 13 pretrial activities. Because those activities are due today, we respectfully request expedited consideration of this motion.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

May 27, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, a copy of the foregoing Defendant's Consent Motion For An Enlargement Of Time Within Which The Parties May Conduct Appendix A, Paragraph 13 Pretrial Activities, And Request For Expedited Consideration was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail