# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITE BUFFALO CONSTRUCTION, INC.**,

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C
(consolidated with 00-415C & 07-738C)

Senior Judge Loren A. Smith

Filed: May 28, 2008

**ORDER**

The Court hereby **GRANTS** Defendant's Consent Motion for an Enlargement of Time within which the Parties may Conduct Appendix A Pretrial Activities and For Expedited Consideration. The parties shall have until June 5, 2008, to conduct to pretrial activities.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE