# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITE BUFFALO CONSTRUCTION, INC.**,

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C (cons. w/ 00-415C and 07-738C

Senior Judge Loren A. Smith

Filed: June 2, 2008

## ORDER

The Court hereby **RESCHEDULES** oral argument on Defendant's Motion to Dismiss previously scheduled for Thursday, June 5, 2008 to Tuesday, July 1, 2008, at 10:00 a.m. Argument shall still be heard in Portland, OR. The court and courtroom will be provided in a future order.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE