# APPENDIX TO PLAINTIFF'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW

**INDEX TO APPENDIX**


| Date | Description | Page |
|---|---|---|
| 01/25/08 | Email from Mike Cruz to Karen Zaugg Re: Audit Request of White Buffalo (Telephonic Deposition of S. Sterling Munro ("Munro Depo.") taken on May 5, 2008, Ex. 16) | 1 |
| 01/26/05 | Memo of Meeting with Tim Binder, Elizabeth Firestone, Mike Cruz (Munro Depo., Ex. 17) | 3 |
| 04/10/08 | Declaration of Tim Binder ("Binder Decl.") | 4 |
| 04/29/08 | Excerpts from Deposition of William Parsons taken on ("2008 Parsons Depo.) taken on April 29, 1008 | 7 |
| 01/15/04 | Letter from William Parson to Luther Clevenger (2008 Parsons Depo., Ex. 19) | 16 |
| 04/25/08 | Excerpts from the Deposition of Curtis Scott taken April 25, 2008 ("Scott Depo.") | 18 |
| 03/19/04 | Excerpts from Termination for Convenience Request for Reimbursement of Surety Costs Associated with Insurance Company of the West (Scott Depo., Ex. 4) | 36 |
| 11/02/04 | Excerpts from Termination for Convenience Request for Reimbursement of Costs (Scott Depo., Ex. 5) | 39 |
| 01/13/05 | Excerpt from Termination for Convenience Form 1436 Settlement Proposal (Total Cost Method) Request for Costs to Complete Settlement Proposal, Request for Profit and Justification of Profit (Scott Depo., Ex. 6) | 43 |
| 10/16/06 | Excerpts from Termination for Convenience Revised Settlement Proposal, Appendix B (Scott Depo., Ex. 7) | 66 |
| 10/16/06 | Appendix D from Termination for Convenience Revised Settlement Proposal (Scott Depo., Ex. 8) | 88 |
| 04/24/08 | Excerpts from the Deposition of Elizabeth Firestone taken April 24, 2008 ("Firestone Depo.") | 108 |
| 08/30/07 | Excerpts from the Contracting Officer's Decision (Firestone Depo., Ex. 2) | 113 |
| 04/25/08 | Excerpts from the Deposition of Henry Paul Rettinger taken April 25, 2008 ("2008 Rettinger Depo.") | 126 |
| 11/04/02 | Survey Report Comparing Design Plan to As-Constructed prepared by Land Mark Surveying, Inc. (2008 Rettinger Depo., Ex. 3) | 138 |
| 05/03/00 | Stipulation for Settlement (Deposition of Dorothy Adesko taken July 27, 2000, Ex. 35) | 151 |
| 02/19/08 | Plaintiff's Response to Defendant's First Request for Admissions | 153 |
| 07/26/00 | Excerpts from the Deposition of Paul Rettinger ("2000 Rettinger Depo.") | 158 |
| 02/03/99 | Letter from Ernie Ulibarri to Luther Clevenger (2000 Rettinger Depo., Ex. 17) | 168 |
| 03/29/99 | Letter from Luther Clevenger to Ernie Ulibarri (2000 Rettinger Depo., Ex. 18) | 178 |
| 05/07/08 | Declaration of Luther L. Clevenger in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Judgment upon the Pleadings upon Certain Claims ("Luther Decl.") | 188 |