2005 P 17100001

**Cr z, Mike, Mr, DCAA**

To: Zaugg, Karen, Ms, DCAA
Subject: FW: Audit Request of White Buffalo

Karen,

Sorry to bug you again. No, in second thought, it is not we as auditors fault DMIS is not user friendly. Anyway, I tried to set up this reimbursable assignment, however, in order not to lose the input in DMIS that took me 30 minutes (my fault I guess), I had to input the To Be Determined (TBD) acronym in the client ref. id. cell. I tried to contract Vermie, but he is.... We will not be able to bill DOT for this until this is resolved. I know that is a no/no, however, ... I would bug Curt, however, the guy seems to be having too much fun as manager. Ray is not here, so I guess the buck passes to you. Can/would you look at this based on the info I faxed you today and tell me what I did wrong? I plan to include this assignment on my timecard, therefore, it should be billable. Let me know before the timesheets are due.

Thanks

Michael Cruz
Defense Contract Audit Agency
500 West 12th Street, Room 266
Vancouver, WA 98660
Telephone: (360) 696-7928
FAX: (360) 696-7988
E-mail: mike.cruz@dcaa.mil

-----Original Message-----
From: Cruz, Mike, Mr, DCAA
Sent: Wednesday, January 19, 2005 11:39 AM
To: Zaugg, Karen, Ms, DCAA
Subject: RE: Audit Request of White Buffalo

Nope. I just opened it and faxed it to you, just in case. I will open the assignment and set it up as a reimbursable. By the way, Vancouver is sunny and the weather is better than Seattle. Now that you are soon to be an auditor again, would you like to take this one to court? Just kidding, of course. Ray and I testified against this guy four years ago and he still is getting Government contracts! I think this is a juicy "false claim" termination that will eventually end up in the Department of Justices hands in a few years. I am curious! If I retire in five years, can I come back as a Government witness at $100/hour plus expenses. I suppose they would subpoena me anyway!

Good luck at the dentist. I broke a tooth over the weekend and I am scheduled too!

Thanks.

Michael Cruz
Defense Contract Audit Agency
500 West 12th Street, Room 266
Vancouver, WA 98660
Telephone: (360) 696-7928
FAX: (360) 696-7988
E-mail: mike.cruz@dcaa.mil

App. 001

EXHIBIT: 16
WIT: Munro
Bridge City Legal

-----Original Message-----
From: Zaugg, Karen, Ms, DCAA
Sent: Wednesday, January 19, 2005 11:21 AM
To: Cruz, Mike, Mr, DCAA

Subject: RE: Audit Request of White Buffalo 2005 P 17100001

I did not receive it direct from Elizabeth...just from you. I can open it. Do you want me to print it and fax it to you?

-----Original Message-----
From: Cruz, Mike, Mr, DCAA
Sent: Wednesday, January 19, 2005 11:02 AM
To: Zaugg, Karen, Ms, DCAA
Subject: FW: Audit Request of White Buffalo

Karen,

Did you receive this. I can not open it.

Let me know if you received it and whether you can open it to get the info. If not, I will e-mail Elizabeth.

Thanks.

Michael Cruz
Defense Contract Audit Agency
500 West 12th Street, Room 266
Vancouver, WA 98660
Telephone: (360) 696-7928
FAX: (360) 696-7988
E-mail: mike.cruz@dcaa.mil

-----Original Message-----
From: Firestone, Elizabeth M. [mailto:Elizabeth.Firestone@fhwa.dot.gov]
Sent: Tuesday, January 18, 2005 3:30 PM
To: dcaa.fao4261@dcaa.mil
Cc: Cruz, Mike, Mr, DCAA
Subject: Audit Request of White Buffalo

Attached are the electronic versions of a transmittal letter and Interagency Agreement Order Number W-05-02 under the DOT/DCAA Agreement Number DTFH61-97-Y-30125.

It is my understanding this has been assigned to Mike Cruz out of your Vancouver office. A hard copy of the order are in the mail.

If you have questions, please contact me.

Elizabeth Firestone
Contract Development Engineer
FHWA - WFLHD
360-619-7931

<<IOA DOC White Buffalo.doc>>

<<Transmittal of IAO.doc>>