U.S. Department of Transportation
Federal Highway Administration

WESTERN FEDERAL LANDS HIGHWAY DIVISION
610 EAST FIFTH STREET
VANCOUVER, WA 98661-3801
(360) 619-7700 FAX: (360) 619-7846

January 15, 2004

**Certified Mail - Return Receipt Requested**

Mr. Luther Clevenger
White Buffalo Construction, Inc.
6653 Shaw Highway SE
Aumsville, OR 97325

Re: OR FS ERFO 97-18(2)
Contract No. DTFH70-98-C-00027

Dear Mr. Clevenger

This is a Final Contracting Officer's Decision converting the termination for default into a termination for the convenience of the Government and accordingly releasing the one hundred thousand dollars ($100,000.00) in withheld liquidated damages and terminating the claim for an additional twelve hundred dollars ($1,200.00) previously made.[1]

Because the default termination is to be treated as a convenience termination, the effective date of this conversion is December 3, 1998, the date the prior termination for default became effective. The termination constitutes a complete termination of the contract.

White Buffalo should submit its settlement proposal in accordance with FAR Clause 52.249-2 and FAR Subpart 49.2. White Buffalo shall submit such proposal to me within six (6) months of the date of this letter.

## DECISION

The Government hereby converts the December 1, 1998 Termination for Default into a Termination for the Convenience of the Government. The effective date of the Termination remains December 3, 1998. Liquidated damages, assessed against White Buffalo are hereby rescinded. The one hundred thousand dollars of liquidated damages ($100,000.00) withheld from White Buffalo will be paid to the contractor, together with interest from December 22,

[1] The Government withheld $100,000 in liquidated damages. The Government later adjusted the amount of liquidated damages to $101,200 based on 253 days at $400 per day. Because the Government, at the time of the adjustment, no longer had funds due the contractor, the Government requested the surety to pay the additional sum of $1,200.00. The surety declined to pay this amount. This decision releases any continuing claim for the additional $1,200.00 and releases the $100,000.00 previously withheld. White Buffalo's December 21, 1999 request to the contracting officer was for the return of the $100,000.00 and did not address the additional $1,200.00 previously requested by the Government. As such the request was not required to be accompanied by a certification and in fact was not so accompanied.

App. 016

EXHIBIT: 19
WIT: Parsons
Bridge City Legal

BUCKLE UP AMERICA

1999. White Buffalo shall submit a settlement proposal to me within six (6) months of the date of this letter.

This is the final decision of the Contracting Officer. This decision may be appealed to the Department of Transportation Board of Contract Appeals, 400 Seventh Street SW, Washington, D.C. 20590. If you decide to make such an appeal, you must mail or otherwise furnish written notice to the Board of Contract Appeals within 90 days from the date you receive this decision. A copy of the notice shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, should reference this decision, and identify the contract by number. With regard to appeals to the Department of Transportation Board of Contract Appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims $100,000 or less. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

William L. Parsons

William L. Parsons
Contracting Officer

cc: Richard E. Alexander, Stoel Rives LLP, 900 SW Fifth Avenue, Suite 2600, Portland, OR 97204
Insurance Company of the West, 8050 SW Warm Springs Street, #140, Tualatin, OR 97062-0369
Art Hamilton, FLH Headquarters
Ronald Carmichael, WFL
Elizabeth Firestone, WFL
Robert Lale, WFL
Ricardo Suarez, WFL
Tim Binder, WFL
File



BUCKLE UP AMERICA