CONTRACT # DTFH70-98-C-00027

TERMINATION FOR CONVENIENCE

REQUEST FOR REIMBURSEMENT OF SURETY COSTS
ASSOCIATED WITH INSURANCE COMPANY OF THE WEST

*Submitted By:*

White Buffalo Construction Inc.
P. O. Box 1310
Aumsville, OR 97325
503.749.1861

App. 036

EXHIBIT: 4
WIT: Scott
Bridge City Legal

**WHITE BUFFALO CONSTRUCTION INC.**
**P.O. BOX 1310**
**6653 SHAW HWY S.E.**
**AUMSVILLE, OR 97325**
**ph# 503-749-1861**
**fax# 503-749-1684**

March 19, 2004

Mr. William Parsons
Terminating Contracting Officer
Western Federal Lands Highway Division
Federal Highway Administration, USDOT
610 East Fifth Street
Vancouver, WA 98661-3801

re: Costs for surety. FHA/Powers project.

The following are our costs related solely to our surety, Insurance Company of the West ( hereinafter ICW), for the termination for convenience of White Buffalo Construction Inc. (hereinafter WBC) for the FHA Powers project contract number DTFH70-98-C-00027.

| | | |
|---|---|---|
| A. | Amount paid to ICW on 9-8-99 for reimbursement of costs and fees, check #16171 (Appendix #1, pg. 3 ) | $ 802.55 |
| B. | Payments made under agreement with ICW to repay $25,000 of indemnity amount plus 10% interest: (Appendix #2, pgs 7 - 62 ) | |
| | Total paid | $ 28,023.04 |
| C. | Amount paid to ICW by indemnitors Luther & Julie Clevenger on 1-21-04 (Appendix #3, pg. 67 ) | $ 85,746.62 |
| D. | Additional interest currently owed to ICW (Appendix #4, pg. 73 ) | $ 12,098.49 |
| E. | Amounts paid by WBC to Kerr Contractors after they invoiced ICW: (Appendix #5, pg.144 and pg. 146 ) | |
| | Check # 15805 | $ 47,480.59 |
| | Check # 15871 | $ 300.00 |
| F. | Proceeds from WBC pay estimate #1 paid directly to ICW by FHA which was contract sums earned by WBC (Appendix #6, pg 149 ) | $102,317.00 |
| | Total | $276,768.29 |

App. 037

The entire sum of $28,023.04 paid by WBC to ICW under our agreement (see Appendix 2, pg 64) to repay $25,000 of principal plus 10% interest was applied by ICW to the principal balance. See Appendix #4, page 73, for the total amount of interest that ICW is demanding.

Appendix #5 refers to Kerr Contractors. White Buffalo Construction supplied Kerr Contractors with certain equipment. The cost of this equipment is not included in the Kerr costs or in any of the costs in this submission. We will include these costs in our overall cost claim to be submitted later.

Appendix # 6 refers to the sum of $102,317.00 which are contract earnings that WBC authorized WFLD to pay directly to ICW to cover costs and expenses that they would incur as a result of the improper default termination. IW applied 100% of this amount to its costs and expenses.

Appendix #7, pages 151 through 188 consists of documentation which we recently received from ICW concerning payments that they have both received and made for our account.

I have enclosed copies of the cancelled checks as well as other documentation in our Appendices #1 through #7 with one exception. We are currently unable to find our cancelled check numbered # 37729 in the amount of $1,000.00 to ICW dated 12-10-01. I have enclosed a copy of our bank statement ( Appendix #2, pg.47 ) which references this check. Also please note that ICW acknowledges receipt of this check and kept a photocopy of its face which I have enclosed in Appendix #7, page168.

Again, we want to emphasize that this claim of $276,768.29 only refers to the ICW costs. We are in the process of preparing the balance of our termination for convenience claim plus the other claims including, without limitation, lost profits on uncompleted work due to the bad faith termination of the contract and attorney fees. We reserve the right to submit these claims at a later time.

If you have any questions please contact either Luther or myself and we will be happy to assist you.

Sincerely,

Luther L. Clevenger
President

*enclosures: appendices #1 thru #7*

**App. 038**