# CONTRACT # DTFH70-98-C-00027

# TERMINATION FOR CONVENIENCE

# REQUEST FOR REIMBURSEMENT OF COSTS

*Volume 1 of 2*

*Submitted By:*

**White Buffalo Construction Inc.**
**P. O. Box 1310**
**Aumsville, OR 97325**
**503.749.1861**

**App. 039**

EXHIBIT: 5
WIT: Scott
Bridge City Legal

WHITE BUFFALO CONSTRUCTION INC.
P.O. Box 1310
6653 SHAW HWY S.E.
AUMSVILLE, OR. 97325
ph# 503-749-1861
fax# 503-749-1684

November 2, 2004

Mr. William Parsons
Terminating Contracting Officer
Western Federal Lands Highway Division
Federal Highway Administration, USDOT
610 East Fifth Street
Vancouver, WA 98661-3801

re: Termination for convenience of White Buffalo Construction Inc. FHA Powers project contract number DTFH70-98-C-00027.

The following are our costs which we incurred prior to termination, costs which we incurred demobilizing after our termination and costs that we incurred in assisting the winterization sub contractor (Kerr Contractors) and our surety (Insurance Company of the West) during December 1998.

Amounts paid for payroll and associated payroll taxes from 9-1-1998 through 1-14-1999 for mobilization, construction and demobilization (app. A) ........................................$ 128,477.64

Amounts paid to Luther Clevenger during current fiscal year for payroll and associated payroll taxes for work actually and personally performed 9-1-1998 through 12-21-1999 for mobilization, construction, assistance to winterization contractor and demobilization on this specific project (app. A) ........................................$ 39,283.64

Other direct job costs (app. B) ........................................$ 128,342.91

Apportionment of adjusted general & administrative overhead pool for fiscal year 1998-1999 (app. D) ........................................$ 47,375.79

App. 040

Termination claim of subcontractor McBride Construction Inc. We have, as requested by McBride, included its entire claim. We have not reviewed the underlying documents, if any, supporting the claim.
(app. C) ..................................................................................$ 105,795.67

Apportionment of unassigned equipment ownership costs for fiscal year 1998-99 (app. E)..........................................................$ 34,206.52

Other equipment & vehicle costs or losses directly resulting from this contract (app. F) .......................................................................$ 84,623.24

Subtotal $568,105.41

Credit for prior payments made by FHA:

Payment to WBC of withheld liquated damages .......................$100,000.00

Payment to WBC of funds paid to surety (see March 19, 2004 submission) ...................................$102,317.00

Total Requested $365,788.41

I have enclosed our appendices A through F.

Please note that we have apportioned both the overhead cost pool and the pool of unassigned equipment and vehicle ownership costs by dividing the pools by the total adjusted payroll costs and then multiplying the result by the total adjusted payroll cost for contract DTFH70-98-C-00027. This establishes the portion of each pool that should be allocated to contract DTFH70-98-C-00027.

In addition, we have adjusted our payroll and associated payroll costs (see app.A) by including $39,283.64 in payroll and payroll costs paid in calendar year 2004 to Luther Clevenger for his work performed from September through December 1998 on contract number DTFH70-98-C-00027. He had not been previously paid for his work. Also note that our overhead pool calculations and allocation found in appendix D include the amount of $26,923.18 paid to Julie Clevenger in 2004 for work performed in fiscal year 1998-1999 (she also had not been previously paid for her work) as well as the payroll cost amount of $39,283.64 for Luther Clevenger. These additions also adjust our pool of unassigned equipment and vehicle ownership costs found in appendix E as we have added the payroll costs for Luther Clevenger and Julie Clevenger to both the total payroll cost and (in the case of Luther Clevenger) to the total payroll cost for contract number DTFH70-98-C-00027. We chose this approach in order to simplify our settlement proposal and to avoid the complexity of establishing several different years of overhead pool calculations.

App. 041

This claim is only for costs which we incurred prior to termination, costs which we incurred demobilizing after our termination and costs that we incurred in assisting the winterization sub contractor (Kerr Contractors) and our surety (Insurance Company of the West) during the month of December 1998. It does not include the liquidated damages which were withheld from us or to our surety costs claim which have been previously paid to us. Also, it does not include our other settlement claims which include, without limitation, our costs to prepare our settlement claims, lost profits on uncompleted work due to the bad faith termination of the contract, costs and labor to prepare the proposals, accounting and expert fees and attorney fees and costs. We will forward a separate claim at a later time that includes these claim items and any other items that are recoverable and which have not been previously claimed.

We will be pleased to provide any additional information you require to review the claim.

Sincerely,

Luther L. Clevenger
President