# SURVEY REPORT COMPARING DESIGN PLAN TO AS-CONSTRUCTED

FDR 33, (MP 44.5 - MP 47.3, FDR 3347)

Siskiou National Forest
Coos County, Oregon
Intermittent Repairs

FOR: White Buffalo Construction
6653 Shaw Hwy SE
Aumsville, OR 97325-1310

REGISTERED PROFESSIONAL LAND SURVEYOR
Mark A. Heimburger
OREGON
JULY 16, 1987
MARK A. HEIMBURGER
2287
Expires 06/30/03

App. 138

PREPARED BY:

LAND MARK SURVEYING, INC.

EXHIBIT: 3
WIT: Pettinger
Bridge City Legal

P.O. Box 13 • 3329 NE Stephens • Roseburg, Oregon 97470
Tel (541)677-9400 • Fax (541)677-9401 • Cell (541)430-6082

# TRANSMITTAL COVER SHEET

LAND MARK
SURVEYING, INC.
P.O Box 13 Roseburg, OR. 97470

Date: November 4, 2002

Number of pages including cover sheet:

To: Luther Clevenger:
White Buffalo Construction
PO Box 1310
Aumsville, OR 97325-1310
Phone
Fax
CC

From: Mark Helmburger
Land Mark Surveying, Inc.
e-mail mheimburger@mcsi.net
Cell: 430-6082
Phone: 677-9400
Fax: 677-9401
P.O Box 13 Roseburg, OR. 97470

REMARKS: ☐ Urgent ☐ For Your Review ☐ Reply ASAP ☐ Please Reply by FAX

| Quantity | Item | Description |
|---|---|---|
| 1 | Report | Survey Report |
| | | |
| | | |
| | | |
| | | |
| | | |

Comments:

*The above information is confidential information intended only for the viewing and use of LAND MARK Surveying, Inc. and their clients. Any unauthorized review use, communication, dissemination, distribution or copying of this information is strictly prohibited.*

# LAND MARK
SURVEYING, INC.

November 4, 2002

PURPOSE:

The purpose of this report is to discuss discrepancies between the Original Design (Design) and the project, as it exists today (As-built). The sites reviewed were as follows:
Forest Road 33, MP 46.2, MP 46.7, MP 46.75 and MP 47.07 to 47.25.
Forest Road 3347, MP 0.43 to 0.46.

METHODS:

Survey data collected during the course of the project in 1998 and information gathered in July, 2002 were merged to generate the "As-Constructed" (As-Built) Surface information. The Design Subgrade Information was entered to create the Design surface. The two surfaces were compared and volumes were generated using Average End Area Method. No shrinkage or swell factors were used in these computations.

SUMMARY:

Road 33, Site MP 47.07 – 47.25

Review of the site reveals slide repair and placed riprap from Sta. 0+320 to 0.350. The attached detail shows differences between the design and the final construction in this area. Although there is insufficient information to determine actual amount of material removed to repair the slide and accommodate riprap placement, it is obvious that substantial quantities were moved. The entire area has been laid back to flatten the cut slope. This area also included slope rounding while the remainder of the site did not.

The remainder of the area appears to conform substantially to the construction drawings. Original survey stakes and clearing flagging were found with no evidence of additional surveying.

Road 33, Site MP 46.75

The notable difference is the additional riprap 0+105 to 0+180 right. There is no slope rounding on cut slopes or evidence of additional surveying within the site.

Road 33, Site MP 46.7 (Rock Cut)

Discrepancies include the omission of the fallout area under the rock cut as shown on the construction drawing detail. The quantity of material that was not removed to accommodate the fallout is approximately 2226 cubic meters. The site is substantially larger than the limits on the design. The large rock over hang that appears to be unstable was always intended to be outside the cut.

Road 33, Site MP 46.2 (2250mm Culvert)

Culvert was generally built according to plan with the largest discrepancy being 60mm (2 – 1/2 inches) with some high and some low. Any additional excavation due to the differences in grade is negligible and should average out. The length of culvert exceeds that shown on the construction drawings. The excavation of material to accommodate the additional length cannot be determined due to insufficient data on the original ground prior to construction. Visual inspection of the inside of the culvert reveals large gaps at some of the seams.

P.O. Box 13 • 3329 NE Stephens • Roseburg, Oregon 97470
Tel (541) 677-9400 • Fax (541) 677-9401 • Cell (541) 430-6082

Road 3347, Site 0.43 – 0.46

There are substantial differences between the design drawings and the constructed roadway. The road appears to be in the original location with an asphalt overlay raising the grade. Additional riprap was added on the lower side protecting the roadbed from creek erosion and within the limits of an apparent slide on the uphill side of the road. The quantities of the placed riprap or required excavation to accommodate the riprap were not considered under the scope of this report. Materials not removed in this section include 1118 cubit meters of excavation and approximately 0.23 hectares of clearing. Evidence of the original staking including site stakes and clearing flagging remain. There is no evidence that the revised roadway was surveyed.

ATTACHMENTS:

- Road 33, Site MP 47.07 – 47.25 Plan view station 0+305 to 0+355
- Road 33, Site MP 46.75 Plan view of additional rip rap 0+105 to 0+180 right
- Road 33, Site MP 46.7 (Rock Cut) Plan view
- Road 33, Site MP 46.7 (Rock Cut) Cross Section views
- Road 33, Site MP 46.2 2250mm Culvert Plan view
- Road 3347, Site 0.43 – 0.46 Site Plan
- Road 3347, Site 0.43 – 0.46 Cross Section views

The field procedures, this report and the attachments were made under my direct supervision.

Mark A. Heimburger (signature) 11-4-02

Mark A. Heimburger
Professional Land Surveyor
Oregon Registration No. 2287

Date


GRAPHIC SCALE


GRAPHIC SCALE
250 when plotted on media
PROFESSIONAL
LAND SURVEYOR


GENERATED FROM
DESIGN DATA AS OF
MEASURED FIELD DATA
AS OF


GRAPHIC SCALE




El 996.40
El 998.36
El 1000.26
El 1003.47
2250 mm
GRAPHIC SCALE


GRAPHIC SCALE



