IN THE UNITED STATES COURT OF FEDERAL CLAIMS

COPY

WHITE BUFFALO CONSTRUCTION, INC., AN OREGON CORPORATION,

PLAINTIFF,

VS.

99-961 C

CONTRACT NO. DTFH70-98-C-00027

THE UNITED STATES,

DEFENDANT,

DEPOSITION OF PAUL RETTINGER, JULY 26, 2000

---

BE IT REMEMBERED THAT, pursuant to the OREGON AND WASHINGTON rules of Civil Procedure, the deposition OF PAUL RETTINGER, was taken before Cathy Obertello, a Certified Shorthand Reporter, and a Notary Public for the State of OREGON AND WASHINGTON, on JULY 26, 2000, commencing at the hour of 11:00 A.M. The proceedings being reported AT THE OFFICES OF THE FEDERAL HIGHWAY ADMINISTRATION BUILDING, 610 EAST FIFTH STREET, VANCOUVER, WASHINGTON.

App. 158

A. Approximately June of 1976, I believe.
Q. All right. You were the Resident Engineer on the White Buffalo project? As a Resident Engineer did you have any responsibilities for any other projects at that time?
A. Yes.
Q. What other projects?
A. We had a contract with Tidewater on a Siskiyou National Forest project.
Q. When did that job start in relationship to the White Buffalo project?
A. I can't remember the exact date, but it would have been early in '98, I believe.
Q. So, it start the prior to the White Buffalo?
A. That is correct.
Q. When did that job end?
A. I would have to -- I can't give you the exact date, but it ended after the White Buffalo job began. I'm going to say approximately September or October. I'm not sure.
Q. But you think it ended before White Buffalo's contract was terminated? That was December 1st?

App. 159

A. I can't give you a date, but I believe it was when I was talking to Scott Darger about the possibility of were they available to complete this project, or at least buttoning it up for the winter.

Q. Do you remember where you were and where he was when the discussion took place?

A. I'm not sure, but I believe I probably called him from our office.

Q. What did he say?

A. He said -- I can't remember exactly what he said, but we agreed to meet on site, I believe, sometime after that.

Q. Did you meet with him?

A. Yes, we did.

Q. What took place at that site visit?

A. We looked at the status of the project. I was mostly concerned about the siltation going into the river. I was concerned with getting things cleaned up, getting the haul road cleaned up so that we didn't further damage the river. That was my major concern.

So that would have been basically what we were talking about. What would it take? How long were they available?

App. 160

other site were such that he could not proceed with the work.

Q. What other site?

A. I would say, I believe it's Milepost 46.7, which is what we termed as the rock cut site, which had a geogrid wall and extensive work that needed to be done there.

Q. That was the area that was redesigned; wasn't it?

A. There was a contract modification addressing some work out of the contract design.

Q. It was redesigned because of the different site conditions; wasn't it?

A. I'm not going to portray it that way.

Q. Do you know that Carol Jacoby in her analysis of White Buffalo agreed with White Buffalo that there was a change condition?

A. I don't know that. No.

Q. On that area above the rock cut at 46.7, are there any other reasons why you don't think that White Buffalo would have completed the FDR 33 work by November 30th?

App. 161

A. Well, the other thing I would question would be whether the other two geogrid walls in the 47.07 to Milepost 47.25 area could have been

the additional design or something? Are you familiar with this?

A. Can I look at it?

MR. TRAUTWEIN: It's Exhibit 16.

BY MR. ALEXANDER

Q. Take a look at Exhibit 16.

A. Yes. This appears to be the work at Milepost 46.7.

Q. I'm not sure if it makes any difference, but why are you reluctant to call this a redesign?

A. I'm not sure that I'm reluctant to call it a redesign. I believe I called it work that we did under contract modification.

Q. That a modification to Tidewater's contract?

A. That's correct.

Q. Between December of '98 and March of '99, it was necessary for Federal Highway Administration to conduct a new survey; wasn't it?

A. My response would be yes, I believe that's true.

App. 162

Q. And there was a different design -- I just use that word generally -- in this area of

only work you refer to is the work at the Milepost at 46.7?

A. I believe the context is "such as," which is not exclusive.

Q. You know that White Buffalo was not paid any amount for work performed on this job; don't you?

A. We never issued a payment invoice. That's correct.

Q. And who was the one that decided not to issue a payment invoice?

A. The contract.

Q. Who decided that, according to the contract, it wasn't appropriate to issue a payment invoice?

A. Myself and the Project Engineer. Predominantly, I would say that those decisions were mine.

Q. Is this one of the issues where the Project Engineer was critical?

MR. TRAUTWEIN: Is that your testimony or your word -- critical?

MR. ALEXANDER: No. He's already testified to that. It is my word. I'll ask it again.

App. 163

leave that to the geotechnical people.
Q. And then obviously at some point, somebody felt that a different design was appropriate? Didn't they?
A. Yes.
Q. All right. This is dated March 4th of 1999. Now between December, January and February of 1999, was there consideration being given to redesigning that slope?
A. Yes.
Q. Take a look at Exhibit 17. This is a letter from the bonding company of White Buffalo. It says,
"Enclosed is a letter from the Departments of Transportation advising Insurance Company of the West that they are willing to accept a completion contractor, that they are unable to commit at this time to relaxation of the work window restrictions, and their advisement that the Government does not plan on redesigning the slope at Milepost 46.7."?
A. Yes.
Q. It's dated February 3rd?
A. Okay.
Q. And there's a second letter attached

App. 164

from Parsons?
A. Okay.
Q. Do you have any idea why Parsons was telling White Buffalo's Surety that you did not intend to redesign the slope at 46.7?
A. No. I think you'd have to ask Mr. Parsons.
Q. Wasn't FHA worried that if it got out that you were going to redesign the slope at 46.7, that it could be used by White Buffalo to change this termination by default to a termination by convenience?
A. I didn't make that determination. I don't know if that determination was made.
Q. Do you know if anyone in the Federal Highway Administration being concerned that if it got out that a redesign was being made, that it could be used to convert this for a T for C?
A. I could honestly tell you that I don't remember any conversations to that effect.
Q. Do you remember any e-mails to that effect?
A. Not that I recall.
Q. Take a look at Exhibit 18 -- the 5th page in?

App. 165

A. Okay.
Q. That's a memo or an e-mail from Carol Jacoby to a number of people, including you?
A. Okay.
Q. Do you see the last sentence in the first paragraph? "We do not want anyone making the interpretation of our actions in getting the additional work corrected to really be the groundwork for a T for C?
A. Yes. I read that.
Q. Do you remember receiving this e-mail?
A. Well, obviously, my name is at the top of the list. Until this moment, I didn't recall it.
Q. Does that refresh your recollection that the Federal Highway Administration was concerned about letting White Buffalo or the Surety know that there has been a redesign of the slope at 46.7?

App. 166

A. Let me just say, this is dated December 21. As I recall, I was on leave. This is a few days before Christmas. I can't even tell you when I opened it, and if I opened it. I probably did open it sometime in January. The bottom line is I wasn't involved in these

discussions. I can't tell you that I had an opinion or was asked my opinion. Whatever was going on was at a different level than I was at.

Q. Did you know that White Buffalo filed a Freedom of Information Act request?

A. Yes.

Q. Who was responsible within FHA to gather the documents in response to that?

A. The Freedom of Information officer is Dorothy Adesko, I believe.

Q. Who gathered the documents for her on this job?

A. I know I gathered some, and I'm sure there were others. Anybody that was involved in it was probably asked to provide all of those documents.

Q. Did you know that when the documents were produced for White Buffalo that the redesign was not produced?

A. I can't speak to the time frames on that, Dick, I don't know.

App. 167

Q. Have you ever heard to this day that the redesign at 46.7 was not included?

A. Well, that would not have been addressed