**White Buffalo Construction Inc.**
**P.O. Box 1310**
**Aumsville, Oregon 97325**
**(503)749-1861**
**FAX (503)** 749-1684
luther@whitebuffaloinc.com

March 29, 1999

***Transmitted via fax- 1-619-350-2977***
**10 Pages**

Mr. Ernie Ulibarri
Surety Claims Consultant / I.C.W. Group
P.O. Box 85563
San Diego, CA. 92186-5563

*RE:* ***Documents Obtained In FOIA.***

Dear Mr. Ernie Ulibarri:

Here are some documents that I got from FHA while reviewing their files last week. There are 9 pages and you need to look them over. They are planning to do redesign work at the two slide areas (47.25 & 46.7) and price them as extra work after you tender or under a separate contract. Under these circumstances they are going to have a tough time claiming LD's.

Sincerely,

Luther L. Clevenger
President
White Buffalo Construction Inc.

*pc:* Mr. Richard Alexander

enclosure 9 pages

**App. 178**



EXHIBIT
18

 8(2)

TO: Howe Crockett
Construction Operations Engr.

FROM: Paul Rettinger
Resident Engineer

SUBJECT: Estimated cost to winter-ize OR FS ERFO 97-18(1)

DATE: November 16, 1998

IMMEDIATE CORRECTIVE WORK TO BE PERFORMED (due to WB non-performance):

1. Clean up silt and mud from haul route, pull ditches, erosion control
2. Stabilize the two failures on the haul road, excavate muddy silt, backfill with 3 feet of 12" rock, cap with smaller rock for vehicles and truck haul.
3. Pull back the steep-sloped material at the inlet to the culvert at MP 46.2.
4. Access the top of the rock cut at MP 46.7, clearing, excavation to construct a bench, remove material from top of cut, remove material from face of slope, remove material from roadway bench and haul to disposal area.

WINTER WORK NEEDED, BUT NOT ATTRIBUTED TO WB NON-PERFORMANCE:

1. Corrective work on excavated slope at MP 47.25. Slope is designed at a 1:1, but has started cracking and will fail. Dave Lofgren is scheduled to review on Wednesday 11/18 and make a recommendation(s). USFS Geotechnical representatives will also be present. Probable work required will be to either (1) do additional excavation and install a rock buttress, or (2) to access the top of the cut and re-excavate the slope to a flatter section (2:1?) and bring it down. The slope, untreated, will not last the winter, and we have created a major maintenance problem for the future. The second option to re-access the slope is not preferred at this time, due to extreme wet conditions.

WORK THAT CAN BE PREFORMED THIS WINTER:

1. Install the geogrid walls.
2. Backfill the culvert, with rock, at MP 46.2. (Will provide needed access to upper sites).
3. Haul and stockpile borrow and riprap. Some work may be able to be done, in between rain storms.

WORK NEXT AUGUST (after summer shut down period)

1. Complete in stream work at MP 46.2 and MP 47.07
2. Bridge work at MP 1.18 on 3347 road.
3. Sites on 3347 road, including installing the multi-plate pipe at MP 0.61.
4. Install guardrail and finish 33 road sites, open to traffic.

COSTS ESTIMATES:

A. **For immediate winter work-**

1. Hourly operated equipment rates for

| | |
|---|---|
| • Hyd. Excavator (cat 235 min), w/thumb | $135.00/hr |
| • Front end loader (cat 966 min) | $100.00/hr |
| • Trucks, 12 cy min | $60.00/hr |
| • Dozer, (cat D-6 min) | $100.00/hr |
| • water truck, w/pressure spray (3200 gal min) | $65.00/hr |
| • roadway broom/sweeper truck | $60.00/hr |
| • backhoe, w/front end bucket (Case 520 min) | $75.00/hr |
| • crane, 100 ton (to access top of cut) | $125.00/hr |
| TOTAL HOURLY COST | $720.00 |
| 2. Mob crane: Pilot car, permits, etc ($3,000, one way) | $6,000.00 |
| 3. Mob other equipment | $40,000.00 |
| Estimate work will take 4 weeks= 160 hours x $720.00 | $115,200.00 |
| Plus 2 & 3 | $46,000.00 |
| TOTAL ESTIMATE FOR IMMEDIATE WINTER WORK | $161,200.00 |

B. WINTER WORK NEEDED, BUT NOT ATTRIBUTED TO WB (Assumes rock buttress)

| | |
|---|---|
| 1. Excavator 24 hours | $3,240.00 |
| 2. Truck, haul waste, haul riprap, 72 hours | $4,320.00 |
| 3. FE loader, 24 hours | $2,400.00 |
| erosion control, straw bales, clean up ditches, labor | $3,000.00 |
| materials (riprap, geo-fabric) | $15,000.00 |
| TOTAL RESTORATION AT MP 47.25 | $27,960.00 |
| SAY | $30,000.00 |

Total cost for work that must be done this winter = **$191,200.00**

Once a decision is made as how we will proceed, and if we are able to pick a contractor to do this work, then I will send out a request for pricing, as shown above, to:

1. Tidewater
2. Rudy, Inc. (Steve Hewitt, formerly of Weaver Const)
3. Other (USFS has other contractors they have advised me are competent)

App. 180

 To FHWA

From: Paul Rettinger
To: HCROCKETT, WLPARSONS
Subject: memo on early work next season -Reply -Reply -Reply -Reply

Hi Bill, I did talk this over with Howe yesterday. I have set up the PO to cover the project during our (FHWA staff) absence this winter. This assumes, of course, that the surity will not have another contractor in here to continue work. Should the surity have another contractor in here, then we wont use the PO.

In short, the PO is set up for the USFS to have funding ready to handle any slides or clean up necessary during our absence. I have also set up a reimbursible agreement to pay for the cost of a USFS person to check the job during our absence.

Even if the surity has another contractor come in, this will only be until the end of Feb. Then no work is allowed until next August. We are then covered as well.

My thought process is that we wont have to have FHWA staff down here during the non work period.

If the surity wants to staff the job with equipement and personnel during the off period, then again, we wont need the PO.

Hope this makes sense. I am just trying not to leave the job uncovered and the USFS with our problem.

Any suggestions are welcome.........paul

>>> W.L. Parsons 12/09/98 11:54pm >>>
Paul - I don't have a total handle on all that is involved and pending on site down there, but is the Purchase Order you have already set up with someone other than ICW perhaps? Just thinking we need stay sensitive to the circumstances existing when a Surety is in the process of likely taking over a job. Your bringing in new, independent third parties, can and probably will have the Surety trying to make such actions appear to be us interferring and adversely impacting them and their contract completion efforts.

CC: JFZOTTER, TJHILDRETH, JFTRAFFALIS, ESHAMMONTREE

From: Howe Crockett
To: CHJACOBY, TJHILDRETH, HPRETTINGER, SAFTAB, JFZOTTE...
Date: 12/17/98 9:44am
Subject: Latest ICW request

On 12/17 I received a 12/16 phone message from Ernest Ulibarri of ICW. He stated that he was getting bid packages ready to go out to prospective contractors for the completion of 97-18(2) and would like the name and number of someone to show the contractors the project. I arranged for Sajid Aftab to be available on 12/21-23 and 12/28-30 to meet with prospective bidders. This information and Sajid's office number were given to Ernest. He stated that this should be all of the information required as he now understood the project requirements. Sajid will record the names of the parties that he shows the job to, the questions asked, and the answers given. Without saying more than is required, he is to differentiate between project requirements and the additional work that we are now aware of on the project, in that this additional work will not be bid on now, but will be negotiated at a later date after survey and design work are accomplished.

Howe

From: Carol H. Jacoby
To: FHFL17DO.FHFL17PO(DKHECKMAN, HPRETTINGER, JFTRAFFA...
Date: 12/21/98 10:07am
Subject: Latest ICW request -Reply

Just as a follow-up to Howe's note - I agree that we need to be very clear of what work is required by the contract and what is additional work. I don't know the extent of the intermingling of the old and new work - but it may be presumptious to even imply that we will negotiate the costs of the new work at a later date. It may be in everyone's best interest - and be cleaner contractually to have a totally separate contract for the new work. We do not want anyone making the interpretation of our actions in getting the additional work corrected to really be the ground work for a T for C.

>>> Howe Crockett 12/17/98 09:44am >>>
On 12/17 I received a 12/16 phone message from Ernest Ulibarri of ICW. He stated that he was getting bid packages ready to go out to prospective contractors for the completion of 97-18(2) and would like the name and number of someone to show the contractors the project. I arranged for Sajid Aftab to be available on 12/21-23 and 12/28-30 to meet with prospective bidders. This information and Sajid's office number were given to Ernest. He stated that this should be all of the information required as he now understood the project requirements. Sajid will record the names of the parties that he shows the job to, the questions asked, and the answers given. Without saying more than is required, he is to differentiate between project requirements and the additional work that we are now aware of on the project, in that this additional work will not be bid on now, but will be negotiated at a later date after survey and design work are accomplished.

Howe

**From:** Paul Rettinger
**To:** HCROCKETT
**Date:** 1/15/99 6:57am
**Subject:** Govt incurred costs

Howe, I dont know how this plays, but FHWA has incurred costs of remeasuring excavation ~~(survey crew) to determine the actual quantity of roadway~~ excavation completed by White Buffalo. White Buffalo did not submit any records for computation of amount of work performed. I assume at this point that they are responsible for these costs.

It will not be difficult to separate the work done by the survey crew (that is, the remeasure separated from the slide-extra work). You and Sajid may want to run this by Zotter and get his guidence/opinion on whether they are in fact responsible for these costs.

we have a list of costs that are White Buffalos responsibility, which may also have to be reviewed. Thanks, ....paul

**CC:** JFZOTTER, SAFTAB, JFTRAFFALIS, WLPARSONS

From: Howe Crockett
To: BGALLEN
Date: 1/19/99 8:34am
Subject: OR FS ERFO 97-18(2) -Reply

Thanks Brian,

Additional clearing will be involved at the 47.25 area if the slope is redesigned. As soon as we get the contract back on track, we will address the clearing issue. Survey has obtained new data for the two redesign areas. ERFO will turn out a new design as soon as possible, which will tell us what additional clearing is required.

Howe

CC: SAFTAB, HPRETTINGER, DKHECKMAN

**From:** W.L. Parsons
**To:** FHFL17DO.FHFL17PO(DKHECKMAN, HPRETTINGER, JFZOTTER...
**Date:** 1/20/99 1:54pm
**Subject:** Tidewater call concerning 97-18(2) status -Reply

Howe - yes, you are correct on what we have received from the Surety -- that being their letter on 'intending to provide a completion contractor.' Draft reply by us to ICW's letter is on my list to complete and get to you, Zotter & .... before finalizing and sending.

>>> Howe Crockett 01/20/99 12:35pm >>>
This morning I received a call from Scott Darger of Tidewater. Scott asked if the Surety had provided us with a completion contractor. I told Scott that to my knowledge the only contact we had received was a letter from ICW stating their intentions to do so and containing some other statements that we would have to reply to. Scott stated that the Surety was telling them that they (ICW) could not make a contractor choice until we provided the slope redesign information so that a complete bid could be provided. I told Scott that I did not understand why they were contending such, since we had clearly stated to them that at this time they should depend on the current contract when soliciting bidders. Scott offered some personal opinions on the situation. Scott stated that he and the other bidders were very clear on the fact that they should be considering only the current contract and listed work windows at this time. He said that Sajid had stated such. I suggested to Scott that he might call the CO for exact information.

Howe

**From:** Howe Crockett
**To:** ESHAMMONTREE
**Date:** 2/4/99 1:36pm
**Subject:** 97-18(2) Quantities

Ed,

In anticipation of a completion contract on this project, we need to refine our assessment of worked performed to date. One item that we need to get better numbers on is excavation. Sajid will be coming by to request assistance at your earliest convenience to obtain new runs based on the new survey that has been completed. He will provide the stationing that he needs. Thanks for your help.

Howe

**CC:** SAFTAB