**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | **PLAINTIFF'S WITNESS LIST**<br><br>**No. 99-961C (Consolidated with Case Nos. 07-738C and 00-415C)**<br><br>**Senior Judge Loren A. Smith**<br><br>**Trial Date: August 4, 2008**<br>**Pretrial Conference: July 28, 2008**<br><br>**Electronically Filed June 9, 2008** |

Plaintiff White Buffalo Construction, Inc. ("White Buffalo") provides the following list of witnesses to be called at trial, including their name, occupation, address, and telephone number (if known), and a description of the substance of their anticipated testimony. White Buffalo reserves the right to call additional witnesses for the purpose of rebuttal and impeachment and in response to any unanticipated matters raised by defendant.

| Name | Title/Address/Phone | Testimony |
|---|---|---|
| Luther L. Clevenger | President<br>White Buffalo<br>6653 Shaw Highway SE<br>Aumsville, OR 97325<br>*Contact through counsel* | Claims calculations costs; audit; defective plans; defendant's bad faith. |
| Julie A. Clevenger | Secretary/Treasurer<br>White Buffalo<br>6653 Shaw Highway SE<br>Aumsville, OR 97325<br>*Contact through counsel* | Costs for job and history, profit margin, and audit. |
| Mark Heimburger | President<br>Land Mark Surveying, Inc.<br>3329 NE Stephens<br>PO Box 13<br>Roseburg, OR 97470<br>541-677-9400 | Set forth in Mr. Heimburger's expert disclosure. |

| Name | Title/Address/Phone | Testimony |
|---|---|---|
| Brent Kerr | President<br>Kerr Contractors, Inc.<br>395 NE Shenandoah Ln.<br>PO Box 1060<br>Woodburn, OR 97071<br>971-216-0050 | Work on the Project in 1998 and shutdown; owner/operators, changes. *See* also Mr. Kerr's expert disclosure. |
| Terrance L. Kuenzi, CPA | Partner<br>Kuenzi & Co.<br>Suite 110<br>650 Hawthorne Ave.<br>Salem, OR 97301<br>503-399-7306 | Financial and cost records of White Buffalo and profit margin. |
| Wade Coykendall | Surety/Insurance Agent (retired)<br>15733 NW Clubhouse Dr.<br>Portland, OR 97229<br>503-645-8954 | Information regarding defendant's bad faith and effect on White Buffalo; White Buffalo's surety costs. |
| Jeff Draper | Insurance Company of the West<br>6950 SW Hampton, #302<br>Tigard, OR<br>503-639-7265 | Information regarding defendant's bad faith and effect on White Buffalo; White Buffalo's surety costs. |
| Frank Bobnick | Insurance Company of the West<br>Box 85563<br>San Diego, CA 92186<br>858-350-2400 | Information regarding defendant's bad faith and effect on White Buffalo; White Buffalo's surety costs. |
| Ernie Ulibarri | Insurance Company of the West<br>Box 85563<br>San Diego, CA 92186<br>858-350-2400 | Information regarding defendant's bad faith and effect on White Buffalo; White Buffalo's surety costs. |
| Cynthia Vincent | Insurance Company of the West<br>Box 85563<br>San Diego, CA 92186<br>858-350-2400 | Information regarding defendant's bad faith and effect on White Buffalo; White Buffalo's surety costs. |
| Scott Darger | Tidewater Contractors Inc.<br>P.O. Box 1956<br>Brookings, OR 97415<br>541-469-5341<br>541-469-2548<br>877-653-1918 (toll free) | Job cost, revenue and work on completion contract. |
| Graeme Leggatt | Leggatt & Leggatt, LLC<br>33695 Slavens Road<br>Warren, OR 97053<br>Phone: 503-397-3031<br>Fax: 503-397-0504 | Information on White Buffalo's costs; 09/08/06 valuation of LS3400 excavator. |

| Name | Title/Address/Phone | Testimony |
| --- | --- | --- |
| Phil Thayer | Triad Equipment<br>4530 NE 148th Avenue<br>Portland, OR 97230<br>503-254-5100 | Information regarding White Buffalo's costs; 08/23/06 estimate of repairs LS3400 excavator. |
| Kevin Crow | C.E. Miller Autobody<br>1365 Broadway, NE<br>Salem, OR 97303<br>Phone: 503-363-9271<br>Fax: 503-399-9431 | Information regarding White Buffalo's costs; 09/29/06 estimate of repairs, 1996 Dodge 4x4 pickup. |
| Donna Mickley | USFS Geologist<br>No current address or phone number | **BY DEPOSITION TESTIMONY.** Defective plans and redesign, bad faith. |
| Frank N. Toor | Engineering Geologist<br>7570 S. Myrtle Road<br>Myrtle Creek, OR 97457<br>541-863-7570 | Information related to report, defendant's bad faith. |
| H. Paul Rettinger | Area Engineer, WFLHD<br>Defendant's employee<br>360-619-7700 | **BY DEPOSITION TESTIMONY.** Information on defendant's bad faith, job costs. |
| William Parsons | Contracting Officer, WFLHD<br>Defendant's employee<br>360-619-7700 | **BY DEPOSITION TESTIMONY.** Information regarding defendant's bad faith. |
| Elizabeth Firestone | Contracting Officer, WFLHD<br>Defendant's employee<br>360-619-7700 | **BY DEPOSITION TESTIMONY.** Decision on settlement proposal, costs, defendant's bad faith. |
| Curtis Scott | Assistant Claims Analyst, WFLHD<br>Defendant's employee<br>360-619-7700 | **BY DEPOSITION TESTIMONY.** Information regarding defendant's bad faith, costs. |
| Sterling Munro | DCAA Technical Specialist<br>DCAA Seattle Branch Suite 156<br>14240 Interurban Ave S.<br>Seattle, WA 98168<br>206-439-4800 | **BY DEPOSITION TESTIMONY.** Information regarding audit, plaintiff's costs, bad faith. |
| Michael Cruz | DCAA Technical Specialist<br>DCAA Seattle Branch Suite 156<br>14240 Interurban Ave S.<br>Seattle, WA 98168<br>206-439-4800 | Information regarding audit, plaintiff's costs, bad faith. |
| Sajid Aftab | Project Engineer, WFLHD<br>Defendant's employee<br>360-619-7700 | **BY DEPOSITION TESTIMONY.** Defendant's bad faith, defective plans and designs, costs. |

| Name | Title/Address/Phone | Testimony |
|---|---|---|
| Carol Jacoby | Division Engineer<br>Defendant's employee | **BY DEPOSITION TESTIMONY.**<br>Defendant's bad faith, defective plans and designs, costs. |
| David Lofgren | Geologist<br>Defendant's employee | **BY DEPOSITION TESTIMONY.**<br>Information relating to differing site conditions and redesigns. |
| Dorthy Adesko | FOIA Officer<br>Defendant's employee | **BY DEPOSITION TESTIMONY.**<br>Information regarding FOIA requests, defendant's bad faith. |
| James Zotter | Division Counsel, WFLHD<br>Defendant's employee<br>360-619-7700 | Information regarding defendant's bad faith. |
| Ron Gagnon | FOIA Officer<br>Defendant's employee | Information regarding FOIA requests, defendant's bad faith. |
| Mike Barber | Project Inspector<br>Defendant's employee | Information regarding defendant's bad faith. |
| Howe Crockett | WFLD<br>Defendant's employee<br>360-619-7700 | **BY DEPOSITION TESTIMONY.**<br>Information relating to defendant's bad faith. |
| Brian Allen | FHA<br>Defendant's employee | **BY DEPOSITION TESTIMONY.**<br>His position and responsibility for the project and prior work experience with Rettinger and FHA. His involvement in any re-designs, re-bidding and the completion of the project. His participation or non-participation in providing documents under the FOIA requests from Luther Clevenger. |
| Betty Chon | Designer<br>Defendant's employee | **BY DEPOSITION TESTIMONY.**<br>Her position and responsibility for the project and prior work experience with Rettinger and FHA. Her involvement in any re-designs, re-bidding, and the completion of the project. Her participation or non-participation in providing documents under the FOIA requests from Luther Clevenger. |
| Robert Gietz | Inspector<br>Defendant's employee | **BY DEPOSITION TESTIMONY.**<br>His position and responsibility on the project and prior work experience with Rettinger and FHA. His involvement with the installation of the culvert. His employment with FHA between leaving this project and his deposition. His participation or non-participation in providing documents under the FOIA requests from Luther Clevenger. |
| Thomas Hildreth | FHA<br>Defendant's employee | His involvement on the project, termination and completion and his records. |

| Name | Title/Address/Phone | Testimony |
|---|---|---|
| Pete Sherhum | BVC Inc.<br>P.O. Box 75<br>Cheney, WA 99004 | **BY DEPOSITION TESTIMONY.**<br>Defendant's consultant. |
| George Strickler | Capital Project Management<br>1777 Sentry Parkway<br>Blue Bell, PA 19422<br>Phone: 888-812-2727<br>Fax: 973-276-0545 | **BY DEPOSITION TESTIMONY.**<br>Defendant's consultant. |
| Jeff Busch | Pinnell Busch Inc.<br>6420 SW Macadam Avenue<br>Portland, OR 97239<br>503-243-2246 | Defendant's consultant.<br>Preparation of comparison schedule for FHA. |

DATED: June 9, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan

Richard E. Alexander, OSB No. 69002
Scott J. Kaplan, OSB No. 913550
Attorneys of Record for
White Buffalo Construction, Inc.
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 220-2480