**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WHITE BUFFALO CONSTRUCTION, INC., an Oregon corporation,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

**PLAINTIFF'S AMENDED PRELIMINARY EXHIBIT LIST**

**No. 99-961C (Consolidated with Case Nos. 07-738C and 00-415C)**

**Senior Judge Loren A. Smith**

**Trial Date: August 4, 2008**
**Pretrial Conference: July 28, 2008**

**Electronically Filed June 9, 2008**

Plaintiff White Buffalo Construction, Inc. ("White Buffalo") preliminarily intends to offer into evidence the proposed exhibits identified below. White Buffalo reserves the right to supplement its exhibits, including, but not limited to, demonstrative and summary exhibits and exhibits to be identified during trial for the purpose of rebuttal and impeachment and in response to any unanticipated matters raised by defendant. Additionally, White Buffalo is working with the government to streamline the parties exhibit lists to avoid duplication. It will provide the Court with the final exhibit list as soon as possible.

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| ***Joint Exhibit List (proposed claims and deposition exhibits be joint exhibits; 1-199)*** | | | | | |
| 1. | | Contract OR ERFO 97-18(2), DTFH70-98-C-00027 | | | |
| 2. | | Contact OR FS ERFO 97-18(2), DTFH70-99-C-00017 | | | |
| 3. | | Project Plans – OR FS ERFO 97-18(2) | | | |
| 4. | | Standard Specifications FP-96 | | | |
| 5. | 12/01/98 | Notice of Termination for Default | William Parsons | Luther Clevenger | |
| 6. | 04/20/00 | Contracting Officer's Final Decision | William Parsons | Luther Clevenger | |
| 7. | 01/15/04 | Contracting Officer's Final Decision | William Parsons | Luther Clevenger | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 8. | 03/19/04 | Claim (Termination for Convenience Request for Reimbursement of Surety Costs Associated with Insurance Company of the West) | White Buffalo | William Parsons | |
| 9. | 11/02/04 | Claim (Termination for Convenience Request for Reimbursement of Costs) | White Buffalo | William Parsons | |
| 10. | 01/13/05 | Claim (Termination for Convenience Form 1436 Settlement Proposal (Total Cost Method); Request for Costs to Complete Settlement Proposal; Request for Profit and Justification for Profit) | White Buffalo | William Parson | |
| 11. | 05/25/06 | Letter Re: DCAA Audit Report No. 4261-2005P17100001 | Elizabeth Firestone | Luther Clevenger | |
| 12. | 10/16/06 | Claim (Termination for Convenience Revised Settlement Proposal) | White Buffalo | Elizabeth Firestone | |
| 13. | 11/10/06 | Settlement Proposal (Total Cost Basis) | White Buffalo | FHA | |
| 14. | 06/26/07 | Termination for Convenience (Revised Settlement Proposal) | White Buffalo | Elizabeth Firestone | |
| 15. | 08/30/07 | Contracting Officer's Final Decision | Elizabeth Firestone | Luther Clevenger | |
| 16. | Undated | Specifications Section 155 – Schedules for Construction Contracts | | | 04 |
| 17. | Undated | Drawing: FDR 33 MP 46.2 Sheet 3 of 5 | | | 10 |
| 18. | Undated | Drawing: Proposed Slide Correction | | | 33 |
| 19. | 07/30/97 | Defense Contract Audit Agency Audit Report | Paul Cederwall | Maurica Owen | 01 |
| 20. | 08/11/97 | Termination Settlement Proposal | Sam W. Currie | Maurica Owen | 02 |
| 21. | 06/10/98 | Schedule and 11/23/98 Photos | | | 38 |
| 22. | 06/12/98 | Memo Re: Geotechnical Information and Recommendations | Dave Lofgren | Ed Hammontree | 10 |
| 23. | 07/05/98 | Drawing: Temporary Diversion Channel Details | | | 13 |
| 24. | 08/05/98 | McBride Construction Proposal | White Buffalo | McBride Construction | 01 |
| 25. | 08/05/98 | Tabulation of Bids | William Parsons | | 19 |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 26. | 08/05/98 | Example of Contractor's Invoice for Monthly Progress Payment with Handwritten Notes | Robert Jones | James Smith | 28 |
| 27. | 08/20/98 | Amendment of Solicitation Modification of Contract #1 [fully executed 10/14/98] with 08/20/08 Independent Government Estimate; 09/27/08, 09/29/08, and 09/30/08 Letters from Sajid Aftab to White Buffalo | FHA | White Buffalo | 12 |
| 28. | 08/20/98 | Amendment of Solicitation/Modification of Contract #1 [fully executed 10/14/98] | FHA | White Buffalo | 13 |
| 29. | 08/20/98 | Amendment of Solicitation/Modification of Contract #2 [unsigned] | FHA | White Buffalo | 14 |
| 30. | 08/20/98 | Amendment of Solicitation/Modification of Contract #3 [unsigned] | FHA | White Buffalo | 15 |
| 31. | 08/20/98 | Unsigned Initial Estimate Form | FHA | White Buffalo | 27 |
| 32. | 08/21/98 | Letter of Award | FHA | White Buffalo | ---- |
| 33. | 08/21/98 | Letter Re: Pre-Construction Meeting Requirements and Submittal List | Howe Crockett | Luther Clevenger | 03 |
| 34. | 08/27/98 | Siskiyou National Forest Pre-Construction Conference Meeting Minutes | | | 02 |
| 35. | 08/27/98 | Letter Re: Notification to Proceed | Howe Crockett | Luther Clevenger | 12 |
| 36. | 08/31/98 | Fax Re: Enclosed Critical Path Schedule for First 45 Days | White Buffalo | FHA | 05 |
| 37. | 08/31/98 | Letter Re: Schedule and Quality Control Submittal | Sajid Aftab | Luther Clevenger | 07 |
| 38. | 09/08/98 | Work Plan for First 45 Days Including Preliminary Work Schedule | Luther Clevenger | Project Engineer | 06 |
| 39. | 09/08/98 | Letter Re: Request for Preliminary Construction Schedule | Sajid Aftab | White Buffalo | 08 |
| 40. | 09/10/98 | Letter Re: Critical Path Written Narrative for First 45 Days of Construction | White Buffalo | Project Engineer | 09 |
| 41. | 09/22/98 | Letter Re: Temporary Traffic Control Plan | Sajid Aftab | White Buffalo | 15 |
| 42. | 09/25/98 | Letter Requesting Approval of Proposed Diversion Channel | Luther Clevenger | Sajid Aftab | 14 |
| 43. | 09/27/98 | Letter | Sajid Aftab | White Buffalo | 24 |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 44. | 09/28/98 | Subcontract Agreement Between White Buffalo and McBride | | | 17 |
| 45. | 10/07/98 | Invoice for September | Luther Clevenger | Sajid Aftab | 29 |
| 46. | 10/13/98 | Letter with Attachment (10/13/98 Memo from Max Yager to Paul Rettinger Re: Rock Creek Boulders) | Sajid Aftab | White Buffalo | 39 |
| 47. | 10/14/98 | Letter Re: 10/12/98 Letter regarding Submission of Contractor's Daily Records | Sajid Aftab | White Buffalo | 25 |
| 48. | 10/14/98 | Letter Re: Progress Estimate #1 | Sajid Aftab | White Buffalo | 31 |
| 49. | 10/14/98 | Letter | Paul Rettinger | White Buffalo | 41 |
| 50. | 10/23/98 | Letter Re: Proposal for Pricing to Remove Trees with Attachments (10/13/98 Letter from Robert Thomas to Robin McAlpin; 10/22/98 Letter from Luther Clevenger to Sajid Aftab) | Sajid Aftab | White Buffalo | 40 |
| 51. | 10/29/98 | Letter | Sajid Aftab | White Buffalo | 22 |
| 52. | 10/29/98 | Handwritten Notes Re: Traffic Control Items Estimate | | | 44 |
| 53. | 11/02/98 | Geological Report | Frank Toor | Luther Clevenger | 09 |
| 54. | 11/02/98 | Fax Re: Request for Extension of Time with Attachment (11/02/98 Letter from Luther Clevenger to Paul Rettinger and Sajid Aftab) | Luther Clevenger | Howe Crocket | 20 |
| 55. | 11/03/98 | Fax Re: 11/02/98 Fax Regarding Culvert Pipe | Paul Rettinger | White Buffalo | 21 |
| 56. | 11/03/98 | Letter | Sajid Aftab | White Buffalo | 26 |
| 57. | 11/04/98 | Letter Re: Dept. of Fish and Wildlife Extension of Work with Enclosure (11/03/98 Letter from Paul Reimers to Kris Reichenbach) | Paul Rettinger | White Buffalo | 23 |
| 58. | 11/04/98 | Letter | Sajid Aftab | White Buffalo | 42 |
| 59. | 11/05/98 | Memo Re: 11/05/98 Site Visit Notes | Tom Hildreth | Bill Parsons | 06 |
| 60. | 11/05/98 | Email correspondence with Brian Allen Re: Answer to Contract Questions | Brian Allen | Sajid Aftab | 43 |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 61. | 11/09/98 | Fax Re: Request for Immediate Termination for Default with Attachments (email; 11/09/98 Memo from James Zotter to William Parsons) | William Parsons | Carol Jacoby | 07 |
| 62. | 11/10/98 | Email | James Zotter | William Parsons | 04 |
| 63. | 11/11/98 | Invoice for September & November | Luther Clevenger | Sajid Aftab | 30 |
| 64. | 11/11/98 | Email | Jane Traffalis | William Parsons | 05 |
| 65. | 11/11/98 | Email | Paul Rettinger | William Parsons | 06 |
| 66. | 11/13/98 | Notice to Cure | Carol Jacoby | Luther Clevenger | 01 |
| 67. | 11/13/98 | Memorandum Re: Request to Terminate Contract with White Buffalo | Carol Jacoby | Tom Hildreth, Rich Wasill, Bill Parsons, Paul Rettinger | 07 |
| 68. | 11/20/98 | Letter Re: Notice to Cure | Luther Clevenger | Carol Jacoby | 11 |
| 69. | 11/20/98 | Response to Notice to Cure | Luther Clevenger | Carol Jacoby | 02 |
| 70. | 11/24/98 | Route Slip for Photos | Sajid Aftab | Dave Lofgren | 36 |
| 71. | 11/25/98 | Meeting Notes | Carol Jacoby | Tom Hildreth, Rich Wasill, Bill Parsons, Paul Rettinger, Jim Zotter | 08 |
| 72. | 11/25/98 | Memorandum Re: Conversation with Julie Clevenger, White Buffalo | Carol Jacoby | Tom Hildreth, Rich Wasill, Bill Parsons, Paul Rettinger, Jim Zotter, Howe Crockett | 08 |
| 73. | 12/01/98 | Letter Re: FHA's Intent to Terminate for Default | Luther Clevenger | Carol Jacoby | 03 |
| 74. | 12/01/98 | Notice of Termination for Default | William Parsons | Luther Clevenger | 04 |
| 75. | 12/08/98 | Email | Paul Rettinger | Howe Crockett | 09 |
| 76. | 12/08/98 | Letter with invoices | Mark Heimburger, Land Mark | Kate Pullman, Insurance Company of the West | 10 |
| 77. | 12/09/98 | Letter Re: Termination to Stay in Place | William Parsons | Luther Clevenger | 05 |
| 78. | 01/29/99 | Letter | Peter Sheeran | Howe Crockett, Dave Lofgren | 37 |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 79. | 02/03/99 | Letter Re: Completion Contractor Acceptance with Enclosures (02/02/99 Letter from William Parsons to Ernie Ulibarri; 01/13/99 letter from Ernie Ulibarri to FHA; Email Correspondence re ICW Requests) | Ernie Ulibarri | Luther Clevenger | 17 |
| 80. | 03/04/99 | Drawing: Tentative Design for Clean-Up and Stabilization of Nov. 1998 Landslide above the Rock Out | Western Federal Lands Highway Division | | 16 |
| 81. | 03/29/99 | Letter Re: Documents Received from FOIA Request with Enclosures (11/16/98 Memo from Paul Rettinger to Howe Crockett re Estimated Cost to Winterize; Email Correspondence) | Luther Clevenger | Ernie Ulibarri | 18 |
| 82. | 06/10/99 | Contract Modification #1 Handwritten Notes M. Lowery and C. Malone; 06/11/99 Letter from Paul Rettinger to Tidewater; 06/14/99 Fax from Paul Rettinger to Tom Craig; 06/23/99 Letter from Paul Rettinger to Tidewater; 06/28/99 Letter from Paul Rettinger to Tidewater; 05/21/99 Record of Negotiations; 06/25/99 Prenegotiation Memorandum | See Description | | 11 |
| 83. | 11/16/99 | Complaint Excerpt CV99-1615 A'S | Luther Clevenger | FHA | 34 |
| 84. | 01/06/00 | Letter | William Parsons | Jeff Busch | 11 |
| 85. | 05/03/00 | Stipulation for Settlement CV99-1615 A'S | | | 35 |
| 86. | 05/03/00 | Letter Re: Stipulation for Settlement | Judith Kobbervig | Stephen Hall | 12 |
| 87. | 07/27/00 | Fax Re: Summary of Site Visit | Donna Mickley | Elizabeth Firestone Helena Jones-Siddle | 32 |
| 88. | 12/05/00 | Letter | Luther Clevenger | Mark Heimburger, Land Mark | 13 |
| 89. | 11/04/02 | Survey Report Comparing Design Plan to As-Constructed | Mark Heimburger, Land Mark Surveying, Inc. ("Land Mark") | Luther Clevenger | 03 |
| 90. | 01/15/04 | Contracting Officer's Final Decision | William Parsons | Luther Clevenger | 01, 19 |
| 91. | 01/17/04 | Certified Mail Receipt | | Luther Clevenger | 13 |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 92. | 03/19/04 | Excerpt from Claim | Luther Clevenger | William Parsons | 04 |
| 93. | 11/02/04 | Excerpt from Claim | Luther Clevenger | William Parsons | 05 |
| 94. | 01/03/05 | Excerpt from Claim | Luther Clevenger | William Parsons | 06 |
| 95. | 01/18/05 | Defense Contract Audit Agency Government Notes/Correspondence | Elizabeth Firestone Tim Binder | | 15 |
| 96. | 01/19/05 | Email string ending in email from Michael Cruz to Karen Zaugg | Michael Cruz | Karen Zaugg | 16 |
| 97. | 01/26/05 | White Buffalo Termination Settlement Certified Proposal Contracting Officer Contact | Tim Binder Elizabeth Firestone Mike Cruz | | 17 |
| 98. | 05/16/05 | Email string ending in email from Elizabeth Firestone to Sterling Munro | Elizabeth Firestone | Sterling Munro | 14 |
| 99. | 05/17/05 | White Buffalo Job Profitability Detail for FHA: Powers, FDR 33 | White Buffalo | | 18 |
| 100. | 07/21/05 | Default Termination | Tom Hildreth | William Parsons | 03 |
| 101. | 05/12/06 | Report on Audit of Termination Settlement Certified Proposal | DCAA Seattle Branch Office | Elizabeth Firestone | 12 |
| 102. | 05/25/06 | Letter with DCAA Audit Report | Elizabeth Firestone | Luther Clevenger | 19 |
| 103. | 10/16/06 | Excerpt from Claim | White Buffalo | FHA | 07 |
| 104. | 10/16/06 | Appendix D from Claim | | | 08 |
| 105. | 06/26/07 | Claim (Revised Settlement Proposal) | White Buffalo | Elizabeth Firestone | 11 |
| 106. | 08/30/07 | Contracting Officer's final Decision | Elizabeth Firestone | Luther Clevenger | 02 |
| 107. | 02/19/08 | Plaintiff's Response to Defendant's Request for Admissions | Richard Alexander Scott Kaplan | | 14 |
| 108. | 03/07/08 | Defendant's Privilege Log | | | 09 |
| 109. | 03/10/08 | Plaintiff's Response to Defendant's Request for Admissions Nos. 6-26 | Richard Alexander Scott Kaplan | | 15 |
| 110. | 03/13/08 | Plaintiff's Response to Defendant's Second Set of Interrogatories and Second Set of Requests for the Production of Documents | Richard Alexander Scott Kaplan | | 18 |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 111. | 03/31/08 | Plaintiff's Amended Response to Defendant's First Set of Interrogatories and First Set of Requests for the Production of Documents | Richard Alexander Scott Kaplan | | 17 |
| 112. | 04/07/08 | Plaintiff's Response to Defendant's Requests for Admission Nos. 27-33 | Richard Alexander Scott Kaplan | | 16 |
| 113. | 04/10/08 | Declaration of Timothy J. Binder | Timothy Binder | | 20 |
| 114. | 04/18/08 | Revised Notice of Deposition of White Buffalo | Tim McIlmail | | 10 |
| 115. | 09/30/98 | Statement and Acknowledgement | White Buffalo | McBride Construction, Inc. | 16 |
| ***White Buffalo Exhibit List (proposed 200-500)*** | | | | | |
| 200. | 07/27/00 | Deposition Transcript (with Exhibits) | Dorothy Adesko | | |
| 201. | 12/13/00 12/14/00 | Deposition Transcripts (with Exhibits) | Sajid Aftab | | |
| 202. | 12/13/00 | Deposition Transcript (with Exhibits) | Brian Allen | | |
| 203. | 12/12/00 12/13/00 | Deposition Transcript (with Exhibits) | Betty Chon | | |
| 204. | 07/28/00 | Deposition Transcript (with Exhibits) | Howe Crockett | | |
| 205. | 04/20/01 | Deposition Transcript (with Exhibits) | Scott Darger | | |
| 206. | 12/14/00 | Deposition Transcript (with Exhibits) | Robert Gietz | | |
| 207. | 08/27/01 | Deposition Transcript (with Exhibits) | Carol Jacoby | | |
| 208. | 12/12/00 | Deposition Transcript (with Exhibits) | David Carl Lofgren | | |
| 209. | 07/27/00 | Deposition Transcript (with Exhibits) | Donna Mickley | | |
| 210. | 07/25/00 04/29/08 | Deposition Transcript (with Exhibits) | William Parsons | | |
| 211. | 07/26/00 04/25/08 | Deposition Transcripts (with Exhibits) | Paul Rettinger | | |
| 212. | 09/24/01 | Deposition Transcript (with Exhibits) | Pete Sherhum | | |
| 213. | 09/24/01 | Deposition Transcript (with Exhibits) | George Strickler | | |
| 214. | 04/25/08 | Deposition Transcript (with Exhibits) | Curtis Scott | | |
| 215. | 04/24/08 | Deposition Transcript (with Exhibits) | Elizabeth Firestone | | |
| 216. | 05/08/08 | Deposition Transcript (with Exhibits) | Sterling Munro | | |
| 217. | Due 06/19/08 | Timothy Binder's Responses to Interrogatories | Timothy Binder | | |
| 218. | | Mark Heimburger Resume and File | | | MAH 0001-MAH 0016 |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 219. | | Summary of Labor Costs (backup available upon request) | | | |
| 220. | | Summary of Equipment Costs (backup available upon request) | | | |
| 221. | | Summary of Surety Costs (backup available upon request | | | |
| 222. | | Summary of Legal Costs (backup available upon request) | | | |
| 223. | | Summary of Land Mark Costs (backup available upon request) | | | |
| 224. | | Summary of White Buffalo's Profit Margin (backup available upon request) | | | |
| 225. | Various | Invoices and or cancelled checks for all miscellaneous settlement expenses and payroll requested | | | |
| 226. | Various | Invoices and or cancelled checks for all expenses requested for "Other Equipment & Vehicle Costs" in White Buffalo's Settlement Proposal dated 11/02/04 | | | |
| 227. | Various | Job revenue and costs from accounting records for projects used to calculate 47.45% margin (CD ROM format) | | | |
| 228. | Various | 2005 CD Rom provided to DCAA auditor at audit with all White Buffalo job costs | | | |
| 229. | Various | 2005 CD Rom provided to DCAA auditor at audit with Stoel Rives invoices | | | |
| 230. | | Tidewater Final Pay Estimate | | | |
| 231. | | White Buffalo Pay Estimates | | | |
| 232. | 1998 | Geology reports | Dave Lofgren | | |
| 233. | | Demonstrative Photos | | | |
| 234. | 08/98<br>09/98 | Notices to Proceed | | | |
| 235. | 12/98 | Correspondence from USFS to William Parsons Re: Shutdown of Project and Request for Re-Design | USFA | William Parsons | |
| 236. | 1999 | Correspondence and reports related to defendant's estimates of work completed by White Buffalo prior to termination | | | |
| 237. | 01/20/04 | Land Mark letter requesting final payment | | | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 238. | 03/10/04 | ICW letter with White Buffalo countersignature agreeing to $12,098.49 in interest (03/19/04 Surety Costs Settlement Proposal) | ICW | | |
| 239. | 02/06 | DCAA draft audit report | | | |
| 240. | 04/19/07 | CDA Certification | | | |
| 241. | 1999 | Tidewater Contractors Inc. ("TW") Job Cost Records | | TW | |
| 242. | 1999 | Paul Rettinger Completion Contract ("CC") Diary | | FHWA | |
| 243. | 1999 | Contractor's Daily Record, TW, CC | | FHWA | |
| 244. | 1999 | Completion Contract ("CC") Misc. Items Book I | | FHWA | |
| 245. | 1999 | Completion Contract ("CC") Misc. Items Book 2 | | FHWA | |
| 246. | 1999 | Inspectors Daily Records, CC | | FHWA | |
| 247. | 1999 | Office Log, McNichols, CC | | FHWA | |
| 248. | 1999 | CC, Modifications 001, 002, 003, 004 | | FHWA | |
| 249. | 1999 | Tidewater Contract for Completion Contract | | | |
| 250. | 1999 | Specifications, Plans, and Drawings for Completion Contract with Tidewater | | | |
| 251. | 1999 | Tidewater Contract Modifications | | | |
| 252. | 1999 | Certified Payroll Reports, CC | TW | | |
| 253. | 05/28/99 | Construction Cost Summary | FHWA | | |
| 254. | 1999 | Payroll Reports for CC | TW | | |
| 255. | 08/27/98 | Pre-Construction Conference Meeting Minutes | FHWA Attendees | | |
| 256. | | Bid Tabulation | FHWA | | |
| 257. | Undated | Rettinger to Crockett – Sajid's Letter to WBC | FHWA | FHWA | |
| 258. | 09/14/98 | Crockett to Rettinger - Site of Work | FHWA | FHWA | |
| 259. | Undated | Rettinger to Jim - Davis - Bacon Issue | FHWA | FHWA | |
| 260. | 09/21/98 | Zotter to Rettinger - Davis Bacon Issue | FHWA | FHWA | |
| 261. | 09/22/98 | Traffalis to Aftab - subject 9/16 letter | FHWA | FHWA | |
| 262. | Undated | Rettinger to Hildreth - Overtime Extension | FHWA | FHWA | |
| 263. | 10/08/98 | Hildreth to Rettinger - Overtime Extension | FHWA | FHWA | |
| 264. | 10/09/98 | Rettinger to Crockett - Disapprove of Letter/Meet w/ WBC | FHWA | FHWA | |
| 265. | 10/12/98 | Rettinger to Pete – Photos | FHWA | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 266. | 10/13/98 | Allen to Rettinger - Material In Rock Creek | FHWA | FHWA | |
| 267. | 10/14/98 | Crockett to Rettinger - Contract Modifications | FHWA | FHWA | |
| 268. | 10/14/98 | Crockett to Rettinger - Luther's Call | FHWA | FHWA | |
| 269. | 10/21/98 | Rettinger to Reichenbach - Permit Closing Date | FHWA | FHWA | |
| 270. | 10/21/98 | Rettinger to Heckman - Wayne Lowell Leaving | FHWA | FHWA | |
| 271. | Undated | Rettinger & Aftab - Memo WBC Problems | FHWA | FHWA | |
| 272. | 10/21/98 | Rettinger to Allen - Permit Extension | FHWA | FHWA | |
| 273. | 10/21/98 | Rettinger to Reichenbach - Permit Extension | FHWA | FHWA | |
| 274. | 10/21/98 | Allen to Hammontree – In-Stream Work Extension | FHWA | FHWA | |
| 275. | 10/21/98 | Reichenbach to Hammontree, etc. - Permit Extension | FHWA | FHWA | |
| 276. | 10/21/98 | Hammontree to Allen, Rettinger, etc. - Permit Extension | FHWA | FHWA | |
| 277. | 10/28/98 | Rettinger to Allen - Pictures of MP 46.2 Culvert | FHWA | FHWA | |
| 278. | 10/28/98 | Rettinger to Allen - Permit Extension / Draft | FHWA | FHWA | |
| 279. | 10/28/98 | Rettinger to Allen - Permit Extension | FHWA | FHWA | |
| 280. | 10/28/98 | Rettinger to Allen - Permit Extension | FHWA | FHWA | |
| 281. | 10/30/98 | Lofgren - Geotechnical Memo, MP 46.7 | FHWA | FHWA | |
| 282. | 10/31/98 | Gietz - Progress to Date Summary | FHWA | FHWA | |
| 283. | 11/02/98 | Parsons to Crockett, Rettinger - Call From Luther | FHWA | FHWA | |
| 284. | 11/03/98 | Crockett to Hildreth - White Buffalo | FHWA | FHWA | |
| 285. | 09/98-11/98 | Memorandum – Hildreth | FHWA | | |
| 286. | 11/03/98 | Crockett - Notes 11/3/98 Meeting w/ WBC | FHWA | | |
| 287. | 11/04/98 | Reichenbach to Allen, Hammontree, etc. - Permit Status | FHWA | FHWA | |
| 288. | 11/05/98 | Allen to Aftab - Definition of "Wetted Perimeter" | FHWA | FHWA | |
| 289. | 11/05/98 | Young to Rettinger - Davis Bacon Discrepancies | FHWA | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 290. | 11/09/98 | Young to Aftab - Critique Inspector's Daily Reports | FHWA | FHWA | |
| 291. | 11/09/98 | Parsons to Jacoby, RGWasill-Immediate T for D Request | FHWA | FHWA | |
| 292. | 11/09/98 | Zotter to Parsons – Memorandum | FHWA | FHWA | |
| 293. | 11/09/98 | Parsons to Hildreth - Right to Terminate WBC-Attachments | FHWA | FHWA | |
| 294. | 11/10/98 | Parsons to Traffalis - Proposed T for D | FHWA | FHWA | |
| 295. | 11/10/98 | Rettinger to Crockett - Facts Supporting T for D | FHWA | FHWA | |
| 296. | 11/10/98 | Zotter to Parsons - Proposed T/D White Buffalo | FHWA | FHWA | |
| 297. | 11/10/98 | Crockett to Hildreth - Default Update | FHWA | FHWA | |
| 298. | 11/10/98 | Parsons to Zotter - Notice of T for D | FHWA | FHWA | |
| 299. | 11/10/98 | Rettinger to Parsons - Facts Supporting T for D | FHWA | FHWA | |
| 300. | 11/11/98 | Rettinger to Parsons - Time and Amount Earned | FHWA | FHWA | |
| 301. | 11/11/98 | Traffalis to Parsons - Proposed T for D | FHWA | FHWA | |
| 302. | 11/11/98 | Rettinger to Crockett, Traffalis, etc. Update on WB | FHWA | FHWA | |
| 303. | 11/13/98 | Jacoby to Hildreth, Wasill, etc. - Request to Terminate | FHWA | FHWA | |
| 304. | 11/16/98 | Rettinger to Crockett - Estimated Cost for Winter Work | FHWA | FHWA | |
| 305. | 11/16/98 | Taffalis to Rettinger - WBC Termination Schedule Review | FHWA | FHWA | |
| 306. | 11/16/98 | Crockett to Rettinger - Justification for Picking Contractor | FHWA | FHWA | |
| 307. | 11/16/98 | Rettinger to Crockett - Rudy, Inc. | FHWA | FHWA | |
| 308. | 11/16/98 | Crockett to Hildreth - Justification to Choose Contractor | FHWA | FHWA | |
| 309. | 11/17/98 | Rettinger to Crockett - Response to Luther | FHWA | FHWA | |
| 310. | 11/18/98 | Crockett to Rettinger - Solicitation Update | FHWA | FHWA | |
| 311. | 11/23/98 | Rettinger to Traffalis - Busch Start - Stop Dates | FHWA | FHWA | |
| 312. | 11/23/98 | Zotter to Rettinger - Contractors Response to Cure Notice | FHWA | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 313. | 11/25/98 | Parsons to Zotter VD Letter, WBC Reply | FHWA | FHWA | |
| 314. | 11/25/98 | Jacoby to Hildreth, Wasill, etc. Conversation w/ Julie C. | FHWA | FHWA | |
| 315. | 11/25/98 | Jacoby to Zotter, Rettinger, etc. CO Decision T for D | FHWA | FHWA | |
| 316. | 11/25/98 | Jacoby to Parsons, Zotter, etc. Final Memo | FHWA | FHWA | |
| 317. | 11/25/98 | Zotter to Crockett, Rettinger, etc. - CO Decision T for D | FHWA | FHWA | |
| 318. | 11/30/98 | Rettinger to Parsons, Crockett FHWA Response to Cure N. | FHWA | FHWA | |
| 319. | 11/30/98 | Jacoby to Parsons, Zotter, etc. Meeting 11/25 | FHWA | FHWA | |
| 320. | 11/30/98 | Crockett to Parsons - Clarification on Review of Issues | FHWA | FHWA | |
| 321. | 12/1/98 | Parsons to Crockett, Rettinger, etc. - Emergency Work | FHWA | FHWA | |
| 322. | 12/01/98 | Parsons to Crockett, Zotter - Meeting w/ Surety | FHWA | FHWA | |
| 323. | 12/01/98 | Rettinger to Crockett, Traffalis, etc. - Emergency Work | FHWA | FHWA | |
| 324. | 12/02/98 | Rettinger to Zotter - Contract Administration | FHWA | FHWA | |
| 325. | 12/02/98 | Zotter to Crockett, Hildreth - Lofgren Report | FHWA | FHWA | |
| 326. | 12/02/98 | Zotter to Parsons, Rettinger, etc. Completion After T/D | FHWA | FHWA | |
| 327. | 12/02/98 | Zotter to Parsons, Rettinger, etc. Payments For Work Prior | FHWA | FHWA | |
| 328. | 12/03/98 | Rettinger to Hildreth, Zotter – COE | FHWA | FHWA | |
| 329. | 12/03/98 | Rettinger to Aftab, Barrows - Geogrid Submittal | FHWA | FHWA | |
| 330. | 12/03/98 | Parsons to Rettinger, Zotter, etc. - Work Following T for D | FHWA | FHWA | |
| 331. | 12/03/98 | Zotter to Rettinger, Traffalis - Reply Following T for D | FHWA | FHWA | |
| 332. | 12/04/98 | Parsons to Rettinger - Unpaid Progress Payments | FHWA | FHWA | |
| 333. | 12/04/98 | Zotter to Parsons, Rettinger - Unpaid Progress Payments | FHWA | FHWA | |
| 334. | 12/07/98 | Parsons to Zotter, Crockett - Letter from WBC Surety | FHWA | FHWA | |
| 335. | 12/07/98 | Parsons to Crockett, Rettinger - Letter from WBC's Surety | FHWA | FHWA | |
| 336. | 12/07/98 | Rettinger to Hildreth, Zotter, etc. - WBC on job site | FHWA | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 337. | 12/08/98 | Rettinger to Allen, Reichenbach - Early Work Next Season | FHWA | FHWA | |
| 338. | 12/08/98 | Rettinger to Crockett - Nancy Rogers | FHWA | FHWA | |
| 339. | 12/08/98 | Zotter to Rettinger, Crockett - Contact by Nancy Rogers | FHWA | FHWA | |
| 340. | 12/08/98 | Rettinger to McAlpin, Early Commencement of Work | FHWA | USFS/SNF | |
| 341. | 12/08/98 | Rettinger to McAlpin, Early Commencement of Work | FHWA | USFS/SNF | |
| 342. | 12/08/98 | Parsons to Zotter, Traffalis, etc. - Meeting w/ICW | FHWA | FHWA | |
| 343. | 12/08/98 | Crockett to Rettinger - Project Status | FHWA | FHWA | |
| 344. | 12/08/98 | Crockett to Rettinger - Letter to WBC to Review | FHWA | FHWA | |
| 345. | 12/09/98 | Construction Inspection Report – Crockett | FHWA | FHWA | |
| 346. | 12/09/98 | Rettinger to Crockett, Allen-Revised memo early work | FHWA | FHWA | |
| 347. | 12/09/98 | Parsons to Rettinger, Crockett - Early Work Next Season | FHWA | FHWA | |
| 348. | 12/09/98 | Crockett to Rettinger - Memo on Early Work | FHWA | FHWA | |
| 349. | 12/09/98 | Rettinger to Crockett- Draft Response To Bonding | FHWA | FHWA | |
| 350. | 12/09/98 | Rettinger to Allen, Reichenbach - Memo Early Work | FHWA | FHWA | |
| 351. | 12/09/98 | Rettinger to Crocket, Allen - Revised Memo Early Work | FHWA | FHWA | |
| 352. | 12/10/98 | Rettinger to Crockett, Parsons - Memo Early Work | FHWA | FHWA | |
| 353. | 12/15/98 | Crockett to Jacoby, Hildreth, etc. 12/14/98 Letter From ICW | FHWA | FHWA | |
| 354. | 12/17/98 | Crockett to Jacoby, Hildreth, etc. - Latest ICW Request | FHWA | FHWA | |
| 355. | 12/21/98 | Jacoby to Heckman, Rettinger, etc. - Latest ICW Request | FHWA | FHWA | |
| 356. | 12/29/98 | Rettinger to Jacoby, etc. - Interested Contractors | FHWA | FHWA | |
| 357. | 12/31/98 | Aftab to Crockett - Contractors Tour Project | FHWA | FHWA | |
| 358. | 01/04/99 | Zotter to Jacoby, Heckman, etc. – Interested Contractors | FHWA | FHWA | |
| 359. | 01/09/99 | Crockett to Allen - Additional Clearing 47.25 re-design | FHWA | FHWA | |
| 360. | 01/11/99 | Reichenbach to Rettinger - Review Information | FHWA | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 361. | 01/14/99 | Crockett to Aftab - Memo to Brian | FHWA | FHWA | |
| 362. | 01/14/99 | Parsons to Zotter - ICW's 1/13 Letter | FHWA | FHWA | |
| 363. | 01/15/99 | Allen to Aftab -Narrative Response 1/14/99 Summary | FHWA | FHWA | |
| 364. | 01/15/99 | Rettinger to Crockett - Govt Incurred Costs | FHWA | FHWA | |
| 365. | 01/19/99 | Crockett to Allen - Additional Clearing at MP 47.25 | FHWA | FHWA | |
| 366. | 01/22/99 | Aftab to Crockett - Project Update | FHWA | FHWA | |
| 367. | 02/02/99 | Rettinger to Crockett, Zotter - Redo ICW Letter | FHWA | FHWA | |
| 368. | 02/02/99 | Parsons to Aftab, Rettinger, etc. - Redo Letter to ICW | FHWA | FHWA | |
| 369. | 02/03/99 | Rettinger to Zotter, Aftab – Meeting | FHWA | FHWA | |
| 370. | 02/04/99 | Crockett to Hammontree – Work Performed to Date | FHWA | FHWA | |
| 371. | 02/11/99 | Parsons to Mahurin, Rettinger - Trouble In Powers | FHWA | FHWA | |
| 372. | 02/18/99 | Parsons to Zotter, Crockett, etc. - ICW Tender Meeting | FHWA | FHWA | |
| 373. | 02/19/99 | Zotter to Parsons - Response to ICW | FHWA | FHWA | |
| 374. | 02/22/99 | Parsons to Zotter, Crockett - Letter to ICW | FHWA | FHWA | |
| 375. | 06/10/98 | Chon - Project Schedule (color) | FHWA | | |
| 376. | | Chon - Calculations for LD's | | | |
| 377. | | Weather Data, Powers, OR | | | |
| 378. | | CD Rom - Project Design | FHWA | | |
| 379. | 10/98 | Inspector's Daily Log, Wayne Lowell | FHWA | | |
| 380. | 10/05/98 | Aftab, Summary of Progress to Date | FHWA | FHWAPE | |
| 381. | 12/03/98 | VCR Tape OR FS ERFO 97-18(2) SNF | FHWA | | |
| 382. | 04/04/00 | Agreement of ICW and Indemnitors & General Indemnity | WBC | | |
| 383. | 04/04/02 | Land Mark As-Built Survey Report | Land Mark | | |
| 384. | 11/98 | Frank Toor, Rock Slope & Site Conditions Report | | | |
| 385. | 11/23/98 | Email, Rettinger to Traffalis re: Jeff Busch | FHWA | FHWA | |
| 386. | 11/17/98 | Clevenger to FHWA - FOIA Request for Document | WBC | FOIA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 387. | 11/19/98 | Clevenger to Adesko - FOIA / Inspectors Reports | WBC | FHWA | |
| 388. | 12/31/98 | Clevenger to Adesko - Will Arrive at 2:30 for Material | WBC | FHWA | |
| 389. | 02/19/99 | Clevenger FOIA Request | WBC | FHWA | |
| 390. | 02/22/99 | Adesko to Rettinger - Clevenger Requests Everything | FHWA | FHWA | |
| 391. | 03/01/99 | Adesko to Clevenger - FOIA Request 2/19/99 | FHWA | WBC | |
| 392. | 03/16/99 | Adesko to Clevenger - Documents Available 3/22/99 | FHWA | WBC | |
| 393. | 03/17/99 | Adesko to Clevenger - Friday Review Acceptable | FHWA | WBC | |
| 394. | 03/18/99 | Clevenger to Adesko - Meet Friday at 8:00 | WBC | FHWA | |
| 395. | 03/22/99 | Adesko to Clevenger – 10/4/98 Document | FHWA | WBC | |
| 396. | 03/26/99 | Clevenger to Adesko - Updated FOIA 3/26/99 | WBC | FHWA | |
| 397. | 03/29/99 | Clevenger to Adesko - May I Pick Up Documents? | WBC | FHWA | |
| 398. | 03/31/99 | Clevenger to Adesko - Copy Documents | WBC | FHWA | |
| 399. | 04/02/99 | Adesko to Clevenger - Check; Some Copies Ready | FHWA | WBC | |
| 400. | 04/02/99 | Clevenger to Adesko - FOIA 3/25/99 | WBC | FHWA | |
| 401. | 04/01/99 | Adesko to Clevenger - Updated Request Not Received | FHWA | WBC | |
| 402. | 04/02/99 | Clevenger to Adesko - Fax 3/26/99 Continuing FOIA | WBC | FHWA | |
| 403. | 04/02/99 | Adesko to Clevenger - Fees Payable for Flagged Doc | FHWA | WBC | |
| 404. | 04/02/99 | Clevenger to Adesko – Payment | WBC | FHWA | |
| 405. | 04/02/99 | Adesko to Clevenger - Amount Due | FHWA | WBC | |
| 406. | 04/06/99 | Adesko to Clevenger - Copies Ready | FHWA | WBC | |
| 407. | 04/07/99 | Clevenger to Adesko - Busch Files | WBC | FHWA | |
| 408. | 04/07/99 | Adesko to Clevenger - Refuses to Release Files | FHWA | WBC | |
| 409. | 04/20/99 | Clevenger to Adesko - Request Update on Request | FHWA | WBC | |
| 410. | 04/28/99 | Adesko to Clevenger - Status on Continuing Request | FHWA | WBC | |
| 411. | 04/29/99 | Clevenger to Adesko - Comments on Search for Doc | WBC | FHWA | |
| 412. | 05/21/99 | Clevenger to Adesko - Just Checking for Documents | WBC | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 413. | 11/30/99 | Adesko to Clevenger - Acknowledge FOIA Request | FHWA | WBC | |
| 414. | 12/06/99 | Adesko to Clevenger - 11/29/99 FOIA Request | FHWA | WBC | |
| 415. | 11/29/99 | Clevenger to Adesko - FOIA Request | WBC | FHWA | |
| 416. | 12/07/99 | Clevenger to Adesko - Schedule to Review Documents | WBC | FHWA | |
| 417. | 12/14/99 | Adesko to Clevenger - FOIA Timetable | FHWA | WBC | |
| 418. | 12/16/99 | Adesko to Clevenger - Work in Progress on FOIA Request | FHWA | WBC | |
| 419. | 12/23/99 | Adesko to Clevenger - On-site Review FOIA | FHWA | WBC | |
| 420. | 11/16/99 | Complaint, FOIA, USDC #99-1615 AS | | | |
| 421. | 01/06/00 | Letter & Design MP 46.7 re: USDC #99-1615-AS | FHWA | WBC | |
| 422. | 5/00 | Settlement & Payment, USDC #99-1615-AS | | | |
| 423. | 03/10/00 | 3/1/00 Litigation Report, DOJ | FHWA | FHWA | |
| 424. | | Adesko - FOIA Documents | FHWA | WBC | |
| 425. | 10/22/98 | Clevenger to Aftab, Hauling on Detour Route | WBC | FHWA | |
| 426. | 11/17/98 | Rettinger to Adesko – 11/17/98 L. Clevenger FOIA | FHWA | FHWA | |
| 427. | 11/17/98 | Rettinger to Crockett – 11/17/98 L. Clevenger FOIA | FHWA | FHWA | |
| 428. | 11/23/98 | Clevenger to Aftab & Rettinger - Danger at MP 46.7 | WBC | FHWA | |
| 429. | 10/06/98 | Donna Mickley Summary of Site Visit 10/6/98 | USFS | FHWA | |
| 430. | 10/07/98 | Report D. Mickley & R. VanDyke to District Ranger | USFS | USFS | |
| 431. | 12/15/98 | Diana St. Marie to Jacoby - recommend no further work | USFS | FHWA | |
| 432. | 12/08/98 | Report D. Mickley & R. VanDyke 12/8/98 site visit | USFS | USFS | |
| 433. | 08/24/98 | Clevenger to Parsons - Transmittal of Bonds and Cert | WBC | FHWA | |
| 434. | 11/25/98 | Memorandum J. Clevenger re: Conversation w/Jacoby | WBC | | |
| 435. | 10/08/98 | Letter Davis Bacon Response w/ 10/8/98 DOL Letter | FHWA | USDOL | |
| 436. | 12/15/98 | Letter Case Still Open, WBC Request for Audit | USDOL | WBC | |
| 437. | 09/13/98 | Clevenger to Aftab - Fax of Written Narrative | WBC | FHWA | |
| 438. | 09/19/98 | Clevenger to Aftab - Survey Clarification Request | WBC | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 439. | 09/20/98 | Clevenger to Aftab - Prevailing Wage Law | WBC | FHWA | |
| 440. | 09/30/98 | Clevenger to Aftab - Price to Drill Large Rock | WBC | FHWA | |
| 441. | 11/16/98 | Draper to Sweeney, Memorandum re: Cure Notice | ICW | ICW | |
| 442. | 11/11/98 | Transmittal of Invoice | WBC | FHWA | |
| 443. | 12/01/98 | Notes Meeting w/ FHWA CO | ICW | | |
| 444. | 12/03/98 | Bobnik - Preparation for FHWA Meeting | ICW | ICW | |
| 445. | 12/16/98 | Transmittal of Bid Schedule to Prospective CC | ICW | WBC | |
| 446. | 12/22/98 | Letter copies of Completion Bid Schedule | ICW | WBC | |
| 447. | 01/13/99 | Letter to Parsons re: Tendering CC to FHWA | ICW | FHWA | |
| 448. | 01/14/98 | Allen to Aftab - Report re: Amending Work Restrictions | FHWA | FHWA | |
| 449. | 02/02/99 | Clevenger to Ulibarri - Payment Not Due | WBC | ICW | |
| 450. | 02/03/99 | Ulibarri to Vincent, Project Analysis | ICW | ICW | |
| 451. | 02/03/99 | Ulibarri to Clevenger - Bid Evaluation, 2/2/99 FWHA Letter | ICW | WBC | |
| 452. | 02/03/99 | Ulibarri to Clevenger - Claim, TW, 3/3/99 Letter to Contech | ICW | WBC | |
| 453. | 02/03/99 | Ulibarri to Clevenger - FHWA Willing to Accept a CC | ICW | WBC | |
| 454. | 02/05/99 | Aftab to Bichon - Request for Info. Survey Quantities | FHWA | FHWA | |
| 455. | 02/26/99 | Ulibarri to Clevenger - Response to 2/26/99 Letter | ICW | WBC | |
| 456. | 02/09/99 | Ulibarri to Clevenger - CC Kerr – WBC | ICW | WBC | |
| 457. | 02/09/99 | Ulibarri to Clevenger -Payment Land Mark & McBride | ICW | WBC | |
| 458. | 02/12/99 | Aftab to Parsons - Answers to Questions | FHWA | FHWA | |
| 459. | 02/18/99 | Chon to Aftab - Excavation Quantities for WBC | FHWA | FHWA | |
| 460. | 02/21/99 | Chon to Rettinger - Difference in Quantities | FHWA | FHWA | |
| 461. | 02/25/99 | Aftab to Crockett - 2/24/99 Meeting @ Powers RS | FHWA | FHWA | |
| 462. | 03/18/99 | Letter re: Clearing at MP 46.7, attachments FHWA | ICW | WBC | |
| 463. | 04/20/99 | Ulibarri - Bid Schedule | ICW | WBC | |
| 464. | 04/21/99 | Clevenger to Parsons, Zotter - Re-procurement | WBC | FHWA | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 465. | 04/26/99 | Clevenger to Zotter - Release of Funds | WBC | FHWA | |
| 466. | 04/26/99 | Ulibarri to Kerr - WBC Notifies That Kerr Paid | ICW | KERR | |
| 467. | 04/26/99 | Transmittal of CC Documents | ICW | WBC | |
| 468. | | Contract w/ TW, CC | ICW | | |
| 469. | 04/27/99 | Clevenger to Zotter - Release and Assignment | WBC | FHWA | |
| 470. | 04/28/99 | Transmittal of 3 Letters - 4/28 ICW 4/27 & 4/28 FHWA | ICW | WBC | |
| 471. | 06/28/99 | Rettinger to TW - Serial Letter No. 11 | FHWA | TW | |
| 472. | 07/29/99 | Ulibarri to Clevenger - Demand for Indemnification | ICW | WBC | |
| 473. | 08/05/99 | Response to Demand for Indemnification | WBC | ICW | |
| 474. | 08/19/99 | Ulibarri to Clevenger - Expense Accounting | ICW | WBC | |
| 475. | 08/19/99 | Ulibarri to Vincent - Evaluation of Costs | ICW | ICW | |
| 476. | 09/08/99 | Clevenger to Ulibarri - Check for $802.55 | WBC | ICW | |
| 477. | 09/13/99 | Transmittal of Mods 1, 2, & 3 CC | ICW | WBC | |
| 478. | 10/04/99 | Ulibarri to Clevenger - Receipt of Check | ICW | WBC | |
| 479. | 10/04/99 | Letter re: Indemnifications and ICW Costs | ICW | WBC | |
| 480. | 10/26/99 | Letter Reimbursement Proposal | ICW | WBC | |
| 481. | 11/19/99 | Transmittal of TW Billing & 8/29/99 Letter FHWA to TW | ICW | WBC | |
| 482. | 11/22/99 | Clevenger to Parsons - Requested for Materials & Equip | WBC | FHWA | |
| 483. | 12/10/99 | Parsons to Clevenger - Transmittal CC Pay Data | FHWA | WBC | |
| 484. | 12/13/99 | Letter Additional LD's Assessed | WBC | ICW | |
| 485. | 12/16/99 | Ulibarri to Parsons - Additional LD's Request | ICW | FHWA | |
| 486. | 12/20/99 | Response to WBC 12/13/99 Letter, ICW 12/27/99 Letter to TW | ICW | WBC | |
| 487. | 02/02/00 | Letter re: Payment to TW | ICW | WBC | |
| 488. | | Letter Parsons re: TW Extra work ICW Contract | FHWA | ICW | |
| 489. | 02/26/99 | Letter re: Response to WBC Letter 2/12/99 | ICW | WBC | |

| Ex. No. | Date | Description | From | To | Depo. No. |
|---|---|---|---|---|---|
| 490. | 02/29/00 | Ulibarri to Clevenger - Monthly Payments w/Attached Letters | ICW | WBC | |
| 491. | 03/21/00 | Proposed Agreement , Expense Log | ICW | WBC | |
| 492. | 07/02/00 | Final Pay Estimate No 5 | FHWA | TW | |
| 493. | 07/28/99 | Rettinger to TW - Serial Letter No 16 | FHWA | TW | |
| 494. | 08/19/99 | Rettinger to TW - Serial Letter No 22 | FHWA | TW | |
| 495. | 11/10/99 | Clevenger to Parsons re: Return of Equipment & Materials | WBC | FHWA | |
| 496. | 12/21/99 | Request for CO Final Decision re: Liquidated Damages | WBC | FHWA | |
| 497. | 03/29/00 | WBC Agreement for Deferred Payment | ICW | WBC | |
| 498. | 03/22/00 | Vincent to Ulibarri - WBC Reimbursement Amount | ICW | ICW | |
| 499. | | ICW Activity Log Reports | ICW | | |
| 500. | 12/08/98 | Rettinger to Allen, Reichenbach – Memo to USFS | FHWA | FHWA | |

DATED: June 9, 2008.

STOEL RIVES LLP

/s/ Scott J. Kaplan

Richard E. Alexander, OSB No. 69002
Scott J. Kaplan, OSB No. 913550
Attorneys of Record for
White Buffalo Construction, Inc.
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268
Telephone: (503) 224-3380
Facsimile: (503) 220-2480