IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., Plaintiff, | |
| v. | No. 99-961C (Consolidated with Nos. 00-415C and 07-738C) (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | |

JOINT CERTIFICATION

Pursuant to Appendix A ¶ 13(d) to the Rules of the United States Court of Federal Claims, the parties verify that they have met and accomplished all matters required by Appendix A ¶ 13.

Respectfully submitted,

/s/ Scott J. Kaplan
RICHARD E. ALEXANDER
SCOTT J. KAPLAN
Attorneys of Record for
White Buffalo Construction,
Inc.
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204 1268
Telephone: (503) 224 3380
Facsimile: (503) 294 9167

June , 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
by s/Deborah A. Bynum
TODD M. HUGHES
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

June 11, 2008

Certificate of Filing

I hereby certify that on June 11 , 2008, a copy of the foregoing Joint Certification was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.