# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITE BUFFALO CONSTRUCTION, INC.**,

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C (cons. w/ 00-415C and 07-738C

Senior Judge Loren A. Smith

Filed: June 16, 2008

## ORDER

Pursuant to the Court Order dated June 2, 2008, setting oral argument on Defendant's Motion to Dismiss Certain Claims for Tuesday, July 1, 2008, at 10:00 a.m. shall be held in the:

Mark O. Hatfield U. S. Courthouse
1000 S.W. Third Avenue
Courtroom # 13B
Portland, OR 97204-2902 .

Further, the Court is in receipt of a letter dated June 10, 2008 from Plaintiff requesting a continuance of the above hearing. The Court hereby **DENIES** the request and the matter remains scheduled for Tuesday, July 1, 2008.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE