IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., Plaintiff, | |
| v. | No. 99-961C (Consolidated with Nos. 00-415C and 07-738C) (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S EXHIBIT LIST

Defendant expects to offer the following exhibits:

Exhibit 1001 Contract OR FS ERFO 97-18(2), DTFH70-98-C-00027;

Exhibit 1002 Contract OR FS ERFO 97-18(2), DTFH70-99-C-00017;

Exhibit 1003 Project Plans - OR FS ERFO 97-18(2);

Exhibit 1004 Standard Specifications FP-96;

Exhibit 1005 Letter dated August 21, 1998, from Federal Highway Administration ("FHWA") to White Buffalo Construction, Inc. ("WBC");

Exhibit 1006 Pre-Construction Conference Meeting Minutes dated August 27, 1998;

Exhibit 1007 Notice to Proceed, August 27, 1998;

Exhibit 1008 Blast plan dated August 28, 1998, by McBride Construction, Inc.;

Exhibit 1009 Schedule Submittal, August 31, 1998, WBC;

Exhibit 1010 Letter dated August 31, 1998, from FHWA to WBC;

Exhibit 1011 Fax dated August 31, 1998, from WBC to FHWA;

Exhibit 1012 Fax dated September 1, 1998, from FHWA to WBC;

Exhibit 1013 Contract Work Plan dated September 8, 1998, from WBC;

| | |
|---|---|
| Exhibit 1014 | Schedule Submittal, September 8, 1998, WBC; |
| Exhibit 1015 | Letter (SLN 03) dated September 8, 1998, from FHWA to WBC; |
| Exhibit 1017 | Schedule Submittal, September 10, 1998, WBC; |
| Exhibit 1020 | Schedule Submittal, September 11, 1998, WBC; |
| Exhibit 1021 | Letter (SLN 6) dated September 16, 1998, from FHWA to WBC; |
| Exhibit 1030 | Letter (SLN 18) dated September 27, 1998, from FHWA to WBC; |
| Exhibit 1033 | Contract Modification No. 1, September 29, 1998, DTFH70-98-C-00027; |
| Exhibit 1034 | Contract Modification No. 2, undated, DTFH70-98-C-00027; |
| Exhibit 1035 | Contract Modification No. 3, undated, DTFH70-98-C-00027; |
| Exhibit 1036 | Weekly Schedule dated September 29, 1998 from WBC; |
| Exhibit 1037 | Handwritten Statement Project Review dated October 1, 1998 from FHWA; |
| Exhibit 1038 | Letter (SLN 25) dated October 2, 1998, from FHWA to WBC; |
| Exhibit 1039 | Schedule Submittal, October 5, 1998, WBC; |
| Exhibit 1041 | Letter (SLN 26) dated October 6, 1998, from FHWA to WBC; |
| Exhibit 1044 | Letter (SLN 28) dated October 9, 1998, from FHWA to WBC; |
| Exhibit 1045 | Letter (SLN 29) dated October 11, 1998, from FHWA to WBC; |

| | |
|---|---|
| Exhibit 1049 | E-mail dated October 13, 1998, FHWA, from Brian Allen to Paul Rettinger; |
| Exhibit 1050 | Letter (SLN 038) dated October 14, 1998, from FHWA to WBC; |
| Exhibit 1051 | Letter (SLN 39) dated October 14, 1998, from FHWA to WBC; |
| Exhibit 1055 | Letter (SLN 40) dated October 16, 1998, from FHWA to WBC; |
| Exhibit 1057 | Letter (SLN 41) dated October 19, 1998 from FHWA to WBC; |
| Exhibit 1058 | Schedule Submittal, October 20, 1998, WBC; |
| Exhibit 1060 | Meeting minutes dated October 20, 1998; |
| Exhibit 1062 | Letter (SLN 42) dated October 21, 1998, from FHWA to WBC; |
| Exhibit 1063 | E-mail (FHWA) dated October 21, 1998, from Brian Allen to Ed Hammontree and Paul Rettinger; |
| Exhibit 1065 | E-mail (FHWA) dated October 21, 19998, from Paul Rettinger to Kris Reichenbach; |
| Exhibit 1067 | E-mail (FHWA) dated October 22, 1998, from Ed Hammontree to Brian Allen and Paul Rettinger, Kris Reichenbach; |
| Exhibit 1068 | Letter (SLN 44) dated October 23, 1998, from FHWA to WBC; |
| Exhibit 1069 | Fax dated October 23, 1998, from FHWA to WBC; |
| Exhibit 1070 | Letter (SLN 47) dated October 23, 1998, from FHWA to WBC; |
| Exhibit 1071 | Letter (SLN 46) dated October 23, 1998, from FHWA to WBC; |

| | |
|---|---|
| Exhibit 1072 | Letter dated October 26, 1998, from Michael Palanuk; |
| Exhibit 1074 | Letter dated October 27, 1998, from WBC to FHWA; |
| Exhibit 1076 | Letter (SLN 49) dated October 27, 1998, from FHWA to WBC; |
| Exhibit 1077 | E-mail dated October 28, 1998, from Paul Rettinger to Brian Allen; |
| Exhibit 1080 | Letter (SLN 52) dated October 29, 1998, from FHWA to WBC; |
| Exhibit 1082 | Letter (SLN 54) dated October 29, 1998, from FHWA to WBC; |
| Exhibit 1083 | Memorandum (FHWA) dated October 30, 1998, from Dave Lofgren to Howe Crockett; |
| Exhibit 1084 | Summary of progress to date dated October 31, 1998; |
| Exhibit 1085 | Monthly Project Report by FHWA transmitted November 2, 1998; |
| Exhibit 1087 | Schedule Submittal, November 3, 1998, WBC; |
| Exhibit 1088 | Letter (SLN 57) dated November 3, 1998, from FHWA to WBC; |
| Exhibit 1089 | Letter (SLN 58) dated November 3, 1998, from FHWA to WBC; |
| Exhibit 1090 | E-mail (FHWA) dated November 4, 1998, from Kris Reichenbach to Brian Allen, Ed Hammontree, Tom Hildreth and Paul Rettinger; |
| Exhibit 1091 | Letter (SLN 59) dated November 4, 1998, from FHWA to WBC; |
| Exhibit 1092 | Letter (SLN 60) dated November 4, 1998, from FHWA to WBC; |
| Exhibit 1093 | Letter dated November 4, 1998, from WBC to FHWA; |

| | |
|---|---|
| Exhibit 1094 | Letter (SLN 61) dated November 4, 1998, from FHWA to WBC; |
| Exhibit 1095 | Letter (SLN 63) dated November 4, 1998, from FHWA to WBC; |
| Exhibit 1098 | Schedule Submittal, November 6, 1998, WBC; |
| Exhibit 1101 | Letter (SLN 65) dated November 10, 1998, from FHWA to WBC; |
| Exhibit 1102 | Letter (SLN 66) dated November 10, 1998, from FHWA to WBC; |
| Exhibit 1106 | Cure Notice letter dated November 13, 1998, from FHWA to WBC; |
| Exhibit 1107 | Memorandum (FHWA) dated November 16, 1998, from Paul Rettinger to Howe Crockett; |
| Exhibit 1109 | Letter (SLN 69) dated November 17, 1998, from FHWA to WBC; |
| Exhibit 1110 | Letter dated November 17, 1998, from WBC to FHWA; |
| Exhibit 1113 | E-mail dated November 22, 1998, from WBC to FHWA; |
| Exhibit 1114 | Letter dated November 23, 1998, from WBC to FHWA; |
| Exhibit 1115 | Letter (SLN 71) dated November 23, 1998, from FHWA to WBC; |
| Exhibit 1116 | Memorandum (FHWA) dated November 24, 1998, from Dave Lofgren to Howe Crockett; |
| Exhibit 1117 | Memorandum dated December 1, 1998, from FHWA to Robin McAlpin, United States Forest Service ("USFS"), Powers RD; |
| Exhibit 1118 | Letter dated December 1, 1998, from FHWA, to WBC; |
| Exhibit 1119 | Letter dated December 1, 1998, from WBC to FHWA; |

| | |
|---|---|
| Exhibit 1122 | Letter dated December 4, 19998, from FHWA to Richard Alexander, Stoel Rives LLP; |
| Exhibit 1125 | Memorandum dated December 9, 1998, from FHWA to Robin McAlpin, USFS - Powers RD; |
| Exhibit 1129 | Daily Construction Diaries for WBC, August 1998; |
| Exhibit 1130 | Daily Construction Diaries for WBC, September 1998; |
| Exhibit 1131 | Daily Construction Diaries for WBC, October 1998; |
| Exhibit 1132 | Daily Construction Diaries for WBC, November 1998; |
| Exhibit 1133 | Diary of WBC, September 1998 to December 1998; |
| Exhibit 1134 | Daily Construction Diaries for Kerr, December 1998; |
| Exhibit 1135 | Photographs, MP 46.2 Culvert, August 24, 1998 to November 30, 1998; |
| Exhibit 1136 | Photographs, MP 46.7 Rock Cut, Prior to NTP to November 27, 1998; |
| Exhibit 1139 | Miscellaneous Pay Quantity Documents, WBC; |
| Exhibit 1141 | Diary of Inspector Dick Youngs, 1998; |
| Exhibit 1142 | Diary of Inspector Robert Gietz, 1998; |
| Exhibit 1143 | Diary of Inspector Eugene Van Cauteren, 1998; |
| Exhibit 1144 | Diary of Inspector Daniel Quiest, 1998; |
| Exhibit 1147 | Letter dated February 2, 1999, from FHWA to ICW; |
| Exhibit 1148 | Letter dated February 8, 1999, from WBC to FHWA and Tidewater; |
| Exhibit 1154 | Letter dated June 11, 1999, from FHWA to Tidewater Contractor's Inc.; |

| | |
|---|---|
| Exhibit 1155 | Contract Modification No; 1, June 25, 1999, DTFH70-99-C-00017; |
| Exhibit 1156 | Letter dated July 28, 1999, from FHWA to Tidewater Contractor's, Inc.; |
| Exhibit 1157 | Letter dated August 19, 1999, from FHWA to Tidewater Contractor's, Inc.; |
| Exhibit 1158 | Contract Modification No. 2, August 27, 1999, DTFH70-99-C-00017; |
| Exhibit 1159 | Contract Modification No. 3, August 27, 1999, DTFH70-99-C-00017; |
| Exhibit 1160 | Letter dated September 7, 1999, from FHWA to Tidewater Contractor's, Inc.; |
| Exhibit 1161 | Letter dated October 21, 1999, from FHWA to Tidewater Contractor's, Inc.; |
| Exhibit 1162 | Contract Modification No. 4, April, 11, 2000, DTFH70-99-C-00017; |
| Exhibit 1163 | Progress Estimate No. 1, September 15, 1999, DTFH70-99-C-00017; |
| Exhibit 1164 | Progress Estimate No. 2, November 22, 1999, DTFH70-99-C-00017; |
| Exhibit 1165 | Semi-final Estimate No. 3, March 16, 2000, DTFH70-99-C-00017; |
| Exhibit 1166 | Semi-final Estimate No. 4, May 18, 2000, DTFH70-99-C-00017; |
| Exhibit 1167 | Final Estimate No. 5, May 30, 2000, DTFH70-99-C-00017; |
| Exhibit 1168 | Diary of Project Engineer, Paul Rettinger, 1999; |
| Exhibit 1169 | Diary of Inspector, Richard McNichols, 1999; |

| | |
|---|---|
| Exhibit 1181 | Memorandum from Tom Hildreth, Operations Engineer, Western Federal Lands Highway Division to Bill Parsons, Contracting Officer, Western Federal Lands Highway Division re: Default Termination, White Buffalo Construction, Inc., undated; |
| Exhibit 1182 | Cure Notice, Nov. 13, 2008; |
| Exhibit 1183 | Cure Response, Nov. 20, 1998; |
| Exhibit 1184 | Memorandum from Carol Jacoby to Tom Hildreth and others re: Conversation with Julie Clevenger, White Buffalo Construction, Nov. 25, 1998; |
| Exhibit 1185 | Memorandum from Paul Rettinger, Resident Engineer to Howe Crockett, Construction Operations Engineer re: Response To White Buffalo letter/response to Cure Notice; Nov. 23, 1998; |
| Exhibit 1186 | Letter of William L. Parsons, Contracting Officer, Federal Highway Administration, to Luther L. Clevenger, President, White Buffalo Construction Inc., Dec. 1, 1998; |
| Exhibit 1188 | Memorandum For The File, <u>White Buffalo Construction Inc. v. United States</u>, Jan. 6, 2004; |
| Exhibit 1189 | Electronic Mail message of Joseph Trautwein, Department of Justice, to Timothy J. Binder, Federal Highway Administration, Jan. 15, 2004; |
| Exhibit 1190 | Letter of William L. Parsons, Contracting Officer, Federal Highway Administration, to Luther L. Clevenger, White Buffalo Construction Inc., Jan. 15, 2004; |
| Exhibit 1191 | PS Form 3811, Jan. 17, 2004; |
| Exhibit 1198 | Plaintiff's responses to defendant's requests for admissions; |
| Exhibit 1201 | Fax dated September 1, 1998 from FWHA to WBC; |
| Exhibit 1202 | Letter (SLN 11) dated September 22, 1998 from FHWA to WBC; |
| Exhibit 1204 | Blasting Log, McBride Construction, dated October 9, 1998; |

Exhibit 1205 Email dated October 28, 1998 from Paul Rettinger to Brian Allen;

Exhibit 1206 Letter and supplement to letter dated January 29, 1999 from Blasting and Vibration Consultants to FHWA;

Exhibit 1207 Plan Sheet for MP 46.7 dated March 4, 1999;

Exhibit 1208 Plan Sheets for MP 46.7 dated June 2, 1999;

Defendant may offer the following exhibits if the need arises:

Exhibit 1016 Letter (SLN 04) dated September 8, 1998, from FHWA to WBC;

Exhibit 1018 Letter (SLN 05) dated September 10, 1998, from FHWA to WBC;

Exhibit 1019 Letter dated September 10, 1998, from WBC to George Regas, Siskiyou National Forest;

Exhibit 1022 Letter (SLN 8) dated September 22,1998, from FHWA to WBC;

Exhibit 1023 Letter (SLN 09) dated September 22, 1998, from FHWA to WBC;

Exhibit 1024 Letter dated September 17, 1998, from Landmark Surveying and Development, Inc. to WBC;

Exhibit 1025 Letter dated September 23, 1998, from WBC to FHWA;

Exhibit 1026 Letter dated September 23, 1998, from Blasting and Vibration Consultants, Inc. to FHWA;

Exhibit 1027 Letter dated September 23, 1998, from Peter Sheeran, Blasting and Vibration Consultants, Inc. to FHWA;

Exhibit 1028 Letter (SLN 16) dated September 23, 1998, from FHWA to WBC;

| | |
|---|---|
| Exhibit 1029 | Blast plan dated September 25, 1998, by McBride Construction, Inc.; |
| Exhibit 1031 | Letter (SLN 19) dated September 27, 1998, from FHWA to WBC; |
| Exhibit 1032 | Letter dated September 29, 1998, from WBC to FHWA; |
| Exhibit 1040 | Monthly Project Report by FHWA transmitted October 5, 1998; |
| Exhibit 1042 | Letter dated October 7, 1998, from WBC to FHWA; |
| Exhibit 1043 | Letter dated October 7, 1998, from WBC to FHWA; |
| Exhibit 1046 | Letter dated October 12, 1998, from WBC to FHWA; |
| Exhibit 1047 | Letter (SLN 32) dated October 12, 1998, from FHWA to WBC; |
| Exhibit 1048 | Letter (SLN 34) dated October 13, 1998, from FHWA to WBC; |
| Exhibit 1052 | Letter dated October 14, 1998, from FHWA TO WBC; |
| Exhibit 1053 | Letter dated October 15, 1998, from WBC to FHWA; |
| Exhibit 1054 | Letter dated October 15, 1998, from WBC to FHWA; |
| Exhibit 1056 | Certified Payroll Records dated October 16, 1998, from Dick Young, C.I. to FHWA; |
| Exhibit 1059 | Performance Evaluation (Construction) dated October 20, 1998; |
| Exhibit 1061 | E-mail (FHWA) dated October 21, 1998, from Paul Rettinger to Brian Allen; |

| | |
|---|---|
| Exhibit 1064 | E-mail (FHWA) dated October 21, 1998, from Paul Rettinger to Brian Allen; |
| Exhibit 1066 | Letter (SLN 43) dated October 22, 1998, from FHWA to WBC; |
| Exhibit 1073 | Letter (SLN 48) dated October 26, 1998, from FHWA to WBC; |
| Exhibit 1075 | Letter dated October 27, 1998, from WBC to FHWA; |
| Exhibit 1078 | Letter dated October 28, 1998, from WBC TO FHWA; |
| Exhibit 1079 | Letter (SLN 51) dated October 28, 1998, from FHWA to WBC; |
| Exhibit 1081 | Letter (SLN 53) dated October 29, 1998, from FHWA to WBC; |
| Exhibit 1086 | Letter dated November 2, 1998, from WBC to FHWA; |
| Exhibit 1096 | Letter (SLN 64) dated November 4, 1998, from FHWA to WBC; |
| Exhibit 1097 | Memorandum Dated November 5, 1998, from Dick Youngs to Paul Rettinger; |
| Exhibit 1099 | Rock Slope and Site Conditions at MP 46.7 on Powers-Agness Road FDR33 dated October - November 1998, prepared by Frank Toor, received November 6, 1998; |
| Exhibit 1100 | Letter (SLN 62) dated November 9, 1998, from FHWA to WBC; |
| Exhibit 1103 | Letter dated November 11, 1998, from FHWA to Ralph Knipe, United States Department of Labor; |
| Exhibit 1104 | Letter dated November 11, 1998, from WBC to FHWA; |
| Exhibit 1105 | Letter (SLN 67) dated November 12, 1998, from FHWA to WBC; |

| | |
|---|---|
| Exhibit 1108 | Letter dated November 17, 1998, from WBC to FHWA; |
| Exhibit 1111 | Letter (SLN 70) dated November 18, 1998, from FHWA to WBC; |
| Exhibit 1112 | Letter dated November 20, 1998, from WBC to FHWA; |
| Exhibit 1120 | Letter dated December 3, 1998, from FHWA to United States Department of Labor; |
| Exhibit 1121 | E-mail (FHWA) dated December 3, 1998, from Rich Barrows to Sajid Aftab; |
| Exhibit 1123 | Letter dated December 8, 1998, from FHWA to United States Department of Labor; |
| Exhibit 1124 | Letter dated December 8, 1998, from United States Department of Agriculture to Assistant Forest Engineer; |
| Exhibit 1126 | Letter dated December 9, 1998, from FHWA to WBC; |
| Exhibit 1127 | Fax dated December 9, 1998, from FHWA to USFS; |
| Exhibit 1128 | Letter dated December 15, 1998, from US Department of Agriculture, to FHWA; |
| Exhibit 1137 | Certified Payroll Reports, WBC; |
| Exhibit 1138 | Survey Notes; |
| Exhibit 1140 | Project Engineer Diary, Sajid Aftab, August 1998 to December 1998; |
| Exhibit 1145 | Semi-Final Estimate No. 1, June 18, 1999, DTFH70-98-C-00027; |

| | |
|---|---|
| Exhibit 1146 | Partial Estimate No. 1, April 22, 2004, DTFH70-98-C-00027; |
| Exhibit 1149 | Letter dated April 1, 1999, from ICW to FHWA; |
| Exhibit 1150 | Letter dated April 14, 1999, from FHWA to ICW; |
| Exhibit 1151 | Letter dated April 26, 1999, from WBC to FHWA; |
| Exhibit 1152 | Letter dated April 26, 1999, from FHWA to WBC; |
| Exhibit 1153 | Letter dated May 4, 1999, from FHWA to Division of State Lands; |
| Exhibit 1170 | Daily Construction Diaries, Tidewater Construction, Inc. ("TWC"), June 1999 to October 1999; |
| Exhibit 1171 | Daily Construction Diaries, B&D Survey, June 1999 to October 1999; |
| Exhibit 1172 | Daily Construction Diaries, Don Kirk Construction, July 1999 to September 1999; |
| Exhibit 1173 | Daily Construction Diaries, Stellflug Construction, August 1999 to September 1999; |
| Exhibit 1174 | FHWA Inspector Diaries, May 1999 to October 1999; |
| Exhibit 1175 | Miscellaneous Pay Quantity Documents, Completion Contract; |
| Exhibit 1176 | Letter dated January 5, 2004, from FHWA to Joseph Trautwein, Department of Justice ("DOJ"); |
| Exhibit 1177 | Letter dated January 15, 2004, from FHWA to WBC; |
| Exhibit 1178 | WBC Termination Settlement Certified Proposal, dated July 7, 2005, from DCAA (S. Munro) to WBC, pg. 21A(2)-3); |

| | |
|---|---|
| Exhibit 1179 | WBC Response Issue Resolution No. 8, July, Pg. 2 |
| Exhibit 1180 | Contract No. DTFH70-98-C-00027, Aug. 20, 1998; |
| Exhibit 1187 | Letter of Diana St. Marie, United States Forest Service to Carol Jacoby, Western Federal Lands Highway Division, Dec. 15, 1998; |
| Exhibit 1192 | Letter of Nancie K. Pruitt, Legal Program Assistant, Federal Highway Administration, to Tim McIlmail, Department of Justice, Mar. 26, 2004; |
| Exhibit 1193 | Termination for Convenience, Form 1436 Settlement Proposal, Submitted by White Buffalo Construction to Mr. William Parsons, Terminating Contracting Officer, Jan. 13, 2005; |
| Exhibit 1194 | Defense Contract Audit Agency Audit Report No. 4261-2005P17100001, May 12, 2006; |
| Exhibit 1195 | Termination for Convenience and Revised Settlement Proposal, Submitted by White Buffalo Construction to Ms. Elizabeth Firestone, Terminating Contracting Officer, Oct. 16, 2006; |
| Exhibit 1196 | Termination for convenience Revised Settlement Proposal, June 26, 2007; |
| Exhibit 1197 | Contracting Officer's Decision re: Settlement Proposal, Aug. 30, 2007; |
| Exhibit 1199 | Plaintiff's responses to defendant's interrogatories and requests for the production of documents; |
| Exhibit 1200 | Geotechnical Memorandum dated June 12, 1998; |
| Exhibit 1203 | Letter dated October 7, 1998 from WBC to McBride Construction; |
| Exhibit 1209 | Letter dated October 3, 1998 from Nancy Rogers to FHWA and transmittal letter dated January 29, 2001; |
| Exhibit 1210 | Documents reviewed and marked for copying at WBC office on May 29, 2008. |

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
Rayann L. Speakman
Attorney-Advisor
Western Federal Lands Highway Division
610 E. Fifth Street
Vancouver, WA 98661

July 11, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on July 11, 2008, a copy of the foregoing Defendant’s Exhibit List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Timothy P. McIlmail