IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE BUFFALO CONSTRUCTION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 99-961C (Consolidated with Nos. 00-415C and 07-738C) (Senior Judge Smith) |

DEFENDANT'S WITNESS LIST

Defendant expects to present the following witnesses, except those to be used exclusively for impeachment:

1. William L. Parsons
Contracting Officer (former)
Federal Highway Administration ("FHWA")
9724 NW 4 Ct
Vancouver, WA 98665
(360) 573-8309

Mr. Parsons is expected to testify about his decisions to terminate the contract for default and to convert that termination to one for the convenience of the Government. Approximately one hour will be needed for his direct examination.

2. Sterling Munro
Auditor
Defense Contract Audit Agency ("DCAA")
DCAA Seattle Branch Office
14240 Interurban Avenue South, Suite 156
Seattle, WA 98168-4662
(206) 439-4862

Mr. Munro is expected to provide testimony, including expert testimony, related to the subject of Defense Contract Audit

Agency Audit Report No. 4261-2005P17100001. Approximately three hours will be needed for his direct examination.

3. Luther L. Clevenger
White Buffalo Construction, Inc.
6653 Shaw Hwy, SE
P.O. Box 1310
Armsville, OR 97325
(503) 749-1684

Mr. Clevenger is expected to testify about plaintiff's performance of the contract work and the elements of its claims to the contracting officer and to the Court. Approximately two hours will be needed for his direct examination.

4. Curtis Scott
Construction Operations Engineer
FHWA
610 E. Fifth Street
Vancouver, WA 98661
(360) 619-7822

Mr. Scott is expected to testify about the Profit/Loss Analysis that is part of the August 30, 2007 Contracting Officer's Decision. Approximately one hour will be needed for his direct examination.

5. Paul Rettinger
Resident Engineer
Federal Highway Administration ("FHWA")
610 East Fifth Street
Vancouver, WA
(360) 619-7781

Mr. Rettinger is expected to testify about plaintiff's performance of the contract work. Approximately three hours will be needed for his direct examination.

6. Tom Hildreth
Construction Engineer, FHWA(former)
1908 NE 100th Avenue
Vancouver, WA 98664
(360) 989-0547

Mr. Hildreth is expected to testify about plaintiff's performance of the contract work. Approximately two hours will be needed for his direct examination.

7. Howe T. Crockett
Construction Operations Engineer
FHWA
610 East Fifth Street
Vancouver, WA
(360) 619-7750

Mr. Crockett is expected to testify about plaintiff's performance of the contract work. Approximately one hour will be needed for his direct examination.

8. David Lofgren
Geologist
FHWA
610 East Fifth Street
Vancouver, WA
(360) 619-7709

Mr. Lofgren is expected to testify about blasting and geotechnical issues associated with the Rock Cut at MP 46.7. Approximately one hour will be needed for his direct examination.

9. David Baldwin
Tidewater Contractors, Inc.
P.O. Box 1956
Brookings, OR 97415

Mr. David Baldwin is expected to testify about project site conditions, and Tidewater Contractor's performance of the completion contract work. Approximately one hour will be needed for his direct examination.

Defendant may call the following witnesses if the need arises:

1. Daniel Quist
Inspector
FHWA
4484 Addy Loop
Washougal, WA
(360) 835-2616

Mr. Quist is expected to testify about performance and administration of the contract work. Approximately one hour will be needed for his direct examination.

2. Dick Young
Consultant Inspector
address and telephone number unavailable

Mr. Young is expected to testify about performance and administration of the contract work. Approximately one hour will be needed for his direct examination.

3. Robert H. Gietz
Inspector
FHWA
6653 Shaw Hwy SE
Armsville, OR
(360) 273-7862

Mr. Gietz is expected to testify about performance and administration of the contract work. Approximately one hour will be needed for his direct examination.

4. Eugene Van Cauteren
Consultant Inspector
2511 SE River Road
Hillsboro, OR
(503) 547-0700

Mr. Van Cauteren is expected to testify about performance and administration of the contract work. Approximately one hour will be needed for his direct examination.

5. Scott Darger
Tidewater Contractors, Inc.
P.O. Box 1956
Brookings, OR 97415

Mr. Darger is expected to testify about project site conditions, and Tidewater Contractor’s performance of the completion contract work. Approximately one hour will be needed for his direct examination.

6. Mike Palanuk
Former Employee of White Buffalo Construction, Inc.
Current address and telephone number unknown

Mr. Mike Palanuk is expected to testify about quality control issues, and performance and administration of the contract work. Approximately one hour will be needed for his direct examination.

7. Colleen Schragg
Former Employee of White Buffalo Construction, Inc.
Current address unknown
(541) 439-2503

Ms. Schragg is expected to testify about performance and administration of the contract work. Approximately one hour will be needed for his direct examination.

8. Richard McBride
McBride Construction
505 NW Franklin Ave, Suite B
Bend, OR 97701

Mr. Richard McBride is expected to testify about performance of the work at the Rock Cut at MP 46.7. Approximately one hour will be needed for his direct examination.

9. Betty Chon
Highway Designer
FHWA
610 East Fifth Street
Vancouver, WA
(360) 619-7815

Ms. Chon is expected to testify about the issue of design changes with the completion contract. Approximately one hour will be needed for his direct examination.

10. Donna McKinney
USFS
P.O. Box 25005
Denver, CO
(303) 275-5555 x249

Ms. McKinney is expected to testify about geotechnical and construction issues. Approximately one hour will be needed for his direct examination.

11. Robin McAlpine
District Engineer
USFS
Powers, OR
(541) 439-6220

Mr. McAlpine is expected to testify about the Forest Service's involvement with contract. Approximately one hour will be needed for his direct examination.

12. Nancy Rogers
Office Clerk (former)
White Buffalo Construction, Inc.
Powers, OR
(541) 439-4841

Ms. Rogers is expected to testify about project documentation, and administration and performance of the contract work. Approximately one hour will be needed for his direct examination.

13. Jim Heigh
Superintendent
White Buffalo Construction, Inc.
address and telephone number unavailable

Mr. Heigh is expected to testify about administration and performance of the contract work. Approximately one hour will be needed for his direct examination.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
Rayann L. Speakman
Attorney-Advisor
Western Federal Lands Highway
Division
610 E. Fifth Street
Vancouver, WA 98661

July 11, 2008 Attorneys for Defendant

Certificate of Filing

I hereby certify that on July 11, 2008, a copy of the foregoing Defendant's Witness List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail