# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**WHITE BUFFALO CONSTRUCTION, INC.**,

*Plaintiff*,

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 99-961C (cons. w/ 00-415C and 07-738C

Senior Judge Loren A. Smith

Filed: July 11, 2008

**ORDER**

Pursuant to the hearing held on July 1, 2008, the Court hereby **DENIES** Defendant's Motion to Dismiss Certain Claims.

Further, in light of the representations made by counsel, the Court **RESCHEDULE**S the trial to now be held on March 2, 2009 - March 6, 2009 in Portland, Oregon. The pretrial conference previously scheduled for Monday, July 28, 2008 is hereby **CANCELED**. The Court further **SCHEDULES** a telephone status conference for Friday, January 16, 2009 at 3:00 p.m.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE