# In the United States Court of Federal Claims

**WHITE BUFFALO CONSTRUCTION, INC.,**
**AN OREGON CORPORATION,**
**Plaintiff,**

**Case No:99-961 C**
**(Consolidated with Case Nos. 07-738 C and 00-415 C)**

**v.**

**THE UNITED STATES,**
**Defendant.**

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of the proceeding held July 1, 2008, has been filed in the above-captioned matter. The parties have seven (7) calendar days from the date of this notice to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy by contacting Dennis Apodaca, Court Reporter, United States District Court for the District of Oregon, (503) 326-8182 or view the document at the clerk's office public terminal.

S/Lisa L. Reyes
Chief Deputy Clerk

**Date: July 16, 2008**